**Fill in this information to identify the case:**

Debtor name **Auric Solar, LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 17, 2020**

*X* **/s/ Trenton J. Vansice**
Signature of individual signing on behalf of debtor

**Trenton J. Vansice**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **Auric Solar, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $       **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $       **22,074,311.46**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $       **22,074,311.46**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $       **9,667,165.24**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $       **417,961.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$       **45,941,618.19**

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b

$       **56,026,744.43**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Auric Solar, LLC** |
| United States Bankruptcy Court for the:   DISTRICT OF UTAH |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JP Morgan Chase**<br>**3430 Redwood Rd.**<br>**Salt Lake City, UT 84119** | **Checking Account** | **5628** | $5,329.75 |
| 3.2. | **JP Morgan Chase**<br>**3430 Redwood Rd.**<br>**Salt Lake City, UT 84119** | **Checking Account** | **3909** | $0.00 |
| 3.3. | **JP Morgan Chase**<br>**3430 Redwood Rd.**<br>**Salt Lake City, UT 84119** | **Checking Account** | **1369** | $19,212.09 |
| 3.4. | **Capital Community Bank**<br>**3280 N University Ave.**<br>**Provo, UT 84604** | **Checking Account** | **4750** | $13,437.11 |
| 3.5. | **JP Morgan Chase**<br>**3430 Redwood Rd.**<br>**Salt Lake City, UT 84119** | **Checking Account** | **8739** | $0.00 |
| 3.6. | **First Utah Bank**<br>**3826 South 2300 East**<br>**Salt Lake City, Utah 84109** | **Checking** | **4014** | $11,662.34 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Auric Solar, LLC**_____  Case number *(If known)* _____
Name

4.  **Other cash equivalents** *(Identify all)*

4.1.  **Capital Community Bank**_____  $1,113.08

5.  **Total of Part 1.**                                                            | $50,754.37 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  **Security deposit for Utah location held by: Metroprops, LLC, c/o Cushman & Wakefield,
PO Box 413139, Salt Lake City, UT 84141-3139**                              $9,137.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                           | $9,137.00 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | | 627,189.34 | - | 94,078.40 | = .... | $533,110.94 |
| 11b. Over 90 days old: | | 974,255.15 | - | 146,138.27 | =.... | $828,116.88 |

12.  **Total of Part 3.**                                                          | $1,361,227.82 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

Debtor    **Auric Solar, LLC**_____    Case number *(If known)* _____
Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies Inventory [solar batteries, panels, and racks] in the possesion of several vendors, including: Sonnen, Inc., UI Supplies, Spano Energy Storage Consolidator, CO AVANA, Solaria, and/or Codale Electric Supply.** | | **$20,000,000.00** | **Recent cost** | **$20,000,000.00** |
| **See Exhibit 1, attached hereto.** | **April 2020** | **$291,547.27** | | **$291,547.27** |

23.    **Total of Part 5.**                                                                                    | **$20,291,547.27** |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |

Debtor   **Auric Solar, LLC** _____   Case number *(If known)* _____
Name

**Cubicles (41 at $100), desks (15 at $200), conference tables (4 at $300), chairs (112 at $25), laptops (5 at $75), laptops (3 at $600), televisions (3 at $150), file cabinets (8 at $50), photo booth (1 at $1,500), white boards (23 at $50), sonnen battery (1 at $7,500), projector screens (2 at $200), security equipment (1 at $2,000), misc. IT equipment ($1,000), phones (42 at $25), conference phones (3 at $150), marketing items ($600), cameras ($150), office supplies ($250), couches (3 at $100), solar panels on roof (7 at $300), and other misc. items ($1,000).**

| | | | |
|---|---|---|---|
| | **Unknown** | **Liquidation** | **$33,575.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| **$33,575.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2015 Dodge Ram ProMaster 2500 (Leased Vehicle - No Equity)** | **$0.00** | | **$0.00** |
| 47.2. **2015 Toyota Prius** | **$7,870.00** | | **$7,870.00** |
| 47.3. **2020 Chevrolet Equinox (Leased - No Equity)** | **$0.00** | | **$0.00** |
| 47.4. **2019 Toyota Prius (Leased - No Equity)** | **$0.00** | | **$0.00** |
| 47.5. **2019 Toyota Prius (Leased - No Equity)** | **$19,300.00** | | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Auric Solar, LLC** | Case number *(If known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| 47.6. | **2015 Ford Transit-350 (Leased - No Equity)** | $0.00 | $0.00 |
| 47.7. | **2014 Ford F-150 (Leased - No Equity)** | $0.00 | $0.00 |
| 47.8. | **2014 Ford Econoline** | $18,500.00 | $18,500.00 |
| 47.9. | **2016 Toyota Prius (has hail damage)** | $3,500.00 | $3,500.00 |
| 47.10. | **2013 Toyota Prius** | $4,000.00 | $4,000.00 |
| 47.11. | **2013 Toyota Prius** | $3,000.00 | $3,000.00 |
| 47.12. | **2014 Chevrolet Express G1500** | $7,200.00 | $7,200.00 |
| 47.13. | **2013 Toyota Prius (total loss - in active settlement with USAA)** | $3,000.00 | $3,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $47,070.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Auric Solar, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Oracle software- internally created** No patents | $0.00 | | Unknown |
| 61. **Internet domain names and websites** **www.auricsolar.com** | $0.00 | N/A | $0.00 |
| **www.auricenergy.com (no longer active)** | $0.00 | N/A | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.** | | $0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) **Potential tax credits and/or refunds associated with Soleil Lofts project--value unknown, but best estimate provided.** Tax year  Various | $281,000.00 |
| 73. **Interests in insurance policies or annuities** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Auric Solar, LLC**    Case number *(If known)* _____
_____
Name

**Commercial General Liability, Automobile Liability,
Umbrella Liability, and Workers Compensation and
Employers' Liability Insurance with Cincinnati Insurance
Company, Colony Insurance Company, WCF Mutual
Insurance Company, and/or WCF National Insurance
Company.**                                                        **$0.00**

74.    **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                          **$281,000.00**

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Auric Solar, LLC**_____    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $50,754.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,137.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,361,227.82 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,291,547.27 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $33,575.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $47,070.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $281,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $22,074,311.46 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $22,074,311.46 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# EXHIBIT 1

| Item | Pallets/Items | Count | Cost | Total |
|---|---|---|---|---|
| Snake Tray | 5 | 245 | $ 36.95 | $ 45,263.75 |
| Enphsae M250 | 20 | 12 | $ 80.00 | $ 19,200.00 |
| PEIMAR 290 | 1 | 290 | $ 0.40 | $ 116.00 |
| PEIMAR 300 | 4 | 1200 | $ 0.40 | $ 480.00 |
| JINKO 295 | 5 | 1475 | $ 0.40 | $ 590.00 |
| Q CELL 295 | 2 | 590 | $ 0.40 | $ 236.00 |
| Q CELL 310 | 5 | 1550 | $ 0.40 | $ 620.00 |
| REC 355 | 3 | 1065 | $ 0.40 | $ 426.00 |
| HT 380 | 23 | 8740 | $ 0.40 | $ 3,496.00 |
| MITSUBISHI 275 | 3 | 825 | $ 0.40 | $ 330.00 |
| MITSUBISHI 270 | 2 | 540 | $ 0.40 | $ 216.00 |
| JINKO 295 | 1 | 295 | $ 0.40 | $ 118.00 |
| REC 330 | 17 | 5610 | $ 0.40 | $ 2,244.00 |
| REC 345 | 33 | 11385 | $ 0.40 | $ 4,554.00 |
| PEIMAR 310 | 4 | 1240 | $ 0.40 | $ 496.00 |
| PAN 325 B ON B | 3 | 975 | $ 0.40 | $ 390.00 |
| PEIMAR 280 | 9 | 2610 | $ 0.40 | $ 1,044.00 |
| PEIMAR 270 | 2 | 540 | $ 0.40 | $ 216.00 |
| SILFAB 370 | 4 | 1480 | $ 0.40 | $ 592.00 |
| SUN EDISON 330 | 10 | 3300 | $ 0.40 | $ 1,320.00 |
| JINKO 305 | 9 | 2745 | $ 0.40 | $ 1,098.00 |
| HEL 370 | 4 | 1480 | $ 0.40 | $ 592.00 |
| CANADA  345 | 2 | 690 | $ 0.40 | $ 276.00 |
| REC 315 | 2 | 630 | $ 0.40 | $ 252.00 |
| SILFAB 350 | 5 | 1750 | $ 0.40 | $ 700.00 |
| SILFAB 360 | 10 | 3600 | $ 0.40 | $ 1,440.00 |
| SUN EDISON 270 | 8 | 2160 | $ 0.40 | $ 864.00 |
| TRINA 380 | 5 | 51300 | $ 0.40 | $ 20,520.00 |
| SMA Universal Mounting System | 40 | 10 | $ 165.00 | $ 66,000.00 |
| QuickMount PV Misc | 1 | 10 | $ 50.00 | $ 500.00 |
| Snapnrack Standoffs and flashing | 1 | 10 | $ 50.00 | $ 500.00 |
| Misc | 1 | 4 | $ 100.00 | $ 400.00 |
| Enphase Aggregator Single Phase | 4 | 12 | $ 200.00 | $ 9,600.00 |
| Construction cones | 1 | 100 | $ 12.50 | $ 1,250.00 |
| Conex | 1 | 20ft | $ 1.00 | $ 1,800.00 |
| Snapnrack rail silver 30x15 | 1 | 30 | $ 60.00 | $ 1,800.00 |
| Siemens Disconnects - 1200 Amps/60 | 1 | 4 | $ 4,800.00 | $ 19,200.00 |
| Snapnrack 100 series - 112 inch | 1 | 60 | $ 60.00 | $ 3,600.00 |
| Misc - pipe | 1 | 70 | $ 10.00 | $ 700.00 |
| 8 AWG White | | 1300 | $ 0.44 | $ 572.00 |
| 8 AWG Black | | 1400 | $ 0.44 | $ 616.00 |
| 8 AWG Red | | 150 | $ 0.44 | $ 66.00 |
| 8 AWG Gray | | 1100 | $ 0.44 | $ 484.00 |
| 8 AWG Blue | | 2100 | $ 0.44 | $ 924.00 |
| 8 AWG Orange | | 150 | $ 0.44 | $ 66.00 |

| Item | Qty | Unit Price | Amount |
|---|---|---|---|
| 8 AWG Brown | 1500 | $ 0.44 | $ 660.00 |
| 10 AWG Orange | 1000 | $ 0.35 | $ 350.00 |
| 10 AWG Yellow | 1000 | $ 0.35 | $ 350.00 |
| 10 AWG Green | 500 | $ 0.35 | $ 175.00 |
| 6 AWG White | 2400 | $ 0.52 | $ 1,248.00 |
| 6 AWG Black | 3500 | $ 0.52 | $ 1,820.00 |
| 6 AWG Red | 1000 | $ 0.52 | $ 520.00 |
| 6 AWG Blue | 1000 | $ 0.52 | $ 520.00 |
| 6 AWG Brown | 1400 | $ 0.52 | $ 728.00 |
| 6 AWG Yellow | 2000 | $ 0.52 | $ 1,040.00 |
| 6 AWG Gray | 3500 | $ 0.52 | $ 1,820.00 |
| 6 AWG Orange | 2500 | $ 0.52 | $ 1,300.00 |
| 6 AWG Green | 1500 | $ 0.52 | $ 780.00 |
| 4 AWG Blue | 600 | $ 0.42 | $ 252.00 |
| 4 AWG Red | 150 | $ 0.42 | $ 63.00 |
| 14 AWG Mix | 10000 | $ 0.10 | $ 1,000.00 |
| 12 AWG Mix | 15000 | $ 0.12 | $ 1,800.00 |
| 10 AWG Mix | 10000 | $ 0.16 | $ 1,600.00 |
| Big wire roles - | | | $ 18,000.00 |
| Random Large wire | | | $ 5,000.00 |
| End Shelf items | | | $ 1,500.00 |
| SquareD 200 A | 1 | 90.00 | $ 90.00 |
| Homeline 100 | 4 | 57.00 | $ 228.00 |
| Homeline 125 | 1 | 120.00 | $ 120.00 |
| Homeline 100 | 1 | 83.00 | $ 83.00 |
| Homeline 150 | 1 | 1,100.00 | $ 1,100.00 |
| Homeline 225 | 1 | 107.00 | $ 107.00 |
| Homeline 100 | 2 | 65.00 | $ 130.00 |
| 150  a p2030L1150CU | 2 | 85.00 | $ 170.00 |
| 125 a PW12243L3125CU | 3 | 286.00 | $ 858.00 |
| 125 A MM0406l1125esc | 2 | 256.00 | $ 512.00 |
| 150 a mc0816b1150est | 1 | 430.00 | $ 430.00 |
| 200 A MM0406L1200ESC | 4 | 390.00 | $ 1,560.00 |
| 200 Amp GF324NR | 4 | 315.00 | $ 1,260.00 |
| | | | $ 262,941.75 |

TOTAL

| Column1 | Column2 | Column3 | Column4 | Column5 | Column6 | Column7 | Column8 | Column9 | Column10 | Column11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Manu | Part # | Description | Cost | Mid | Max | Quanity | | |
| S | 1 | ARL | LT9075 | 3/4 90D L/T FLX CONN | $2.89 | 10 | 30 | | $0.00 | $0.00 |
| S | 1 | BPT | 1521DC | 3/4 D/C OFFSET NIPPLE | $0.96 | 10 | 30 | 91 | $87.36 | |
| S | 1 | FIT | NIPGAL-3/4X6 | 3/4X6-GALV-NIP | $1.38 | 10 | 30 | 1 | $1.38 | |
| S | 1 | BPT | 902S | 3/4 1H COND STRAP | $0.10 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | 152DC | 3/4 ZINC D/C W/T HUB | $2.61 | 10 | 30 | 15 | $39.15 | |
| S | 1 | BPT | 251RT2 | 3/4 R/T CMPRSN | $0.82 | 10 | 30 | 50 | $41.00 | |
| S | 1 | BPT | 261RT | 3/4 R/T CMPRS CPL | $0.85 | 10 | 30 | | $0.00 | |
| S | 1 | FIT | NIPGAL-3/4X2 | 3/4X2-GALV-NIP | $0.71 | 10 | 30 | 0 | $0.00 | |
| S | 1 | FIT | NIPGAL-3/4X4 | 3/4X4-GALV-NIP | $1.02 | 10 | 30 | 6 | $6.12 | |
| S | 1 | ARL | 842 | 3/4 2-SCR SEC CONN | $0.56 | 10 | 30 | 175 | $98.00 | |
| S | 1 | FIT | CPLGAL-3/4 | 3/4 GALV CPL | $1.05 | 10 | 30 | | $0.00 | |
| S | 1 | ARL | LT75 | 3/4 STR L/T FLEX CONN | $1.89 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | 1522DC | 1-IN D/C OFFSET NIPPLE | $1.64 | 10 | 30 | 32 | $52.48 | |
| S | 1 | FIT | NIPGAL1X4 | 1X4-GALV-NIP | $1.84 | 10 | 30 | 6 | $11.04 | |
| S | 1 | BPT | 903S | 1-IN 1H COND STRAP | $0.15 | 10 | 30 | | $0.00 | |
| X | 1 | ARL | 2020 | 1-IN COND HANGER W/BOLT | $0.31 | 10 | 30 | 90 | $27.90 | |
| S | 1 | BPT | 252RT2 | 1 R/T CMPRN CONN | $1.29 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | 262RT | 1 R/T CMPRSN CPL | $1.36 | 10 | 30 | | $0.00 | |
| X | 1 | FIT | NIPGAL1X2 | 1X2-GALV-NIP | $1.35 | 10 | 30 | 3 | $4.05 | |
| S | 1 | FIT | NIPGAL1X1XCL | 1XCLOSEX1-1/2-GALV-NIP | $1.14 | 10 | 30 | 3 | $3.42 | |
| S | 1 | BPT | 153DC | 1IN ZINC D/C W/T HUB | $2.66 | 10 | 30 | 8 | $21.28 | |
| S | 1 | ARL | LT100 | 1-IN STR L/T FLEX CONN | $3.08 | 10 | 30 | | $0.00 | |
| S | 1 | FIT | CPLGAL1 | 1-IN-GALV-CPLG | $1.55 | 10 | 30 | 17 | $26.35 | |
| * | | 0 | 2010 | | $0.00 | | | 92 | $0.00 | |
| * | | 0 | 9225 | | $0.00 | | | 35 | $0.00 | |
| | | | 9035 | | | | | 20 | $0.00 | |
| S | 1 | FIT | NIPGAL1-1/4XCL | 1-1/4XCLOSEX1-5/8-GALV-NIP | $1.08 | 10 | 30 | 3 | $3.24 | |
| X | 1 | FIT | NIPGAL1-1/4X2 | 1-1/4X2-GALV-NIP | $1.72 | 10 | 30 | 3 | $5.16 | |
| S | 1 | BPT | 154DC | 1-1/4 ZINC D/C W/T HUB | $3.35 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | 104S | 1-1/4 STEEL LOCKNUT | $0.18 | 10 | 30 | 100 | $18.00 | |
| X | 1 | ARL | 2025 | 1-1/4 EMT HANGER W/BOLT | $0.38 | 10 | 30 | 62 | $23.56 | |
| S | 1 | BPT | 923S | 1-1/4 1H STL EMT STRAP | $0.16 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | 263RT | 1-1/4 CMPRSN CPLG | $2.50 | 10 | 30 | | $0.00 | |
| S | 1 | FIT | NIPGAL1-1/4X6 | 1-1/4X6-GALV-NIP | $1.91 | 10 | 30 | 40 | $76.40 | |
| S | 1 | BPT | 253RT2 | 1-1/4 CMPRSN CONN | $1.73 | 10 | 30 | 14 | $24.22 | |
| S | 1 | BPT | SR125 | 1-1/4 SEAL RNG&RTNR | $0.62 | 10 | 30 | | $0.00 | |
| * | | 0 | SL125 | | $0.00 | | | 60 | $0.00 | |
| * | | 0 | LT90125 | | $0.00 | | | 11 | $0.00 | |
| S | 1 | STRUT | STRPEMT1 | 1IN EMT CND CLMP | $0.59 | 10 | 30 | | | |
| S | 1 | STRUT | STRPEMT1-1/4 | 1-1/4IN EMT CND CLMP | $0.59 | 10 | 30 | | | |
| X | 1 | ARL | NMUF50 | 1/2 UF CABLE COMP CONN | $2.49 | 10 | 30 | 25 | $62.25 | |
| X | 1 | ARL | LPCG50 | 1/2 STR STRN RLF CRD CON | $1.55 | 10 | 30 | | | |
| X | 1 | DOT | DRC75 | 34KO NM CABLE CONN | $0.00 | 10 | 30 | 53 | | |
| S | 1 | STRUT | STRPEMT-3/4 | 3/4IN EMT CND CLMP | $0.57 | 10 | 30 | | | |
| S | 1 | STRUT | SPRING-3/8 | 3/8 SPRING NUT | $0.00 | 10 | 30 | | | |
| S | 1 | SNRAC | 232-01106 | WIRE CLIP | $0.30 | 10 | 30 | 21 boxes | | |
| S | 1 | NSI | ITO1/0 | 1/0-14AWG INSD-TAP CON | $14.57 | 10 | 30 | | $0.00 | |
| S | 1 | ARL | 40AST | SNAP-IN CABLE CONNECTOR | $0.79 | 10 | 30 | | $0.00 | |
| * | | 0 | | | $0.00 | 10 | 30 | | | |
| * | | 0 | | | $0.00 | 10 | 30 | | | |
| S | 1 | ARL | 902 | 1-IN SNAP-IN KO BLANK | $0.43 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | 383DC | 1-IN D/C INS COND BUSH | $1.62 | 10 | 30 | | $0.00 | |
| S | 1 | ARL | EMT100 | 1-IN NM TERMINATOR | $0.28 | 10 | 30 | 40 | $11.20 | |
| S | 1 | BPT | 1163 | 1X3/4 RED BUSH | $0.64 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | 1104DC | 1-IN D/C BUSHED NIPPLE | $0.65 | 10 | 30 | 50 | $32.50 | |
| S | 1 | ARL | 442 | 1-IN PLSTC INS BUSHING | $0.10 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | 103S | 1-IN STEEL LOCKNUT | $0.09 | 10 | 30 | 247 | $22.23 | |
| S | 1 | ARL | 843 | 1-IN 2-SCR SEC CONN | $0.94 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | SR100 | 1IN SEAL RNG&RTNR | $0.44 | 10 | 30 | | $0.00 | |
| * | | 0 | SL100 | | $0.00 | | | 200 | $0.00 | |
| * | | 0 | 4402 | | $0.00 | | | 15 | $0.00 | |
| S | 100 | DOT | MB381 | MACHINE BOLT | $12.17 | 25 | 100 | | $0.00 | |
| X | 100 | DOT | MB382 | MACHINE BOLT | $0.00 | 25 | 100 | | $0.00 | |
| X | 100 | DOT | MB14112 | MACHINE BOLT | $0.00 | 25 | 100 | | $0.00 | |
| X | 100 | DOT | MB14114 | MACHINE BOLT | $0.00 | 25 | 100 | | $0.00 | |
| S | 1 | SQD | PK9GTA | GRND BAR KIT | $6.93 | 25 | 100 | | $0.00 | |
| X | 100 | DOT | FW14 | FLAT STEEL WASHER | $0.00 | 25 | 100 | | $0.00 | |
| X | 100 | DOT | FW38 | FLAT STEEL WASHER | $0.00 | 25 | 100 | | $0.00 | |
| * | | 0 | 381DC | | $0.00 | | | 25 | $0.00 | |
| * | | 0 | SL75 | | $0.00 | | | 48 | $0.00 | |
| S | 1 | ARL | 902 | 1-IN SNAP-IN KO BLANK | $0.43 | 10 | 30 | 32 | $13.76 | |
| S | 1 | BPT | 102S | 3/4 STEEL LOCKNUT | $0.08 | 10 | 30 | 476 | $38.08 | |
| S | 1 | BPT | 382DC | 3/4 INS GRND BUSH | $1.43 | 10 | 30 | 12 | $17.16 | |
| S | 1 | ARL | EMT75 | 3/4IN NM TERMINATOR | $0.08 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | 1521DC | 3/4 D/C OFFSET NIPPLE | $0.96 | 10 | 30 | | $0.00 | |
| S | 1 | ARL | 441 | 3/4 PLSTC INS BUSHING | $0.05 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | 440 | 1/2 PLSTC INS BUSHING | $0.04 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | 102S | 3/4 STEEL LOCKNUT | $0.08 | 10 | 30 | | $0.00 | |
| S | 1 | BPT | SR075 | 3/4 L/T SEALING RING | $0.37 | 10 | 30 | | $0.00 | |
| * | | 0 | | | $0.00 | | | | $0.00 | |
| * | | 0 | | | $0.00 | | | | $0.00 | |
| X | 100 | IDEAL | 2014 | WIRE CONNECTOR | $69.40 | 50 | 100 | 1 box 30 pieces | | |
| X | 100 | IDEAL | 2011S | OPEN-END WIRE CONN | $23.24 | 50 | 100 | | $0.00 | |
| X | 100 | DOT | 121 | TAPERED W/WINGS ANCHOR | $0.00 | 50 | 100 | | $0.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| S | 25 IDEAL | 30454 | BLU TW WIRE NUT-25BX | $11.50 | 50 | 100 | | $0.00 |
| S | 1 SGP | UGC | UNIVERSAL GROUND ROD CLAMP | $1.70 | 50 | 100 | | $0.00 |
| X | 1 PVC | TA-3/4 | 3/4-PVC-TERM-ADPT | $0.00 | 50 | 100 | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| S | 1 SQD | HOM115 | MINIATURE CIRCUIT | $4.89 | 2 | 10 | 23 | $112.47 |
| S | 1 SQD | HOM215 | MINIATURE CIRCUIT | $12.13 | 2 | 2 | | $0.00 |
| S | 1 SQD | HOM120 | MINIATURE CIRCUIT | $4.89 | 2 | 2 | 7 | $34.23 |
| S | 1 SQD | HOM220 | MINIATURE CIRCUIT | $12.13 | 2 | 20 | 13 | $157.69 |
| S | 1 SQD | HOM225 | MINIATURE CIRCUIT | $12.91 | 2 | 2 | 1 | $12.91 |
| S | 1 SQD | HOM130 | MINIATURE CIRCUIT | $5.20 | 2 | 2 | 12 | $62.40 |
| | | | | | | | | $0.00 |
| S | 1 SQD | HOM230 | MINIATURE CIRCUIT | $12.13 | 2 | 10 | 3 | $36.39 |
| S | 1 SQD | HOM235 | MINIATURE CIRCUIT | $12.91 | 2 | 2 | 1 | $12.91 |
| S | 1 SQD | HOM240 | MINIATURE CIRCUIT | $12.13 | 2 | 10 | 8 | $97.04 |
| S | 1 SQD | HOM245 | MINIATURE CIRCUIT | $11.83 | 2 | 2 | 0 | $0.00 |
| S | 1 SQD | HOM250 | MINIATURE CIRCUIT | $12.13 | 2 | 2 | 6 | $72.78 |
| S | 1 SQD | HOM260 | MINIATURE CIRCUIT | $12.13 | 2 | 2 | 2 | $24.26 |
| S | 1 SQD | HOM270 | MINIATURE CIRCUIT | $44.14 | 2 | 2 | 2 | $88.28 |
| S | 1 SQD | HOM280 | MINIATURE CIRCUIT | $58.54 | 2 | 2 | 1 | $58.54 |
| S | 1 SQD | HOM290 | MINIATURE CIRCUIT | $53.61 | 2 | 2 | 7 | $375.27 |
| S | 1 SQD | HOM2100 | MINIATURE CIRCUIT | $46.67 | 2 | 2 | 3 | $140.01 |
| * | 0 | HOM2150 | | $0.00 | | | 2 | $0.00 |
| * | 0 | HOM2200 | | $0.00 | | | 4 | $0.00 |
| S | 1 SQD | HOM2125 | MINIATURE CIRCUIT | $86.27 | 2 | 2 | 3 | $258.81 |
| S | 1 SQD | HOMT1515 | MINIATURE CIRCUIT | $11.29 | 2 | 2 | 15 | $169.35 |
| S | 1 SQD | HOMT2020 | MINIATURE CIRCUIT | $11.29 | 2 | 2 | 8 | $90.32 |
| S | 1 SQD | HOMT1515215 | MINIATURE CIRCUIT | $29.51 | 0 | 0 | 1 | $29.51 |
| S | 1 SQD | HOMT1515220 | MINIATURE CIRCUIT | $29.51 | 0 | 0 | 1 | $29.51 |
| S | 1 SQD | HOMT1515230 | MINIATURE CIRCUIT | $29.51 | 0 | 0 | 4 | $118.04 |
| S | 1 SQD | HOMT2020220 | MINIATURE CIRCUIT | $32.24 | 0 | 0 | 2 | $64.48 |
| S | 1 SQD | HOMT1515250 | MINIATURE CIRCUIT | $29.51 | 0 | 0 | 2 | $59.02 |
| S | 1 SQD | HOMT2020230 | MINIATURE CIRCUIT | $32.24 | 0 | 0 | 1 | $32.24 |
| S | 1 SQD | HOMT2020240 | MINIATURE CIRCUIT | $32.24 | 0 | 0 | 1 | $32.24 |
| S | 1 SQD | HOMT2020250 | MINIATURE CIRCUIT | $30.70 | 0 | 0 | 1 | $30.70 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| X | 1 SQD | QO115 | MINIATURE CIRCUIT BREAKER | $10.19 | 2 | 2 | 4 | $40.76 |
| X | 1 SQD | QO215 | MINIATURE CIRCUIT BREAKER | $22.33 | 2 | 2 | 1 | $22.33 |
| X | 1 SQD | QO120 | MINIATURE CIRCUIT BREAKER | $10.19 | 0 | 0 | 15 | $152.85 |
| X | 1 SQD | QOB120 | MINIATURE CIRCUIT | $34.51 | 0 | 0 | 6 | $207.06 |
| X | 1 SQD | QO220 | MINIATURE CIRCUIT BREAKER | $20.46 | 0 | 0 | 10 | $204.60 |
| X | 1 SQD | QO130 | MINIATURE CIRCUIT BREAKER | $10.19 | 0 | 0 | 3 | $30.57 |
| X | 1 SQD | QO230 | MINIATURE CIRCUIT BREAKER | $22.33 | 0 | 0 | 5 | $111.65 |
| S | 1 SQD | QO240 | MINIATURE CIRCUIT BREAKER | $22.33 | 0 | 0 | 4 | $89.32 |
| X | 1 SQD | QO260 | MINIATURE CIRCUIT BREAKER | $20.46 | 0 | 0 | 0 | $0.00 |
| X | 1 SQD | QO270 | MINIATURE CIRCUIT BREAKER | $47.56 | 0 | 0 | 6 | $285.36 |
| X | 1 SQD | QO290 | MINIATURE CIRCUIT BREAKER | $103.84 | 0 | 0 | 0 | $0.00 |
| X | 1 SQD | QO2100 | MINIATURE CIRCUIT | $103.84 | 0 | 0 | 9 | $934.56 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| X | 1 SQD | QOM2100MM | MINIATURE CIRCUIT | $0.00 | 0 | 0 | | $0.00 |
| S | 1 SQD | QOM100VH | MINIATURE CIRCUIT | $70.67 | 0 | 0 | | $0.00 |
| S | 1 SQD | QOM125VH | MINIATURE CIRCUIT | $172.76 | 0 | 0 | 3 | $518.28 |
| X | 1 SQD | QOM2150MM | MINIATURE CIRCUIT | $0.00 | 0 | 0 | | $0.00 |
| S | 1 SQD | QOM2175VH | MINIATURE CIRCUIT | $177.97 | 0 | 0 | | $0.00 |
| X | 1 SQD | QO2175 | MINIATURE CIRCUIT | $0.00 | 0 | 0 | | $0.00 |
| X | 1 SQD | QO2200 | MINIATURE CIRCUIT | $0.00 | 0 | 0 | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| X | 1 SQD | LK225ANHOM | | $19.33 | | | | $0.00 |
| X | 1 SQD | S106 | LC SCREWS | $0.00 | | | 70 | $0.00 |
| S | 1 SQD | PK27GTA | LOAD CENTER EQUIPMENT | $18.19 | 5 | 10 | | $0.00 |
| S | 1 SQD | HOMFP | LOAD CENTER HOM FILLER | $2.74 | 5 | 10 | | $0.00 |
| S | 1 SQD | PK9GTA | GRND BAR KIT | $6.93 | 5 | 10 | | $0.00 |
| X | 1 SQD | PK5GTA | LOAD CENTER EQUIPMENT | $6.81 | 5 | 10 | 2 | $13.62 |
| X | 1 SQD | LK70AN | LOAD CENTER NEUTRAL LUG | $5.87 | 5 | 15 | | $0.00 |
| S | 1 SQD | QOTHT | CIRCUIT BREAKER HANDLE | $2.91 | 2 | 5 | 9 | $26.19 |
| X | 1 SQD | HOM1HT | CIRCUIT BREAKER HANDLE | $3.51 | 5 | 10 | 20 | $70.20 |
| S | 1 ARL | GBB50 | BRZ GROUNDING BRIDGE | $15.45 | 5 | 10 | 13 | $200.85 |
| * | 0 | | IPLD600-5 | | | | 9 | $0.00 |
| * | 0 | | IT750 | $0.00 | | | 19 | $0.00 |
| | | | IPLD350-5 | | | | 24 | $0.00 |
| | | | ISR250 | | | | 3 | $0.00 |
| S | 1 CH | BR115 | SP-120/240V-15A CB | $4.64 | 0 | 0 | 27 | $125.28 |
| X | 1 CH | BR1515 | 2P 15A CB | $15.36 | 5 | 20 | | $0.00 |
| S | 1 CH | BR120 | SP-120/240V-20A CB | $4.64 | 0 | 0 | 25 | $116.00 |
| X | 1 CH | BR2020 | 2P 20A CB | $15.36 | 0 | 0 | 13 | $199.68 |
| S | 1 CH | BR220 | 2P-120/240V-20A CB | $11.43 | 10 | 20 | 4 | $45.72 |
| S | 1 CH | BR230 | 2P-120/240V-30A CB | $10.64 | 5 | 10 | 5 | $53.20 |
| X | 1 CH | BR235 | 2P-120/240V-35A CB | $12.57 | 5 | 10 | | $0.00 |
| S | 1 CH | BR240 | 2P-120/240V-40A CB | $10.64 | 5 | 10 | 1 | $10.64 |
| S | 1 CH | BR250 | 2P-120/240V-50A CB | $10.64 | 0 | 0 | 18 | $191.52 |
| S | 1 CH | BR260 | 2P-120/240V-60A CB | $10.64 | 0 | 0 | 9 | $95.76 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | 1 CH | BR2100 | 2P-120/240V-100A CB | $40.00 | 0 | 0 | 4 | $160.00 |
| X | 1 CH | BR2125 | 2P-120/240V-125A CB | $75.00 | 0 | 0 | | $0.00 |
| * | 0 | BR210 | | $0.00 | | | 12 | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| X | 1 CH | BQ230215 | 4P 30/15A CB | $39.29 | 0 | 0 | 3 | $117.87 |
| S | 1 CH | BQ220220 | 4P 20A CB | $27.86 | 0 | 0 | 15 | $417.90 |
| S | 1 CH | BQ220230 | 4P 20/30A CB | $27.86 | 0 | 0 | 7 | $195.02 |
| S | 1 CH | BQ220240 | 4P 20/40A CB | $27.86 | 0 | 0 | 2 | $55.72 |
| S | 1 CH | BQ220250 | 4P 20/50A CB | $27.86 | 0 | 0 | 4 | $111.44 |
| S | 1 CH | BQ230230 | 4P 30A CB | $27.86 | 0 | 0 | 3 | $83.58 |
| S | 1 CH | BQ230240 | 4P 30/40A CB | $27.86 | 0 | 0 | 3 | $83.58 |
| S | 1 CH | BQ240240 | 4P 40/40A CB | $28.29 | 0 | 0 | | $0.00 |
| S | 1 CH | BQ240250 | 4P 40/50A CB | $27.86 | 0 | 0 | 1 | $27.86 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| X | 1 CH | CHF115 | 1P 15A CB | $6.86 | 0 | 0 | 1 | $6.86 |
| X | 1 CH | CHT1515 | 1P 15A PLUG-ON CB | $28.21 | 0 | 0 | 1 | $28.21 |
| X | 1 CH | CHF215 | 2P 15A CB | $16.86 | 0 | 0 | 2 | $33.72 |
| X | 1 CH | CHF120 | 1P 20A CB | $6.86 | 0 | 0 | 2 | $13.72 |
| X | 1 CH | CHF220 | 2P 20A CB | $16.86 | 0 | 0 | 3 | $50.58 |
| X | 1 CH | CHF230 | 2P 30A CB | $16.86 | 0 | 0 | | $0.00 |
| X | 1 CH | CHF240 | 2P 40A CB | $16.86 | 0 | 0 | | $0.00 |
| X | 1 CH | CHF250 | 2P 50A CB | $16.86 | 0 | 0 | 4 | $67.44 |
| X | 1 CH | CH2125 | 2P 125A PLUG-ON CB | $114.29 | 0 | 0 | 8 | $914.32 |
| X | 1 GED | THQL1115 | 1P 15A 120V PLUG-IN CB | $5.14 | 0 | 0 | 4 | $20.56 |
| X | 1 GED | THQL2115 | 2P15A 120/240 PLG-IN CB | $13.93 | 0 | 0 | 3 | $41.79 |
| X | 1 GED | THQP120 | 1P 20A 120V PLUG-IN CB | $5.14 | 0 | 0 | 14 | $71.96 |
| X | 1 GED | THQL1120 | 1P 20A 120V PLUG-IN CB | $5.14 | 0 | 0 | 23 | $118.22 |
| X | 1 GED | THQP220 | 2P 20A 120/240 PLG-IN CB | $11.07 | 0 | 0 | | $0.00 |
| X | 1 GED | THQL2120 | 2P20A 120/240 PLG-IN CB | $13.93 | 0 | 0 | 10 | $139.30 |
| X | 1 GED | THQL1130 | 1P 30A 120V PLUG-IN CB | $5.14 | 0 | 0 | 2 | $10.28 |
| * | 0 | QOB140 | | $0.00 | | | 2 | $0.00 |
| * | 0 | QOB130 | | $0.00 | | | 3 | $0.00 |
| X | 1 GED | THQP230 | 2P 30A 120/240 PLG-IN CB | $13.93 | 0 | 0 | 15 | $208.95 |
| X | 1 GED | THQL2130 | 2P30A 120/240 PLG-IN CB | $13.93 | 0 | 0 | 25 | $348.25 |
| X | 1 GED | THQP240 | 2P 40A 120/240 PLG-IN CB | $13.93 | 0 | 0 | 4 | $55.72 |
| X | 1 GED | THQL2140 | 2P40A 120/240 PLG-IN CB | $13.93 | 0 | 0 | 16 | $222.88 |
| X | 1 GED | THQL2150 | 2P50A 120/240 PLG-IN CB | $13.93 | 0 | 0 | 4 | $55.72 |
| X | 1 GED | THQL2170 | 2P70A 120/240 PLG-IN CB | $28.57 | 0 | 0 | 2 | $57.14 |
| X | 1 GED | THQL2160 | 2P60A 120/240 PLG-IN CB | $13.93 | 0 | 0 | 3 | $41.79 |
| X | 1 GED | THQL21100 | 2P 100A 120/240V CB | $39.71 | 0 | 0 | 9 | $357.39 |
| X | 1 GED | THQL21125 | 2P 125A 120/240V CB | $77.86 | 0 | 0 | 3 | $233.58 |
| X | 1 GED | THT2 | TQP HNDL TIE | $0.00 | 0 | 0 | | $0.00 |
| X | 1 GED | THQPFP | | $0.00 | 0 | 0 | | $0.00 |
| * | 0 | THQB1120 | | $0.00 | | | 12 | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| X | 1 BPT | 1111DC | 4-IN DC BUSHED NIP | $0.00 | 10 | 25 | | $0.00 |
| X | 1 BPT | 1108DC | 2-1/2 BUSHED NIP | $0.00 | 10 | 25 | | $0.00 |
| S | 1 BPT | 1107DC | 2-IN D/C BUSHED NIPPLE | $2.82 | 10 | 25 | 17 | $47.94 |
| S | 1 BPT | 1106DC | 1-1/2 D/C BUSHED NIPPLE | $2.11 | 10 | 25 | 6 | $12.66 |
| S | 1 BPT | 1105DC | 1-1/4 BUSHED NIP | $1.66 | 10 | 25 | 37 | $61.42 |
| S | 1 BPT | 1104DC | 1-IN D/C BUSHED NIPPLE | $0.65 | 10 | 25 | | $0.00 |
| S | 1 BPT | 1103DC | 3/4 D/C BUSHED NIPPLE | $0.29 | 10 | 25 | 30 | $8.70 |
| S | 1 FIT | NIPGAL2XCL | 2XCLOSEX2-GALV-NIP | $1.54 | 10 | 25 | 2 | $3.08 |
| S | 1 FIT | NIPGAL1-1/2XCL | 1-1/4XCLOSE NIPPLE | $1.20 | 10 | 25 | 20 | $24.00 |
| S | 1 FIT | NIPGAL1-1/4XCL | 1-1/4XCLOSEX1-5/8-GALV-NIP | $1.08 | 10 | 25 | | $0.00 |
| S | 1 FIT | NIPGAL1XCL | 1XCLOSEX1-1/2-GALV-NIP | $1.14 | 10 | 25 | | $0.00 |
| S | 1 FIT | NIPGAL-3/4XCL | 3/4XCLOSEX1-3/8-GALV-NIP | $0.76 | 10 | 25 | | $0.00 |
| X | 1 FIT | NIPGAL1-1/2X2 | 1-1/2X2-GALV-NIP | $2.04 | 10 | 25 | 8 | $16.32 |
| X | 1 FIT | NIPGAL1-1/4X2 | 1-1/4X2-GALV-NIP | $1.72 | 10 | 25 | | $0.00 |
| X | 1 FIT | NIPGAL1X2 | 1X2-GALV-NIP | $1.35 | 10 | 25 | 13 | $17.55 |
| X | 1 FIT | NIPGAL-3/4X2 | 3/4X2-GALV-NIP | $0.71 | 10 | 25 | | $0.00 |
| * | 0 | | | $0.00 | 10 | 25 | | $0.00 |
| * | 0 | | | $0.00 | 10 | 25 | | $0.00 |
| X | 1 BPT | 1525DC | 2-IN OFFSET NIP | $0.00 | 10 | 25 | 2 | $0.00 |
| X | 1 BPT | 1524DC | 1-1/2 OFFSET NIP | $0.00 | 10 | 25 | 3 | $0.00 |
| S | 1 BPT | 1523DC | 1-1/4 D/C OFFSET NIPPLE | $2.11 | 10 | 25 | 51 | $107.61 |
| S | 1 BPT | 1522DC | 1-IN D/C OFFSET NIPPLE | $1.55 | 10 | 25 | | $0.00 |
| S | 1 BPT | 1521DC | 3/4 D/C OFFSET NIPPLE | $0.96 | 10 | 25 | | $0.00 |
| X | 1 BPT | 1520DC | 1/2 D/C OFFSET NIP | $0.00 | 10 | 25 | 43 | $0.00 |
| S | 1 FIT | NIPGAL2X6 | 2X6-GALV-NIP | $3.52 | 10 | 25 | | $0.00 |
| S | 1 FIT | NIPGAL2X4 | GALV NIPPLE | $2.64 | 10 | 25 | | $0.00 |
| S | 1 FIT | NIPGAL1-1/2X4 | 1-1/2X4-GALV-NIP | $1.59 | 10 | 25 | 15 | $23.85 |
| S | 1 FIT | NIPGAL1-1/2X6 | GALV NIPPLE | $3.23 | 10 | 25 | 2 | $6.46 |
| S | 1 FIT | NIPGAL1X4 | 1X4-GALV-NIP | $1.84 | 10 | 25 | | $0.00 |
| S | 1 FIT | NIPGAL-3/4X4 | 3/4X4-GALV-NIP | $1.02 | 10 | 25 | | $0.00 |
| S | 1 FIT | NIPGAL1-1/4X6 | 1-1/4X6-GALV-NIP | $1.91 | 10 | 25 | | $0.00 |
| S | 1 FIT | NIPGAL1X6 | 1X6-GALV-NIP | $2.29 | 10 | 25 | 18 | $41.22 |
| S | 1 FIT | NIPGAL-3/4X6 | 3/4X6-GALV-NIP | $1.38 | 10 | 25 | | $0.00 |
| * | 0 | 242-02054 | | $0.00 | | | 50 | $0.00 |
| * | 0 | 242-02101 | | $0.00 | | | 16 | $0.00 |
| X | 1 BPT | 110S | 4IN STL CND LOCKNUT | $0.00 | 10 | 25 | | $0.00 |
| S | 1 BPT | SR200 | 2IN SEAL RNG&RTNR | $0.73 | 10 | 25 | | $0.00 |
| S | 1 BPT | 105S | 1-1/2 STEEL LOCKNUT | $0.25 | 10 | 25 | 54 | $13.50 |
| S | 1 BPT | 104S | 1-1/4 STEEL LOCKNUT | $0.16 | 10 | 25 | | $0.00 |
| S | 1 BPT | 103S | 1-IN STEEL LOCKNUT | $0.09 | 10 | 25 | | $0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| S | 1 BPT | 102S | 3/4 STEEL LOCKNUT | $0.07 | 10 | 25 | | $0.00 |
| S | 1 BPT | SR125 | 1-1/4 SEAL RNG&RTNR | $0.59 | 10 | 25 | | $0.00 |
| S | 1 BPT | SR100 | 1IN SEAL RNG&RTNR | $0.38 | 10 | 25 | | $0.00 |
| S | 1 BPT | 101S | 1/2 STEEL LOCKNUT | $0.07 | 10 | 25 | 80 | $5.60 |
| * | 0 | 242-02215 | | $0.00 | | | 15 | $0.00 |
| * | 0 | 242-01214 | | $0.00 | | | 10 | $0.00 |
| | | 242-01230 | | | 1 box | | | $0.00 |
| | | 242-01220 | | | | | 0 | $0.00 |
| | | 232-01375 | | | | | 16 | $0.00 |
| | | | CRMC dark | | | | 127 | $0.00 |
| | | | Everest Rail connecter | $6.00 | | | 58 | $348.00 |
| | | | OCD Protection rail black | | | | 10 | $0.00 |
| | | | OCD Protection rail grey | | | | 7 | $0.00 |
| | | 172-05804 | | | | | 13 | $0.00 |
| | | smr-100 | | | | | 13 | $0.00 |
| | | 242-02041 | | | | | 84 | |
| | | | Model jumper 8 inches | | 7 bags | | | |
| | | | Fail wireable connector for q cable female | | | | 30 | |
| | | | Fail wireable connector for q cable male | | | | 30 | |
| | | | Pipe clamp 3/4 inch | | 3 boxes of 100 | | | |
| | | | PVC wrapping tape | | | | 15 | |
| | | STrpGAL3-1/2 | | | | | 3 | |
| | | S6438 | Sun screen clip black | | | | 800 | |
| | | 242-04015 | | | | | 557 | |
| | | 310751 | | | | | 391 | |
| | | 310760 | | | | | 0 | |
| | | 008114m | | | 12 boxes | | | |
| | | QMAFBU | | | | | 27 | |
| | | 015-11176 | | | | | 8 | |
| | | 4000426 | | | | | 80 | |
| | | 8014 | | | | | 36 | |
| | | 310750 | | | | | 104 | |
| | | 242-92266 | | | 3 bags | | | |
| X | 1 ARL | NM940 | 3/8 NM PLSTC CABLE CONN | $0.16 | 10 | 25 | 50 | $8.00 |
| X | 1 ARL | 4403 | 1-1/4 KO BUSHING | $0.24 | 10 | 25 | 51 | $12.24 |
| X | 1 ARL | 4401 | 3/4 KO BUSHING | $0.11 | 10 | 25 | 53 | $5.83 |
| X | 1 ARL | 4400 | 1/2 KO BUSHING | $0.09 | 10 | 25 | 30 | $2.70 |
| X | 1 PS | WPBP7S | 3/4 GRY CLOSURE PLUG | $0.00 | 10 | 25 | 100 | $0.00 |
| X | 1 ARL | 904 | 1-1/2 SNAP-IN KO BLANK | $0.93 | 10 | 25 | 5 | $4.65 |
| S | 1 ARL | 903 | 1-1/4 SNAP-IN KO BLANK | $0.52 | 10 | 25 | 72 | $37.44 |
| S | 1 ARL | 902 | 1-IN SNAP-IN KO BLANK | $0.43 | 10 | 25 | | $0.00 |
| S | 1 ARL | 901 | 3/4 SNAP-IN KO BLANK | $0.26 | 10 | 25 | 4 | $1.04 |
| X | 1 ARL | 900 | 1/2 SNAP-IN KO BLANK | $0.21 | 10 | 25 | 59 | $12.39 |
| S | 1 ARL | 849 | 2-IN 2-SCR SEC CONN | $2.68 | 10 | 25 | 5 | $13.40 |
| S | 1 ARL | 848 | 1-1/2 2-SCR SEC CONN | $2.29 | 10 | 25 | | $0.00 |
| * | 0 | WPBP100 | | $0.00 | | | 39 | $0.00 |
| * | 0 | WPBP50-CC | | $0.00 | | | 40 | $0.00 |
| X | 1 FIT | NIPGAL1X12 | 1X12-GALV-NIP | $5.71 | 10 | 25 | | $0.00 |
| X | 1 FIT | NIPGAL1-1/2X12 | 1-1/2X12-GALV-NIP | $8.52 | 10 | 25 | | $0.00 |
| S | 1 ARL | 5010AST | CBL CONN W/INS THROAT | $0.98 | 10 | 25 | 109 | $106.82 |
| X | 1 ARL | 856 | 2-IN 90D SQZ FLEX CONN | $17.68 | 10 | 25 | 1 | $17.68 |
| X | 1 ARL | 853 | 1-IN 90D SQZ FLEX CONN | $4.56 | 10 | 25 | 35 | $159.60 |
| X | 1 ARL | 852 | 3/4 90D SQZ FLEX CONN | $1.75 | 10 | 25 | 30 | $52.50 |
| X | 1 ARL | 851 | 1/2 90D SQZ FLEX CONN | $0.83 | 10 | 25 | 49 | $40.67 |
| X | 50 IDEAL | 303496 | 12AWG SOL GRD WR | $14.13 | 10 | 25 | 168 | $2,373.84 |
| S | 1 ILSCO | TA6S | 14-6 ALCU LUG | $1.19 | 10 | 25 | | $0.00 |
| S | 1 WILEY | WEEB LUG 6.7AS | WEEB LUG 6.7AS | $8.14 | 10 | 25 | | $0.00 |
| X | 1 BPT | 390DC | 4-IN INS GRD BUSH | $0.00 | 10 | 25 | | $0.00 |
| X | 1 BPT | 388DC | 3-IN INS GRD BUSH | $0.00 | 10 | 25 | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| S | 1 ARL | 40AST | SNAP-IN CABLE CONNECTOR | $0.79 | 10 | 25 | 40 | $31.60 |
| X | 1 BPT | 269RT | 4IN COUPLING | $0.00 | 10 | 25 | | $0.00 |
| X | 1 BPT | 267RT | 3IN R/T CPLG | $0.00 | 10 | 25 | | $0.00 |
| X | 1 BPT | 266RT | 2-1/2 R/T CPLG | $0.00 | 10 | 25 | | $0.00 |
| S | 1 BPT | 265RT | 2IN CMPRSN CPLG | $4.55 | 10 | 25 | 30 | $136.50 |
| X | 1 BPT | 264RT | 1-1/2 CMPRSN CPLG | $3.75 | 10 | 25 | 40 | $150.00 |
| S | 1 BPT | 263RT | 1-1/4 CMPRSN CPLG | $2.52 | 10 | 25 | 16 | $40.32 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| X | 1 ARL | LT125 | 1-1/4 STR L/T FLEX CONN | $4.29 | 10 | 25 | | $0.00 |
| X | 1 BPT | 160DC | 4-IN D/C KO HUB | $0.00 | 10 | 25 | | $0.00 |
| X | 1 BPT | 156DC | 2IN ZINC D/C W/T HUB | $5.03 | 10 | 25 | 11 | $55.33 |
| S | 1 BPT | 155DC | 1-1/2 ZINC D/C W/T HUB | $3.63 | 10 | 25 | 16 | $58.08 |
| S | 1 BPT | 154DC | 1-1/4 ZINC D/C W/T HUB | $3.35 | 10 | 25 | 1 | $3.35 |
| S | 1 BPT | 153DC | 1IN ZINC D/C W/T HUB | $2.80 | 10 | 25 | | $0.00 |
| S | 1 BPT | 152DC | 3/4 ZINC D/C W/T HUB | $2.48 | 10 | 25 | | $0.00 |
| S | 1 BPT | 151DC | 1/2 D/C KO HUB | $0.00 | 10 | 25 | 8 | $0.00 |
| X | 1 EGS | 4100S | 1-IN S/SCR EMT CONN | $0.00 | 10 | 25 | | $0.00 |
| X | 1 EGS | 4075S | 3/4 S/SCR EMT CONN | $0.00 | 10 | 25 | | $0.00 |
| X | 1 EGS | 5125S | 1-1/4 S/SCR EMT CPLG | $0.00 | 10 | 25 | 20 | $0.00 |
| X | 1 EGS | 5100S | 1-IN S/SCR EMT CPLG | $0.00 | 10 | 25 | | $0.00 |
| X | 1 EGS | 5075S | 3/4 S/SCR EMT CPLG | $0.00 | 10 | 25 | 100 | $0.00 |
| S | 1 FIT | CPLGAL2 | 2-IN-GALV-CPLG | $3.49 | 10 | 25 | 47 | $164.03 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| S | 1 ARL | GF100 | 1-IN D/C SCR-IN FLEXCONN | $1.65 | 10 | 25 | 26 | $42.90 |
| S | 1 ARL | GFC75 | 3/4 D/C SCR-IN FLEX CPLG | $1.13 | 10 | 25 | 2 | $2.26 |
| S | 1 ARL | GF862 | 3/4 FLEX TO EMT COUPLING | $2.01 | 10 | 25 | 39 | $78.39 |
| S | 1 ARL | GF75 | 3/4 D/C SCR-IN FLEX CONN | $0.43 | 10 | 25 | 69 | $29.67 |
| * | 0 | | | $0.00 | 10 | 25 | | $0.00 |
| * | 0 | | | $0.00 | 10 | 25 | | $0.00 |
| S | 1 ARL | 844 | 1-1/4 2-SCR SEC CONN | $1.39 | 10 | 25 | | $0.00 |
| S | 1 ARL | 843 | 1-IN 2-SCR SEC CONN | $0.94 | 10 | 25 | | $0.00 |
| S | 1 ARL | 842 | 3/4 2-SCR SEC CONN | $0.56 | 10 | 25 | | $0.00 |
| S | 1 ARL | 841 | 3/8-IN NMC CONN | $0.23 | 10 | 25 | 6 | $1.38 |
| X | 100 3M | T/R+BOX | SPRING CONN 100/BOX | $0.00 | 10 | 25 | 405 | $0.00 |
| S | 25 IDEAL | 30454 | BLU TW WIRE NUT-25BX | $11.50 | 10 | 25 | 40 | $460.00 |
| X | 100 IDEAL | 30292 | SIZE 92 GRN WIRECONN | $15.38 | 10 | 25 | | $0.00 |
| X | 100 IDEAL | 30076 | RED 76B WIRE NUT-100BX | $18.60 | 10 | 25 | 262 | $4,873.20 |
| X | 100 DOT | DRC75 | 34KO NM CABLE CONN | $0.00 | 10 | 25 | | $0.00 |
| S | 100 DOT | DRC50 | 1/2KO NM CABLE CONN | $23.70 | 10 | 25 | 134 | $3,175.80 |
| X | 1 ARL | LPCG757 | 3/4 .375/.750 NMCRDCONN | $2.33 | 10 | 25 | 25 | $58.25 |
| X | 1 ARL | LPCG507 | 1/2 .375/.750 NMCRDCONN | $1.86 | 10 | 25 | 13 | $24.18 |
| X | 1 ARL | LPCG50 | 1/2 STR STRN RLF CRD CON | $1.55 | 10 | 25 | | $0.00 |
| X | 1 ARL | NMUF50 | 1/2 UF CABLE COMP CONN | $2.49 | 10 | 25 | 13 | $32.37 |
| * | 0 | 30092 | | $0.00 | | | 330 | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| S | 1 BPT | 386DC | 2-IN D/C INS COND BUSH | $3.50 | 10 | 25 | 21 | $73.50 |
| S | 1 BPT | 385DC | 1-1/2 D/C INS COND BUSH | $2.76 | 10 | 25 | 27 | $74.52 |
| S | 1 BPT | 384DC | 1-1/4 D/C INS COND BUSH | $1.74 | 10 | 25 | 11 | $19.14 |
| S | 1 BPT | 383DC | 1-IN D/C INS COND BUSH | $1.01 | 10 | 25 | 13 | $13.13 |
| S | 1 BPT | 382DC | 3/4 INS GRND BUSH | $0.94 | 10 | 25 | | $0.00 |
| S | 1 ARL | 447 | 3-IN PLSTC INS BUSHING | $0.71 | 10 | 25 | | $0.00 |
| X | 1 ARL | 446 | 2-1/2 PLSTC INS BUSHING | $0.66 | 10 | 25 | | $0.00 |
| S | 1 ARL | 445 | 2-IN PLSTC INS BUSHING | $0.31 | 10 | 25 | 0 | $0.00 |
| S | 1 ARL | 444 | 1-1/2 PLSTC INS BUSHING | $0.18 | 10 | 25 | 64 | $11.52 |
| S | 1 ARL | 443 | 1-1/4 PLSTC INS BUSHING | $0.13 | 10 | 25 | 9 | $1.17 |
| S | 1 ARL | 442 | 1-IN PLSTC INS BUSHING | $0.10 | 10 | 25 | 30 | $3.00 |
| S | 1 ARL | 441 | 3/4 PLSTC INS BUSHING | $0.05 | 10 | 25 | 37 | $1.85 |
| S | 1 ARL | 440 | 1/2 PLSTC INS BUSHING | $0.04 | 10 | 25 | | $0.00 |
| X | 1 ARL | EMT125 | 1-1/4 NM TERMINATOR | $0.51 | 10 | 25 | 200 | $102.00 |
| S | 1 ARL | EMT100 | 1-IN NM TERMINATOR | $0.28 | 10 | 25 | 49 | $13.72 |
| S | 1 ARL | EMT75 | 3/4IN NM TERMINATOR | $0.08 | 10 | 25 | 102 | $8.16 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| S | 1 BPT | 262RT | 1 R/T CMPRSN CPL | $1.48 | 10 | 25 | | $0.00 |
| S | 1 BPT | 261RT | 3/4 R/T CMPRS CPL | $0.85 | 10 | 25 | 296 | $251.60 |
| X | 1 EGS | 4200S | 2-IN S/SCR EMT CONN | $0.00 | 10 | 25 | 0 | $0.00 |
| S | 1 BPT | 254RT2 | 1-1/2 CMPRSN CONN | $1.86 | 10 | 25 | 16 | $29.76 |
| S | 1 BPT | 253RT2 | 1-1/4 CMPRSN CONN | $1.73 | 10 | 25 | | $0.00 |
| S | 1 BPT | 252RT2 | 1 R/T CMPRN CONN | $1.21 | 10 | 25 | 24 | $29.04 |
| S | 1 BPT | 251RT2 | 3/4 R/T CMPRSN | $0.82 | 10 | 25 | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| S | 1 FIT | CPLGAL2 | 2-IN-GALV-CPLG | $3.49 | 10 | 25 | | $0.00 |
| X | 1 FIT | CPLGAL3 | 3-IN-GALV-CPLG | $13.23 | 10 | 25 | | $0.00 |
| X | 1 FIT | CPLGAL1-1/4 | 1-1/4-GALV-CPLG | $2.47 | 10 | 25 | 9 | $22.23 |
| S | 1 FIT | CPLGAL1 | 1-IN-GALV-CPLG | $1.55 | 10 | 25 | | $0.00 |
| S | 1 FIT | CPLGAL-3/4 | 3/4 GALV CPL | $1.05 | 10 | 25 | 36 | $37.80 |
| X | 1 FIT | CPLGAL-1/2 | 1/2-GALV-CPLG | $0.94 | 10 | 25 | 49 | $46.06 |
| X | 1 ARL | LT90200 | 2-IN 90D L/T FLX CONN | $19.82 | 10 | 25 | | $0.00 |
| X | 1 ARL | LT90150 | 1-1/2 90D L/T FLX CONN | $13.53 | 10 | 25 | | $0.00 |
| S | 1 ARL | LT90100 | 1-IN 90D L/T FLX CONN | $5.75 | 10 | 25 | 41 | $235.75 |
| S | 1 ARL | LT9075 | 3/4 90D L/T FLX CONN | $2.89 | 10 | 25 | 34 | $98.26 |
| S | 1 ARL | LT9050 | 1/2 90D L/T FLX CONN | $1.95 | 10 | 25 | 49 | $95.55 |
| X | 1 ARL | LT125 | 1-1/4 STR L/T FLEX CONN | $4.28 | 10 | 25 | 28 | $119.84 |
| S | 1 ARL | LT100 | 1-IN STR L/T FLEX CONN | $3.08 | 10 | 25 | 7 | $21.56 |
| S | 1 ARL | LT75 | 3/4 STR L/T FLEX CONN | $1.89 | 10 | 25 | 30 | $56.70 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| X | 1 STRUT | SPRING-3/8 | | $0.00 | 0 | 0 | | $0.00 |
| X | 1 STRUT | SPRING-1/4 | | $0.00 | 0 | 0 | | $0.00 |
| X | 1 BPT | 257RT2 | 3IN R/T CONN | $0.00 | 10 | 25 | | $0.00 |
| X | 1 BPT | 250RT2 | 1/2 R/T CMPRSN | $0.00 | 10 | 25 | 35 | $0.00 |
| X | 1 EGS | 4300S | 3-IN S/SCR EMT CONN | $0.00 | 10 | 25 | | $0.00 |
| S | 1 BPT | SR075 | 3/4 L/T SEALING RING | $0.32 | 10 | 25 | | $0.00 |
| * | 0 | 260RT | | $0.00 | | | 98 | $0.00 |
| * | 0 | LT50 | | $0.00 | | | 35 | $0.00 |
| S | 1 BPT | LB41CG | 1/2 AL BODY ASBLY | $1.67 | 5 | 15 | 11 | $18.37 |
| S | 1 BPT | LB42CG | 3/4 AL BODY ASBLY | $2.18 | 5 | 15 | 3 | $6.54 |
| S | 1 BPT | LB43CG | 1IN CONDUIT BODY | $2.93 | 5 | 15 | 15 | $43.95 |
| S | 1 BPT | LB44CG | 1-1/4 AL BODY ASSY | $4.85 | 5 | 15 | 34 | $164.90 |
| S | 1 BPT | LB45CG | 1-1/2 AL BODY ASSY | $5.91 | 5 | 15 | 1 | $5.91 |
| S | 1 BPT | LB46CG | 2IN AL BODY ASBLY | $10.36 | 5 | 15 | 6 | $62.16 |
| X | 1 BPT | LB47CG | 2-1/2 CND-BODY | $0.00 | 5 | 15 | | $0.00 |
| X | 1 BPT | LB48CG | 3IN CND-BDY W/CVR | $0.00 | 5 | 15 | | $0.00 |
| * | 0 | C44CG | | $0.00 | | | 2 | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| S | 1 BPT | LR41CG | 1/2IN RGD CNDT BDY | $1.67 | 5 | 15 | | $0.00 |
| S | 1 BPT | LR42CG | 3/4IN COND BODY | $2.18 | 5 | 15 | 8 | $17.44 |
| S | 1 BPT | LR43CG | 1IN COND BODY | $2.74 | 5 | 15 | 21 | $57.54 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| S | 1 BPT | LR44CG | 1 1/4IN CNDUIT BDY | $4.85 | 5 | 15 | 8 | $38.80 |
| S | 1 BPT | LR45CG | 1/2IN RGD CNDT BDY | $5.91 | 5 | 15 | | $0.00 |
| S | 1 BPT | LR46CG | 2IN RGD CNDT BDY | $10.35 | 5 | 15 | | $0.00 |
| S | 1 BPT | C42CG | 3/4IN COND BODY | $2.04 | 5 | 15 | 12 | $24.48 |
| S | 1 BPT | C43CG | 1IN COND BODY | $2.74 | 5 | 15 | 19 | $52.06 |
| S | 1 BPT | LL41CG | 1/2IN RGD CNDT BDY | $1.67 | 5 | 15 | 4 | $6.68 |
| S | 1 BPT | LL42CG | 3/4IN COND BODY | $2.04 | 5 | 15 | 0 | $0.00 |
| S | 1 BPT | LL43CG | 1IN COND BODY | $2.93 | 5 | 15 | 16 | $46.88 |
| S | 1 BPT | LL44CG | 1 1/4IN CNDUIT BDY | $4.85 | 5 | 15 | 9 | $43.65 |
| S | 1 BPT | LL45CG | 1 1/2IN CNDUIT BDY | $5.91 | 5 | 15 | 1 | $5.91 |
| S | 1 BPT | LL46CG | 2IN RGD CNDT BDY | $9.49 | 5 | 15 | 2 | $18.98 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| S | 1 BPT | T41CG | 1/2IN RGD CNDT BDY | $2.05 | 5 | 15 | 2 | $4.10 |
| S | 1 BPT | T42CG | 3/4IN COND BODY | $2.58 | 5 | 15 | 6 | $15.48 |
| S | 1 BPT | T43CG | 1IN COND BODY | $3.64 | 5 | 15 | 8 | $29.12 |
| S | 1 BPT | T44CG | 1 1/4IN CNDT BDY | $6.28 | 5 | 15 | 9 | $56.52 |
| X | 1 BPT | T45CG | 1 1/2IN CNDT BDY | $0.00 | 5 | 15 | 1 | $0.00 |
| S | 1 ARL | HL7500 | 3/4 SS EMT/RID ELL | $3.29 | 5 | 15 | 2 | $6.58 |
| X | 1 BPT | 1255 | 1-1/2 CLAMP ENTR CAP | $0.00 | 5 | 15 | | |
| S | 1 SGP | UGC | UNIVERSAL GROUND ROD CLAMP | $1.70 | 5 | 15 | | $0.00 |
| * | 0 | 5100s | | $0.00 | | | 1 | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| S | 1 HEYCO | M3234GA | 3/4 CORDGRIP (.42"-.63") | $1.13 | 5 | 15 | 230 | $259.90 |
| S | 1 HEYCO | M8437GBT-SM | 1" 5-HOLE PV WIRE CONNECTOR | $2.79 | 5 | 15 | 8 | $22.32 |
| S | 1 HEYCO | M3231 | 1 HOLE 1/2" CABLE GLAND | $0.55 | 5 | 15 | 14 | $7.70 |
| S | 1 MULTI | 32.0016P0001-UR | FEMALE CABLE COUPLER | $1.40 | 5 | 15 | 40 | $56.00 |
| S | 1 MULTI | 32.0017P0001-UR | MALE CABLE COUPLER | $1.23 | 5 | 15 | 90 | $110.70 |
| * | 0 | | | $0.00 | | | | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| S | 1 HEYCO | S6405 | CABLE CLIP FOR 1&2 USE OR PV WIRE | $0.24 | 5 | 15 | 2200 | $528.00 |
| S | 1 BPT | 901S | 1/2 1H COND STRAP | $0.07 | 10 | 30 | | $0.00 |
| S | 1 BPT | 902S | 3/4 1H COND STRAP | $0.09 | 10 | 30 | | $0.00 |
| S | 1 BPT | 903S | 1-IN 1H COND STRAP | $0.14 | 10 | 30 | 30 | $4.20 |
| S | 1 BPT | 904S | 1-1/4 1H STEEL COND STRAP | $0.20 | 10 | 30 | 70 | $14.00 |
| S | 1 BPT | 905S | 1-1/2 1H COND STRAP | $0.63 | 10 | 30 | 60 | $37.80 |
| S | 1 BPT | 906S | 2-IN 1H STEEL COND STRAP | $0.85 | 10 | 30 | 5 | $4.25 |
| S | 1 BPT | 920S | 1/2 1H STL EMT STRAP | $0.04 | 10 | 30 | 35 | $1.40 |
| S | 1 BPT | 921S | 3/4 1H STL EMT STRAP | $0.06 | 10 | 30 | 30 | $1.80 |
| S | 1 BPT | 922S | 1-IN 1H STL EMTSTRAP | $0.09 | 10 | 30 | 35 | $3.15 |
| S | 1 BPT | 923S | 1-1/4 1H STL EMT STRAP | $0.16 | 10 | 30 | | $0.00 |
| S | 1 BPT | 924S | 1-1/2 1H STL EMT STRAP | $0.27 | 10 | 30 | 45 | $12.15 |
| S | 1 BPT | 925S | 2-IN 1H STL EMT STRAP | $0.31 | 10 | 30 | 3 | $0.93 |
| S | 1 BPT | 1901 | 1/2 2H STEEL COND STRAP | $0.09 | 10 | 30 | | $0.00 |
| S | 1 BPT | 1902 | 3/4 2H STEEL COND STRAP | $0.10 | 10 | 30 | 1 | $0.10 |
| S | 1 BPT | 1903 | 1-IN 2H STEEL COND STRAP | $0.14 | 10 | 30 | 18 | $2.52 |
| S | 1 BPT | 1904 | 1-1/4 2H STEEL COND STRAP | $0.23 | 10 | 30 | 7 | $1.61 |
| S | 1 BPT | 1905 | 1-1/2 2H COND STRAP | $0.25 | 10 | 30 | 90 | $22.50 |
| S | 1 BPT | 1906 | 2-IN 2H STEEL COND STRAP | $0.39 | 10 | 30 | 30 | $11.70 |
| * | 0 | 106S | | $0.00 | | | 54 | $0.00 |
| * | 0 | | | $0.00 | | | | $0.00 |
| X | 1 PVC | FA-1/2 | 1/2-PVC-FEMALE-ADPT | $0.00 | 10 | 30 | 9 | $0.00 |
| X | 1 PVC | FA-3/4 | 3/4-PVC-FEMALE-ADPT | $0.00 | 10 | 30 | 32 | $0.00 |
| X | 1 PVC | FA1 | 1-IN-PVC-FEMALE-ADPT | $0.00 | 10 | 30 | 62 | $0.00 |
| X | 1 PVC | FA1-1/4 | 1-1/4-PVC-FEMALE-ADPT | $0.00 | 10 | 30 | 22 | $0.00 |
| X | 1 PVC | FA1-1/2 | 1-1/2-PVC-FEMALE-ADPT | $0.00 | 10 | 30 | 15 | $0.00 |
| X | 1 PVC | FA2 | 2-IN-PVC-FEMALE-ADPT | $0.00 | 10 | 30 | 30 | $0.00 |
| X | 1 PVC | TA-1/2 | 1/2-PVC-TERM-ADPT | $0.00 | 10 | 30 | 41 | $0.00 |
| X | 1 PVC | TA-3/4 | 3/4-PVC-TERM-ADPT | $0.00 | 10 | 30 | | $0.00 |
| X | 1 PVC | TA1 | 1-IN-PVC-TERM-ADPT | $0.00 | 10 | 30 | 22 | $0.00 |
| X | 1 PVC | TA1-1/4 | 1-1/4-PVC-TERM-ADPT | $0.00 | 10 | 30 | 0 | $0.00 |
| X | 1 PVC | TA1-1/2 | 1-1/2-PVC-TERM-ADPT | $0.00 | 10 | 30 | 3 | $0.00 |
| X | 1 PVC | TA2 | 2-IN-PVC-TERM-ADPT | $0.00 | 10 | 30 | 4 | $0.00 |
| X | 1 PVC | CPL-1/2 | 1/2-PVC-COND-CPLG | $0.00 | 10 | 30 | 18 | $0.00 |
| X | 1 PVC | CPL-3/4 | 3/4-PVC-COND-CPLG | $0.00 | 10 | 30 | 46 | $0.00 |
| X | 1 PVC | CPL1 | 1-IN-PVC-COND-CPLG | $0.00 | 10 | 30 | 52 | $0.00 |
| X | 1 PVC | CPL1-1/4 | 1-1/4-PVC-COND-CPLG | $0.00 | 10 | 30 | 1 | $0.00 |
| X | 1 PVC | CPL1-1/2 | 1-1/2-PVC-COND-CPLG | $0.00 | 10 | 30 | 28 | $0.00 |
| X | 1 PVC | CPL2 | 2-IN-PVC-COND-CPLG | $0.00 | 10 | 30 | 56 | $0.00 |
| S | 100 NSI | 11500 | 11.1IN BLK CABLE TIE | $9.83 | 100 | 200 | | $0.00 |
| S | 1 STRUT | STRPEMT-1/2 | | $0.00 | 10 | 30 | 125 | $0.00 |
| S | 1 STRUT | STRPEMT-3/4 | 3/4IN EMT CND CLMP | $0.57 | 10 | 30 | 150 | $85.50 |
| S | 1 STRUT | STRPEMT1 | 1IN EMT CND CLMP | $0.59 | 10 | 30 | 180 | $106.20 |
| S | 1 STRUT | STRPEMT1-1/4 | 1-1/4IN EMT CND CLMP | $0.59 | 10 | 30 | 100 | $59.00 |
| S | 1 STRUT | STRPEMT1-1/2 | 1-1/2IN EMT CND CLMP | $0.53 | 10 | 30 | 120 | $63.60 |
| X | 1 STRUT | STRPEMT2 | | $0.00 | 10 | 30 | | $0.00 |
| X | 1 STRUT | STRPGAL-1/2 | | $0.00 | 10 | 30 | | $0.00 |
| X | 1 STRUT | STRPGAL-3/4 | | $0.00 | 10 | 30 | | $0.00 |
| X | 1 STRUT | STRPGAL1 | | $0.00 | 10 | 30 | | $0.00 |
| X | 1 STRUT | STRPGAL1-1/4 | | $0.00 | 10 | 30 | | $0.00 |
| | | STRPGAL3 | | | | | 9 | |
| X | 1 STRUT | STRPGAL1-1/2 | | $0.00 | 10 | 30 | | $0.00 |
| | | STRPgal2-1/2 | | | | | 4 | |
| d | 1 STRUT | STRPGAL2 | 2IN CND CLMP | $0.72 | 10 | 30 | 12 | $8.64 |
| X | 1 PVC | EL-1/2 | 1/2-90D-SCH-40-COND-ELL | $0.00 | 10 | 30 | 0 | $0.00 |
| X | 1 PVC | EL-3/4 | 3/4-90D-SCH-40-COND-ELL | $0.00 | 10 | 30 | 4 | $0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | 1 PVC | EL1 | 1-IN-90D-SCH-40-COND-ELL | $0.00 | 10 | 30 | 2 | $0.00 |
| X | 1 PVC | EL1-1/4 | 1-1/4-90D-SCH-40-COND-ELL | $0.00 | 10 | 30 | 2 | $0.00 |
| X | 1 PVC | EL1-1/2 | 1-1/2-90D-SCH-40-COND-ELL | $0.00 | 10 | 30 | 23 | $0.00 |
| S | 1 PVC | EL2 | 2-IN-90D-SCH-40-COND-ELL | $1.61 | 10 | 30 | 0 | $0.00 |
| S | 1 SQD | DU222RB | SWITCH NOT FUSIBLE GD 60 AMP 3R | $134.29 | 10 | 30 | | $0.00 |
| | | THQB32050 | | | | | 2 | $0.00 |
| | | THQB23100 | | | | | 1 | $0.00 |
| | | TLK20 | | | | | 2 | $0.00 |
| | | BR23100 | | | | | 1 | $0.00 |
| | | CH115 | | | | | 1 | $0.00 |
| | | Q24030CT2 | | | | | 2 | $0.00 |
| | | Q24020CT2 | | | | | 3 | $0.00 |
| | | Q23050CT2 | | | | | 5 | $0.00 |
| | | Q24040CT2 | | | | | 2 | $0.00 |
| | | Q23030 | | | | | 2 | $0.00 |
| | | Q22050CT | | | | | 2 | $0.00 |
| | | Q22040CT | | | | | 1 | $0.00 |
| | | Q22030CT | | | | | 4 | $0.00 |
| | | Q22020CT2 | | | | | 12 | $0.00 |
| | | Q21540CT2 | | | | | 2 | $0.00 |
| | | Q21530CT | | | | | 3 | $0.00 |
| | | Q21520CT | | | | | 11 | $0.00 |
| | | Q21515CT2 | | | | | 5 | $0.00 |
| | | Q21525 | | | | | 6 | $0.00 |
| | | Q2100 | | | | | 9 | $0.00 |
| | | Q280 | | | | | 1 | $0.00 |
| | | Q115 | | | | | 25 | $0.00 |
| | | Q1515 | | | | | 12 | $0.00 |
| | | Q215 | | | | | 15 | $0.00 |
| | | Q120 | | | | | 25 | $0.00 |
| | | Q220 | | | | | 7 | $0.00 |
| | | Q225 | | | | | 1 | $0.00 |
| | | Q130 | | | | | 13 | $0.00 |
| | | Q230 | | | | | 1 | $0.00 |
| | | Q140 | | | | | 8 | $0.00 |
| | | Q240 | | | | | 3 | $0.00 |
| | | Q250 | Breakers | | | | 8 | $0.00 |
| | | Q260 | | | | | 3 | $0.00 |
| | | CS410 | Splice cap | | | | 1 | $0.00 |
| | | Burndy Weeb lug | Weeb Lug 10.3 | | | | 21 | $0.00 |
| | | | Weeb Lug 8.0 | | | | 300 | $0.00 |
| | | | climber set | | | | 68 | $0.00 |
| | | | L Foot Slotted set | | | | 27 | $0.00 |
| | | | L Foot Everest Eco-fasten | | | | 63 | $0.00 |
| | | | Tilt up connector set | | | | 22 | $0.00 |
| | | | Ever flash ecomp | | | | 50 | $0.00 |
| | | | Ever flash ecomp mill lf | | | | 66 | $0.00 |
| | | | Versa bracket | | | | 252 | $0.00 |
| | | | mini new - | | | | 299 | $0.00 |
| | | | u mini | | | | 287 | $0.00 |
| | | | mini old | | | | 29 | $0.00 |
| | | | New clamp | | | | 210 | $0.00 |
| | | | Solutions | | | | 228 | $0.00 |
| | | | m8 new clamp | | | | 87 | $0.00 |
| | | | snap back | | | | 311 | $0.00 |
| | | | End cap | | 3 | | 341 | $1,023.00 |
| | | F1270-BL | | | | 2 boxes | 17 | $0.00 |
| | | | 8 AWG | | | | | $28,605.52 |

**Fill in this information to identify the case:**

Debtor name   **Auric Solar, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | | |

| 2.1 | **Cedar Union, LLC** | | | |
|---|---|---|---|---|

| | | **Describe debtor's property that is subject to a lien** | $8,451,808.22 | $33,575.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Alpha Corporate Services, LLC, R.A.
1706 South 500 West
Bountiful, UT 84010**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets of the debtor. See financing statement.**

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**November 13, 2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Solaroo Energy Holdings, LLC** | | | |
|---|---|---|---|---|

| | | **Describe debtor's property that is subject to a lien** | $1,215,357.02 | Unknown |
|---|---|---|---|---|

Creditor's Name

**893 West Baxter Drive
South Jordan, UT 84095**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets of the debtor.  See Financing Statement**

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**February 10, 2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Auric Solar, LLC** | Case number (if know) | |
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$\boxed{\textbf{\$9,667,165.24}}$

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Holland & Hart LLP**<br>**c/o Sherilyn Olsen**<br>**222 South Main, Suite 2200**<br>**Salt Lake City, UT 84101** | Line   2.1 | |
| **Michael Best & Friedrich, LLP**<br>**c/o Michael C. Barnhill**<br>**2750 Cottonwood Parkway, Suite 560**<br>**Salt Lake City, UT 84121** | Line   2.2 | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Auric Solar, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Bryon Barton**<br>**596 East 1500 South**<br>**Kaysville, UT 84037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$51,327.00** | **$13,650.00** |
| | Date or dates debt was incurred<br>**11/22/19 through filing.** | Basis for the claim: | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | | |
| **2.2** | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**c/o Tax Division**<br>**P.O. Box 17087**<br>**Denver, CO 80217** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | | |
| | Last 4 digits of account number **NOTICE ONLY**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      26011      Best Case Bankruptcy

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61,538.00 | $13,650.00 |
|---|---|---|---|---|
| | **Gunther Fischli** | Check all that apply. | | |
| | **9591 S. High Meadow Dr.** | ☐ Contingent | | |
| | **South Jordan, UT 84095** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **11/22/19 through filing.** | **Back wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Idaho State Tax Commission** | Check all that apply. | | |
| | **Attn:  Legal Processes Unit** | ☐ Contingent | | |
| | **P.O. Box 36** | ☐ Unliquidated | | |
| | **Boise, ID 83722** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **NOTICE ONLY** | | |
| | Last 4 digits of account number **NOTICE ONLY** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Internal Revenue Service** | Check all that apply. | | |
| | **P. O. Box 7346** | ☐ Contingent | | |
| | **Philadelphia, PA 19101-7346** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **NOTICE ONLY** | | |
| | Last 4 digits of account number **NOTICE ONLY** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96,442.00 | $13,650.00 |
|---|---|---|---|---|
| | **Jess Phillips** | Check all that apply. | | |
| | **1309 W Atrium Ct** | ☐ Contingent | | |
| | **Farmington, UT 84025** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **11/22/19 through filing.** | **Back Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61,538.00 | $61,538.00 |
|---|---|---|---|---|

**Kelly Curtis**
**11232 S. Frandsen Cir.**
**South Jordan, UT 84095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/22/19 through filing.** | **Back wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Oregon Department of Revenue**
**PO Box 14790**
**Salem, OR 97309-0470**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **NOTICE ONLY** |

Last 4 digits of account number **NOTICE
ONLY**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73,558.00 | $13,650.00 |
|---|---|---|---|---|

**Thaniel Bishop**
**6168 W. 13900 S**
**Herriman, UT 84096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/22/19 through filing.** | **Back wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73,558.00 | $13,650.00 |
|---|---|---|---|---|

**Trent Vansice**
**10494 S Canyon Oak Cir**
**Sandy, UT 84092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/22/19 through filing.** | **Back wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Utah State Tax Commission**
**Attn Legal Processes Unit**
**210 North 1950 West**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number **NOTICE ONLY**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**(p) Internal Revenue Service**
**Centralized Insolvency Operations**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**1-Derful Roofing and Restoration**
**9858 W. Girton Dr**
**Denver, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**1385000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**303 Roofing Metal Gutters**
**c/o Joshua Vigil**
**4327 W. Kenyon Ave.**
**Denver, CO 80236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,578.27 |
|---|---|---|---|

**5d Holdings**
**10531 Lieter Place Lone Tree**
**Lone Tree, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1087**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A Smith Construction. Inc.**
**9216 Aspen Creek Point**
**Highlands Ranch, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A-Core of Boise**
**PO Box 7306**
**Kennewick, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1087**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A1 Handman, LLC**
**PO Box 190706**
**Boise, ID 83719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Searle**
**2154 Blossom Street**
**Eagle Mountain, UT 84005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABB/Power-One Inc**
**5050 E. Cotton Center Boulevard**
**Building 3 Suite 30**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABC Stamp, Signs and Awards**
**407 North Orchard Street**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ability Plus Roofing**
**16055 SW Walker Rd. #110**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $972.20 |
|---|---|---|---|

**Abra Auto Body & Glass**
**7225 Northland Drive Ste# 210**
**Brooklyn Park, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,339.22 |
|---|---|---|---|

**Accentuate.Me**
**2451 N. 2275 E**
**Layton, UT 84040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,420.52 |
|---|---|---|---|

**Ace Disposal**
**PO Box 2608**
**Salt Lake City, UT 84110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **8110**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ace Gutter**
**645 West 9400 South Ste. 109**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,750.00 |
|---|---|---|---|

**Ace Search Acquisitions Limited**
**130 Old Street**
**London, England EC1V 9BB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,040.00 |
|---|---|---|---|

**Adler AB Owner VIII, LLC**
**PO Box 913299**
**Denver, CO 80291-3299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $717.50 |

**Advanced Roofing & Moisture Control**
1347 Temple Vista Lane
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,939.41 |

**Aerotek**
PO Box 198531
Atlanta, GA 30384-8531

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,541.90 |

**Aerotek (CO)**
PO Box 198531
Atlanta, GA 30384-8531

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AFCO Insurance Premium Finance**
Attn: Payment Processing
5600 North River Road Ste. 400
Rosemont, IL 60018-5187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **8206**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Affordable One Home Services**
807 Front Street
Richmond, TX 77469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ahern Rentals**
PO Box 271390
Las Vegas, NV 89127-1290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **3863**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AID Equipment**
172 W. 8400 South
Sandy, UT 84070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Auric Solar, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Akimoto Sprinklers**
**PO Box 711998**
**Salt Lake City, UT 84171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Cochrane**
**12063 W. Abram St.**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Row**
**1919 E. Evergreen  Ave.**
**Salt Lake City, UT 84106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Thomas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexander Boussatta**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexander Indo**
**4836 Frizzon Way**
**Herriman, UT 84096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,106.31 |
|---|---|---|---|

**Alithya**
**Zero2ten, Inc.**
**PO Box 845183**
**Boston, MA 02284-5183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**All About Roofs, LLC**
**Bradley Dean Watson**
**2505 N Portland Rd.**
**Newberg, OR 97132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $977.50 |
|---|---|---|---|

**All in 1 Cleaning Services**
**5106 Scranton St.**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64.42 |
|---|---|---|---|

**Allied Business Solutions**
**PO Box 329**
**Payette, ID 83661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64.40 |
|---|---|---|---|

**Allied Electronics**
**7151 Jack Newell Blvd. S.**
**Fort Worth, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allied Fence of Southern Utah**
**PO Box 460572**
**Leeds, UT 84746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ally Auto**
**PO Box9001951**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  8719,0864

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ally Auto**
**PO Box9001951**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  0151,7812

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Auric Solar, LLC | Case number (if known) | |
|--------|------------------|------------------------|--|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.50 |
|------|--|--|--|

**Alphagraphics**
PO Box 550
Bountiful, UT 84011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.50 |
|------|--|--|--|

**Alpine Restoration**
180 W. 500 N.
North Salt Lake, UT 84054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Alpine Supply**
3311 W. Parkway
Salt Lake City, UT 84119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  R196

**Basis for the claim:**  Business debt

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Always Clean**
Anchor Janatorial
5511 W. 56th Ave. #110
Arvada, CO 80002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Amazon**
c/o Corporation Service Company, R.A.
15 West South Temple, Suite 600
Salt Lake City, UT 84101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Amcor/Oldcastle**
333 S. Redwood Rd.
North Salt Lake, UT 84054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**American Electric**
PO Box 2292
Pocatello, ID 83206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Auric Solar, LLC**
_____    Case number (if known) _____
Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Electric Company**
78 W. 13775 S. Ste 9
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168,000.00 |
|---|---|---|---|

**American Express**
PO Box 650448
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Express**
PO Box 650448
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Live Entertainment, LLC**
**American Dueling Pianos**
337 H Street #104
Salt Lake City, UT 84103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,665.00 |
|---|---|---|---|

**American Roofing**
36370 S 300 W
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**American Surveys**
26689 Plesant Park Rd
Conifer, CO 80433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,091.50 |
|---|---|---|---|

**Americom Technology**
5305 W. 2400 South England Court Way
West Valley City, UT 84120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Auric Solar, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **AmeriGas**<br>**PO Box 660288**<br>**Dallas, TX 75266-0266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Amy Joy Shilling**<br>**58 Kempton Lane**<br>**Ladera Ranch, CA 92694** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Amy Wieloch**<br>**2430 Beacon Drive**<br>**Salt Lake City, UT 84108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Anago Franchising, Inc**<br>**3195 S. Main Street #130**<br>**Salt Lake City, UT 84115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Anchor Products**<br>**PO Box 1551**<br>**Colleyville, TX 76034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Anderson Drywall Specialists**<br>**14374 Livesay Rd**<br>**Oregon City, OR 97045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Andrew Obermeyer**<br>**1932 W. Sunrise Rim Rd**<br>**Boise, ID 83705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelika Paxman**
**3471 E. 475 N.**
**Layton, UT 84040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anjelica Martino**
**7045 Leetsdale Dr. Apt. B38**
**Denver, CO 80224-1792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Alba**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**APA Benefits**
**8899 S. 700 Easst Ste. 225**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Apex Roofing Consultants LLC**
**7332 S. Alton Way Ste. 13K**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aplhagraphics**
**PO Box 550**
**Bountiful, UT 84011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Applewood Plumbing Heating & Electric**
**5000 West 29th Avenue, Denver**
**Denver, CO 80212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,374.60** |
|---|---|---|---|

**Arco Electric**
**597 W 9320 S.**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arctic Air, Inc**
**814 S Kcid Rd**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arianna Cropp**
**6933 SE. Catalina Lane**
**Portland, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,219.39** |
|---|---|---|---|

**Arnold Machinery Company**
**1975 W. 2100 S.**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ASAP Inc.**
**7121 Beautiful View Circle**
**Melba, ID 83641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Asher Dunn**
**469 W. Kit Fox Drive**
**Saratoga Springs, UT 84045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ashley Smith**
**5798 W. Victory Rd.**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Assure Sign, LLC**
**Dept CH 19985**
**Palatine, IL 60055-9985**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,120.50**

**AStar Copier, Printer, Fax, LLC**
**4331 W. 5740 S.**
**Salt Lake City, UT 84118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aung Thang**
**1081 S. 900 W.**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AutoZone**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Avana Capital**
**17505 North 79th Avenue, Suite 105**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Avery Carter**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BankDirect Capital Finance**
**1122 Franklin Ave.**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barry Bowen**
**3634 S 2500 E.**
**Salt Lake City, UT 84109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barry Whitesides**
**17575 East Dewburry Cir.**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,248.57 |
|---|---|---|---|

**Bartlett Tree Experts**
**PO Box 3067**
**Stamford, CT 06905-0067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,002.00 |
|---|---|---|---|

**BBB Accreditation**
**3703 W 6200 S.**
**Salt Lake City, UT 84129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BDC Roofing**
**3703 W Eagle Mountain Dr.**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BDS Electrical**
**Zacharial Brunyer**
**6362 West Placer Mine Lane**
**West Jordan, UT 84081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Becky Hansen**
**2314 S. Chip Shot Loop**
**Saratoga Springs, UT 84045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | | |
| --- | --- | --- | --- |
| | Name | Case number *(if known)* | |

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Becon Construction**
**505 N 660 W.**
**Woods Cross, UT 84087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Bekky Lawson**
**1119 Peregrine Dr.**
**Middleton, ID 83644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ben Holt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Benjamin Brown**
**1909 E. Roanoke Dr.**
**Boise, ID 83712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Berkshire Hathaway Homestate Companies**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Bill Carpenter**
**5873 Ulmer Lane**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Billy Eral**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Auric Solar, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Blazer Electrical Supply** | ☐ Contingent | |
| | **230 S. Santa Fe Avenue** | ☐ Unliquidated | |
| | **Pueblo, CO 81003** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $76,293.00 |
| | **Blue Goat Roofing** | ☐ Contingent | |
| | **3592 S Lynford Ave.** | ☐ Unliquidated | |
| | **Meridian, ID 83642** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $379,726.02 |
| | **Blue Prairie Family Limited Partnership** | ☐ Contingent | |
| | **c/o Alpha Corporate Services, LLC** | ☐ Unliquidated | |
| | **1706 South 500 West, Suite 100** | ☐ Disputed | |
| | **Bountiful, UT 84010** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $594.96 |
| | **Blue Wrench** | ☐ Contingent | |
| | **Store # 265** | ☐ Unliquidated | |
| | **265 N Baltic Pl.** | ☐ Disputed | |
| | **Meridian, ID 83642** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Boise City Hall** | ☐ Contingent | |
| | **150 N Capitol Blvd** | ☐ Unliquidated | |
| | **Boise, ID 83702** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Boise City Parking** | ☐ Contingent | |
| | **50 N Capitol Blvd** | ☐ Unliquidated | |
| | **Boise, ID 83702** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,202.37 |
| | **Boise Supply Co** | ☐ Contingent | |
| | **12020 W Franklin** | ☐ Unliquidated | |
| | **Boise, ID 83709** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __URIS__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,706.67** |
|---|---|---|---|
| | **Bolt & Nut Supply Co.** | ☐ Contingent | |
| | **2212 S West Temple #1** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84115** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **Auric** | **Basis for the claim:** **Business debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Boostability** | ☐ Contingent | |
| | **2600 Ashton Boulevard** | ☐ Unliquidated | |
| | **Lehi, UT 84043** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Business debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Border States Electrical Supply** | ☐ Contingent | |
| | **658 N State Street** | ☐ Unliquidated | |
| | **Orem, UT 84057** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Business debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Botten's Equipment Rental** | ☐ Contingent | |
| | **2800 NE Lafayette Ave.** | ☐ Unliquidated | |
| | **McMinnville, OR 97128** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Business debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Boyd Dial** | ☐ Contingent | |
| | **9386 s. Copper Lane** | ☐ Unliquidated | |
| | **West Jordan, UT 84088** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Business debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brad Stevens** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Business debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,069.90** |
|---|---|---|---|
| | **Brady Roofing** | ☐ Contingent | |
| | **2729 Andrew Ave** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Business debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$403,082.15**

**Brahma Roofing**
**2729 Andrew Ave.**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brandon Burnham**
**5745 Poppy Way**
**Golden, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brandon Krukman**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brandon Stallings**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brandon Stone**
**3063 W. 2650 N.**
**West Haven, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Dickman**
**12717 NW 25th Ave.**
**Vancouver, WA 98685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Donahue**
**4989 Muirkirk Rd**
**West Jordan, UT 84081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brianne Ellis**
21474  SW Fallow Ter.
Sherwood, OR 97140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brighton Properties Inc. DBA SBMC Chapar**
c/o Colliers International
4643 S. Ulster Street, Ste. 1000
Denver, CO 80237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brinks Home Security**
PO Box 814530
Dallas, TX 75380-4530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **9994**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bro's Construction Corporation**
5731 W. 12900 S.
Herriman, UT 84096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brooke Shreeve**
2323 E 8300 S.
Ogden, UT 84405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryan Budd**
5132 W. Sienna Rose Dr.
Herriman, UT 84096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryan's Roofing Company c/o Bryan Warren**
382 Plat M Road
PO Box 1187
Sutherlin, OR 97479

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryce Meyet**
1230 S. 19th Street
Nampa, ID 83636

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryon & Kristin Vance**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryon Barton**
596 East 1500 South
Kaysville, UT 84037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $757.00 |
|---|---|---|---|

**Budget Blinds of Boise**
3230 N. Eagle Rd. Ste. 150
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2159**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Buffalo Sports Properties**
c/o Learfield Comunications
PO Box 843038
Kansas City, MO 64184-3038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2159**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bushard Plumbing Service**
1460 Washburn Street
Erie, CO 80516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Buy Wyz**
1650 W Targee St. #5905
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.132** Nonpriority creditor's name and mailing address

**C.E.S. (Southwest Accounts)**
**PO Box 5267**
**Greenwood Village, CO 80155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133** Nonpriority creditor's name and mailing address

**Call Loop**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134** Nonpriority creditor's name and mailing address

**Calvin Leota**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.135** Nonpriority creditor's name and mailing address

**Candice Musick**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136** Nonpriority creditor's name and mailing address

**Cannon Soultions America**
**15004 Collections Center Drive**
**Chicago, IL 60693-0150**

Date(s) debt was incurred _

Last 4 digits of account number  **8604**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$892.95

---

**3.137** Nonpriority creditor's name and mailing address

**Capital Community Bank**
**1909 W. State Street**
**Pleasant Grove, UT 84602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138** Nonpriority creditor's name and mailing address

**Capital Premium Financing**
**PO Box 660232**
**Dallas, TX 75266-0232**

Date(s) debt was incurred _

Last 4 digits of account number  **8052**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$17,857.84

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Capital Roofing & Restoration**
**14 Inverness Dr. E #C228**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Cardone Training**
**18909 NE 29th Ave.**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Castle Mountain Homes Inc.**
**PO Box 493**
**Garden Valley, ID 83622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CCI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ccri by Upma**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,672.45**

**CED (Centennial)**
**PO Box 913120**
**Denver, CO 80291-3120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **5119**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79,425.27**

**CED (Commercial)**
**PO Box 913120**
**Denver, CO 80291-3120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **0757**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CED Greentech**
PO Box 913120
Denver, CO 80291-3120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0757**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Centimark Corporation**
12 Grandview Cir.
Canonsburg, PA 15317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Centurylink**
PO Box 2956
Phoenix, AZ 85062-2956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **200B**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$972.80**

**Certified Fire Protection**
3140 South 460 West
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **200B**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.00**

**Certified Shred, Inc.**
537 W. Picket Cir. Ste 600
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CES**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CF Construction**
2300 E. Deerpoint Ct.
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chad Randall**
**4574 W Black Elk Way**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Swearingen**
**9526 Sleepy Hollow Dr.**
**Melba, ID 83641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charlotte Kearsley**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chase Bank**
**P.O. Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Grane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Holt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Irribarra**
**1445 W. 3045 S.**
**Logan, UT 84321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chris Vose**
**7625 Red Oak Rd.**
**Eagle Mountain, UT 84005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chris Winkelkotter**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christina Daccarett**
**535 W. Mesa Grande Lane**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christine Kramer**
**21199 E. Eldorado Dr.**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chrysler Capital**
**PO Box 660647**
**Dallas, TX 75266-0647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5936**

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chrysler Capital**
**PO Box 660647**
**Dallas, TX 75266-0647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5024**

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cincinnati Insurance Company**
**PO Box 145620**
**Cincinnati, OH 45250-5620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3575**

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cincinnati Insurance Company**
PO Box 145620
Cincinnati, OH 45250-5620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6062**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,538.78 |
|---|---|---|---|

**Cintas Facility Service**
**Cintas Corporation**
PO Box 650838
Dallas, TX 75265-0838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,930.32 |
|---|---|---|---|

**Cintas First Aid & Safety**
PO Box 631025
Cincinnati, OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4116**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Circle Bolt & Nut Co.**
158 Pringle St.
Kingston, PA 18704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Citel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City & County of Denver**
PO Box 46500
Denver, CO 80201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Broomsfield**
1 DesCombes Drive
Broomfield, CO 80020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Auric Solar, LLC**
_____
Name

Case number (if known) _____

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Centennial**
13133 E. Arapahoe Rd.
Centennial, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Frederick**
401 Locust Street
P.O. Box 435
Frederick, CO 80530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Glass and Construction Services**
897 W. 100 N. Ste. A
North Salt Lake, UT 84054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Hatboro**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $458.86 |

**City of Meridian**
PO Box 670
Caldwell, ID 83606-0670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number  **4701**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Northglenn**
11701 Community Center Dr,
Northglenn, CO 80233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Clark Taylor**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,247.70** |
|---|---|---|---|

**Clean Energy Authority**
**32045 Castle Court Suite 202**
**Evergreen, CO 80439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **525W**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Clear Creek Communications**
**18238 S Fischers Mill Rd**
**Oregon City, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Clear Vision Construction, LLC**
**8110 SW Nimbus Ave. 4-B**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,769.00** |
|---|---|---|---|

**Click Dimensions**
**5901 Peachtree Dunwoody Rd. Suite B500**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Clint Warnick**
**10627 N. Avalon**
**Cedar Hills, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CMC Heating & Air Conditioning**
**3014 Chaucer Place**
**Salt Lake City, UT 84108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$872,372.31** |
|---|---|---|---|

**Codale (Commercial)**
**PO Box 740525**
**Los Angeles, CA 90074-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$217,682.61** |
|---|---|---|---|

**Codale Electric Supply**
PO Box 740525
Los Angeles, CA 90074-5025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Codale Electric Supply**
5445 West 2400 South
England St.
Salt Lake City, UT 84120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Cody Carter**
4286 Belleville Way
South Jordan, UT 84009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Cody Jorgensen**
8247 S. 1640 W.
West Jordan, UT 84081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Colemans Telecomm**
2347 South Decker Lake Blvd.
Salt Lake City, UT 84119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,908.00** |
|---|---|---|---|

**Collins Roofing Inc.**
3 East State Street
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,050.00** |
|---|---|---|---|

**Colorado Garden Foundation**
959 S. Kipling Pkwy Ste. 100
Lakewood, CO 80226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colorado Sewer Services**
6000 West 13th Ave.
Lakewood, CO 80214-2109

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,228.48 |
|---|---|---|---|

**Columbia Electric Supply**
PO Box 398855
San Francisco, CA 94139-8855

Date(s) debt was incurred _

Last 4 digits of account number  **8700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast**
Attn Collections Support Bk
9602 S. 300 West
Sandy, UT 84070

Date(s) debt was incurred _

Last 4 digits of account number  **0517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt (Oregon)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast**
Attn Collections Support Bk
9602 S. 300 West
Sandy, UT 84070

Date(s) debt was incurred _

Last 4 digits of account number  **2528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt (Colorado)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast**
Attn Collections Support Bk
9602 S. 300 West
Sandy, UT 84070

Date(s) debt was incurred _

Last 4 digits of account number  **2459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt (Utah)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast**
PO Box 34744
Seattle, WA 98124-1744

Date(s) debt was incurred _

Last 4 digits of account number  **4401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt (Utah)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast**
PO Box 60533
City of Industry, CA 91716-0533

Date(s) debt was incurred _

Last 4 digits of account number  **4401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt (Solaroo CO)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number *(if known)* | |
| | Name | | |

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Comercial Lighting**
**2440 S 900 W**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Compleat Electric, Inc.**
**PO Box 2912**
**1770 Eldridge Ave.**
**Twin Falls, ID 83303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Compleat Restoraton Services Inc**
**1757 Hampton rd.**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,173.50** |
|---|---|---|---|

**Concentra Health**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number  **9819**

Is the claim subject to offset? ■ No ☐ Yes

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,539.72** |
|---|---|---|---|

**Concure Technologies, Inc**
**62157 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Conscious Energy Consultants Inc.**
**6841 Oberon Rd.**
**Arvada, CO 80004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Construction Monitor**
**872 Clover Meadow Dr**
**Salt Lake City, UT 84123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Continental Casualty Company**
PO Box 790094
Saint Louis, MO 63179-0094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  5900

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cookie Advantage**
14376 Arcadia Rose Lane
Herriman, UT 84096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Copper Roofing**
767 East 600 South
Provo, UT 84606-5045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Copper State Bolt & Nut Co.**
2961 California Ave
Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cordell McDougald**
7335 E. Nottingham Ln.
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Corey Kilburn**
1128 s. State Canyon Dr.
Provo, UT 84606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Coseia**
1536 Wynkoop Street, Ste. 104
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Courtney Lieshman**
**1405 S 750 E**
**Kaysville, UT 84037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**CPR Services**
**13684 S. 2260 W.**
**Riverton, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**CR Lighting & Electric, Inc.**
**380 North King Street**
**Layton, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Craig Hamada**
**1602 E. 12500 S.**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Craig Hamer**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Craig Johnson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.00** |

**Crawford Masonary Inc.**
**635 E. Trinidad Dr.**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.61 |
|---|---|---|---|

**Crescent Electric**
PO Box 500
East Dubuque, IL 61025-4418

Date(s) debt was incurred _

Last 4 digits of account number _6864_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cris Palauni**
5779 Carranca Dr.
Taylorsville, UT 84129

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Crown Equipment**
3143 S 1030 W
Salt Lake City, UT 84119

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.00 |
|---|---|---|---|

**CSJ Equipment**
9901 S. Prosperity Rd
West Jordan, UT 84081

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CT Corporation**
PO Box 4349
Carol Stream, IL 60197-4349

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Curtis Muhlestine**
136464 S. 3160 W.
Riverton, UT 84065

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Custom Care Pest Service**
1863 Wildwood St.
Boise, ID 83713

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,457.20**

**Custom Carport Designs**
**c/o Austin Day**
**13324 Heritage Farm Cove**
**Riverton, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Custon Carport Designs**
**Austin Day**
**13324 Heritage Farm Cove**
**Riverton, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dads Landfill**
**3500 S Gun Club Rd**
**Aurora, CO 80018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dakota Brown**
**200 E. Lincoln Way**
**Murray, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dale Drew**
**2971 NE Ranchero Way**
**Mountain Home, ID 83647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dallas Brewer**
**5062 Cheyenne Cir.**
**Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dan Ahlstrom**
**4230 N Jones Ave.**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.237** | Nonpriority creditor's name and mailing address
**Dan Arnold**
**976 E. 450 N.**
**Heber City, UT 84032**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address
**Dan Gold**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address
**Danial Storm Fields**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address
**Darin Moss**
**865 W. 2525 S.**
**Syracuse, UT 84057**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address
**Dave & Dennise Dixon**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address
**Dave Klein**
**26480 Pleasant Park Rd.**
**Conifer, CO 80433**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address
**Dave McCormick**
**4803 Cobblefield Dr.**
**Herriman, UT 84096**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dave Richards**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David & Kim Richards**
**264 W 13130 S**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Broadbent**
**1733 Oaksprings Dr.**
**Salt Lake City, UT 84108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David E Archer & Associates**
**105 Wilcox Street**
**Castle Rock, CO 80104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Mardanlou**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Potter**
**7169 S. Riverwood Way**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Williams**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.251** Nonpriority creditor's name and mailing address

**Daytona Oasis Carwash**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.252** Nonpriority creditor's name and mailing address

**De Lage Landen Financial Services Inc**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

Date(s) debt was incurred _

Last 4 digits of account number  3697

As of the petition filing date, the claim is: *Check all that apply.*   $578.34

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.253** Nonpriority creditor's name and mailing address

**Dell Loy Hansen**
**2050 East Walker Lane**
**Salt Lake City, UT 84117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.254** Nonpriority creditor's name and mailing address

**Delta Fire Systems**
**PO Box 26587**
**Salt Lake City, UT 84126-0587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.255** Nonpriority creditor's name and mailing address

**Denise Twohy**
**6549 Warren Spur Rd.**
**Melba, ID 83641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.256** Nonpriority creditor's name and mailing address

**Denver Building Department**
**201 W Colfax Ave. #205**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.257** Nonpriority creditor's name and mailing address

**Department of Administrative Services**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Derek & Chelsea Johnson**
**602 Hislop Dr.**
**Ogden, UT 84404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Derek Bean**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Deseret Digital Media**
**55 North 300 West Sutie 450**
**Salt Lake City, UT 84110-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deseret Digital Media**
**55 N 300 W Ste, 405**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Design CGS**
**8880 S. Sandia Hills Dr. #2173**
**Sandy, UT 84094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Devon & Michelle Johnson**
**13915 West Dominion Court**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deward Loose**
**1294 N 320 W**
**American Fork, UT 84003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.265** | Nonpriority creditor's name and mailing address

**Diamond Tree Experts**
3645 S. 500 W
Salt Lake City, UT 84115

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266** | Nonpriority creditor's name and mailing address

**Diedre Galluzzo**
6178 W King Valley Lane
West Valley City, UT 84128

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.267** | Nonpriority creditor's name and mailing address

**Diedrick Nagel**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.268** | Nonpriority creditor's name and mailing address

**Digital Partners Group**
dba Gen3 Remodeling Roger Zanders Jr.
3313 W. Cherry Ln. #405
Meridian, ID 83642

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.269** | Nonpriority creditor's name and mailing address

**Din Engineering Services**
NCR Delhi, A-04, SDF, SynapseIndia Rd
Noida Special Economy Zone, Phase-2,
Noida, Uttar Pradesh 201305, India

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

$13,320.00

---

**3.270** | Nonpriority creditor's name and mailing address

**Div. of Occup. & Prof. Licensing DOPL**
Heber M. Wells Building
160 East 300 South
Salt Lake City, UT 84114

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.271** | Nonpriority creditor's name and mailing address

**Dixi Murray**
3878 W. 3200 S
Salt Lake City, UT 84120

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,722.10 |

**Dominion Energy**
**PO Box 45841**
**Salt Lake City, UT 84139-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5987**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dominion Energy**
**PO Box 45841**
**Salt Lake City, UT 84139-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1280**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Don & Renae Walker**
**433 E Idaho Blvd**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Don Ludwig**
**1821 Tracy Ct.**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dongan**
**34760 Garfiled Rd**
**Fraser, MI 48026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Donna Parada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Donna Yule**
**210 Wallace St.**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Auric Solar, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doug Wilden**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Douglas & Heather Lowe**
**2157 E. Blue Sky Ct.**
**Eagle Mountain, UT 84005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $463.00 |
|---|---|---|---|

**Douglas Distributing**
**2570 S. 2570 W.**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dreambuilt LLC**
**dba Tedesco Mobile**
**4209 S. 3100 E.**
**Salt Lake City, UT 84124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Duncan Nelson**
**2846 S Blair St, Apt 10**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dynamic Fasteners**
**PO Drawer 16837**
**Kansas City, MO 64133-0937**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dzemal & Enisa Moric**
**7251 S. Promenade Dr.**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EA Electric LLC**
**626 E 4300 S**
**Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Earl Griffin**
**4 Cottonwood Way**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eaton Corporation**
**Trevor O'Flaherty**
**4752B W California Ave. Ste. 100**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ebay**
**2145 Hamilton Ave**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ecolibrium Solar**
**29528 Network Place**
**Chicago, IL 60673-1528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Economic Development Corporation Utah**
**201 S Main St. Suite 2150**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ed Riddle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDM Partners**
2815 E. 3300 South
Salt Lake City, UT 84109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edwards Electrical, Inc**
590 N. Maple Grove Rd. #9
Boise, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**eGauge Systems LLC**
4730 Walnut Street Stuite 110
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Electrical Power and Controls**
3840 W. 5400 S.
Salt Lake City, UT 84129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,369.19 |
|---|---|---|---|

**Electrical Wholesale Idaho**
PO Box 51980
Idaho Falls, ID 83405-1980

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number  9036

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Electrical Wholesale Supply of Utah**
**Boarder States**
PO Box 1450
Minneapolis, MN 55485-1450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number  4068

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Element Heating and Cooling Inc**
347 Locust Street S.
Twin Falls, ID 83301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Auric Solar, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elevations Credit Union**
2960 Diagonal Hwy
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,058.00 |
|---|---|---|---|

**Elite Solar**
2369 W. 8910 s.
West Jordan, UT 84088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elite Solar**
2169 W. 8910 S.
West Jordan, UT 84088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ElkHorn Enterpris**
11151 Dexter Dr.
Thornton, CO 80233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EM Construction**
211 E. 43rd Street
Garden City, ID 83714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,694.75 |
|---|---|---|---|

**EMI Health**
5101 S Commerce Drive
Salt Lake City, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emil Beltpofous**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emily Henderson**
**9118 Despain Way**
**Cottonwood Heights, UT 84093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Energy Logic**
**PO Box**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,060.00 |
|---|---|---|---|

**Energy Saver Insulation**
**14465 E. 50th Ave.**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Enium Capital Group**
**7927 High Point PKWY Suite 300**
**Sandy, UT 84094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Enphase Energy**
**1420 N McDowell Blvd.**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Enterprise Fleet Management WEK Bank**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Enterprise FM Trust**
**Enterprise Fleet Management Billing**
**PO Box 800089**
**Kansas City, MO 64180-0089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Eoff Electric Supply**
15170 SE 82nd Dr
Clackamas, OR 97015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,996.50

**Epic Engineering**
50 E 100 S
Heber City, UT 84032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Eric Chorn**
6039 Jocelyn Way
West Valley City, UT 84128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Eric Crocker**
851 Cedarview Cir.
Tooele, UT 84074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Eric Hopf**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Erica Ownes**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Ernest Packing Soultions**
5777 Smithway St.
Commerce, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Auric Solar, LLC**
Name

Case number (if known)

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,936.55 |
|---|---|---|---|

**ESP+**
9580 South 500 West
Sandy, UT 84070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number  **2000**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EV Enviromental Consulting
dba SVE Flitration**
4647 N 32nd St. Suite B275
Phoenix, AZ 85018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EverChange Inc.**
548 Market St. #31647
San Francisco, CA 94104-5401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evergreen Park & Recreatio District
Atn: Finance**
1521 Bergen Pkwy
Evergreen, CO 80439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evolution Air**
1554 Secretariat Dr.
Bluffdale, UT 84065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Expensify**
548 Market St,
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fabian VanCott**
215 S. State Street, Suite 1200
Salt Lake City, UT 84111-2323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.328** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Falcon Sheet Metal**
850 Northpoint Cir.
North Salt Lake, UT 84054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fall River**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Far West Electrical**
PO Box 840551
Hildale, UT 84784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,190.00**

**Far West Roofing, Inc**
2626 W. Perschon
Riverton, UT 84065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fastest Labs of South Denver**
6810 S. Dallas Way
Englewood, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.16**

**FedEx**
Dept LA
PO Box 7221
Pasadena, CA 91109-7321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Financial Pacific Leasing**
PO Box 749642
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4501**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.54 |
|---|---|---|---|

**Fire Extinguishers Co.**
PO Box 1165
Meridian, ID 83680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FireFly Fire LLC**
336 W 2400 S
Clearfield, UT 84015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.00 |
|---|---|---|---|

**First Service Mechanical**
3640 S. 500 W.
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**First Utah Bank**
3826 S. 2300 E.
Salt Lake City, UT 84109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fix-it 24/7 Plumbing, Heating and Air**
5405 W 56th Ave Unit B,
Arvada, CO 80002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,500.00 |
|---|---|---|---|

**Flash Films**
Matt Hodgson
3102 E Silver Hawk Dr.
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Flink Supply Company**
58 S Galapago St
Denver, CO 80223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FMH Material Handling**
**5165 Vasquez Blvd E**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,770.00**

**FOCUS Engineering & Surveying (Solaroo)**
**6949 S. High Tech Dr. Suite 600**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Font Awesome**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,350.80**

**Ford Credit**
**National Bankruptcy Service Center**
**P.O. Box 537901**
**Livonia, MI 48153-7901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **9651**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ford Credit**
**National Bankruptcy Service Center**
**P.O. Box 537901**
**Livonia, MI 48153-7901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **6071**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ford Credit**
**National Bankruptcy Service Center**
**P.O. Box 537901**
**Livonia, MI 48153-7901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **8497**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Forklift Specialists**
**2975 S. Wyandot St**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Franz Johansson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**G&S Excavation, LLC**
**12751 Orchard Ave.**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gary Drechsel Construction**
**13048 Grouse Pl Cove**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gary Emerson**
**223 W. Durfee St.**
**Grantsville, UT 84029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gene Kramer**
**323 Sunderland St.**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**George Morlan Plumbing Supply**
**5529 SE Foster Rd**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Georgia Palmer**
**1246 W. 3420 N.**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,080.96 |
|---|---|---|---|

**Gexpro**
**2725 S. 900 West**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3270**

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Givens Pursley**
**PO Box 2720**
**Boise, ID 83701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Glen Miller**
**323 East 1910 South**
**North Salt Lake, UT 84054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Glen Worthington**
**2888 E. Craig Dr.**
**Salt Lake City, UT 84109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gloria Simpson**
**672 E. Wilson Ave.**
**Salt Lake City, UT 84105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Goal Zero**
**675 W. 14600 S.**
**Riverton, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gordon Electric Company**
**198 S 200 W**
**Bountiful, UT 84010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148.34** |
|---|---|---|---|

**Grainger**
Dept# 886550019
PO Box 419267
Kansas City, MO 64141-6267

Date(s) debt was incurred _

Last 4 digits of account number  **0019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grand America Parking**
55 E 600 S
Salt Lake City, UT 84111

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grant Hamilton**
2110 N. 14 Street
Boise, ID 83702

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grant Sumison**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Graybar**
 File 57071
Los Angeles, CA 90074-7071

Date(s) debt was incurred _

Last 4 digits of account number  **9821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$788.86** |
|---|---|---|---|

**Great American Financial Services**
PO Box 660831
Dallas, TX 75266-0831

Date(s) debt was incurred _

Last 4 digits of account number  **9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Great Western Tree Care**
834-F S. Perry Street Suite 234
Castle Rock, CO 80104

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Green Lawn**
**PO Box 4181**
**Boise, ID 83711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GreenSky**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,513.39 |
|---|---|---|---|

**Griffco Partners**
**2800 S. 400 W**
**South Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3875**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Griffin Energy Audits**
**3356 S.  Psrk Medaows St.**
**Salt Lake City, UT 84106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grover Electrical and Plumbing Supply**
**1900 NE 78th St**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gulfeagle Supply**
**2900 E. 7th Ave**
**Tampa, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gunther Fischli**
**9591 S. High Meadow Dr.**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hali O'Malley**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,379.60**

**Hansen All Season Insulation**
**Attn: AR Hansen/ All Season Insulation**
**PO Box 534451**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7008**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hardcastle Homes**
**Brent Hardcastle**
**1348 Sandcrest Cir.**
**Washington, UT 84780**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Harrington & Company**
**PO Box 24723**
**Salt Lake City, UT 84125**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Haulaway Storage Containers**
**PO Box 7183**
**Pasadena, CA 91109-7183**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,126.28**

**HD Supply Construction Supply LTD**
**HD Construction & Industrial White Cap**
**PO Box 6040**
**Cypress, CA 90630-0040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00**

**Health Equity**
**15 West Scenic Point Dr. Ste. 400**
**Draper, UT 84020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3263**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Ellis**
924 Valley Street
Middleton, ID 83644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,802.84 |
|---|---|---|---|

**Hedgehog Electric, LLC**
146 N. Old Highway Suite #2
Hurricane, UT 84737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heritage Roofing**
PO Box 1589
Riverton, UT 84065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hideman & Associates**
2696 N  University Ave. #180
Provo, UT 84606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**High Desert Landscape**
13078 Cholla Dr.
Kuna, ID 83634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hilary Jacobs**
532 D.
Salt Lake City, UT 84103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HMT**
1593 Kayenta Parkway
Ivins, UT 84738-6376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.391** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hollander**
**10285 Wayne Ave**
**Cincinnati, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,960.38**

**Honey Bucket**
**PO Box 73399**
**Puyallup, WA 98375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **5211**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Honey Bucket**
**PO Box 73399**
**Puyallup, WA 98375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112,722.76**

**Hunt Electric**
**1863 West Alexander Street**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**HVAC Construction Inc**
**624 W 900 N**
**North Salt Lake, UT 84054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hyatt Place Boise**
**Towne Square**
**925 N. Milwaukee St.**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00**

**IBL Events**
**PO Box 415**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |
|---|---|---|---|

**Idaho Cleaning Company**
1908 S. Watersilk Pl
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Idaho Lumbar**
921 Airport Way
Hailey, ID 83333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Idaho Power Company**
1221 West Idaho St.
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Idaho Power Processing Center**
PO Box 34966
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,330.82 |
|---|---|---|---|

**Idaho State Tax Commission**
Attn:  Legal Processes Unit
800 Park Blvd.; Box 36
Boise, ID 83722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1184**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,202.01 |
|---|---|---|---|

**IEC of Colorado**
11429 Pearl St.
Northglenn, CO 80233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,085.00 |
|---|---|---|---|

**IEC of Utah**
7044 Commerce Park Drive
Midvale, UT 84047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.405** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**IFA**
**1147 West 2100 South**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Business debt_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.406** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Imaginit Technologies**
**Rand Worldwide Subsidiary, Inc**
**28127 Network Place**
**Chicago, IL 60673-1281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Business debt_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.407** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Impact Solar**
**7265 S. Revere Pkwy S. #90**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Business debt_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.408** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**In Vision Inc.**
**247 E. 140 N.**
**Lindon, UT 84042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Business debt_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$444.00**

**InCorp Services**
**PO Box 94438**
**Las Vegas, NV 89193-4438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Business debt_

Last 4 digits of account number _9612_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$605.79**

**Independent Electrical Training Trust**
**11481 SW Hall Blvd Ste 100**
**Tigard, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Business debt_

Last 4 digits of account number _Auric_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Industrial Hardware Idaho**
**115 East 48th Street**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Business debt_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Inline Steel**
PO Box 9396
Yakima, WA 98909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Innovative Hardscapes**
PO Box 818
West Jordan, UT 84084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,936.48 |
|---|---|---|---|

**Interform**
PO Box 577
Centerville, UT 84014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number __7355__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,795.28 |
|---|---|---|---|

**Intermountain Fuse Supply**
PO Box 651417
Salt Lake City, UT 84165-1417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Intermountain Gas Company**
PO Box 64
Boise, ID 83732-0064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Intermountain WorkMed**
PO Box 30180
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Interstate Roofing**
15065 SW 74th Ave.
Portland, OR 97224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Intuit Corporate Headquarters**
**2632 Marine Way**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Inverter Supply**
**510 Business Park Way Suite A**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isacc Hasselbald**
**3439 Shadow Hills Dr**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.00 |
|---|---|---|---|

**J&R Xpress Courier, LLC**
**PO Box 723**
**Layton, UT 84041-0723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Jack of All Services**
**Jesse Carrillo**
**9677 Eagle Ranch Rd. NW #3721**
**Albuquerque, NM 87114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jack's Overhead Door**
**18083 SW Lower Boones Ferry Rd**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacob Ellis**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.426** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jacob Kraft
1411 N 7th Street
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.427** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jake Adams

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.428** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jake Yundt
11765 W. Darkwood Ct.
Star, ID 83669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.429** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

James Lacock
731 Wagon Bend Road
Berthoud, CO 80513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

James Taylor
5963 Jamiah Dr.
Salt Lake City, UT 84123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.431** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jamie Galaviz
3872 Odessa Street
Denver, CO 80249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.432** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Janice McCorquincala

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Auric Solar, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jantzen Comercial Services LLC**
13422 Delphi Dr.
Littleton, CO 80124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jared Morgan**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jarrod Thornton**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jase French**
4397 S. Chariot Way
Boise, ID 83709

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**jask**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jason Johnson**
733 Sunrise Ave.
Salt Lake City, UT 84103

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jason Sperling**
19675 East 64th Drive
Aurora, CO 80019

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Auric Solar, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.440** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jaycob Deimerly**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jeff Letey**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jeff Powers**
**1960 Quest Dr.**
**Erie, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jeff Schlichting**
**6567 S. Honeylocust Pl.**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jefferson County Building Department**
**210 Courthouse Way Suite 170**
**Rigby, ID 83442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.445** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jeffrey Jorgensen**
**9953 W Bronze**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jennifer Fulbright**
**5604 Se. Waymire St.**
**Portland, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Furniss**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeremy Curtis**
**2689 W Closner Cir**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Kissick**
**19900 SW Jaylee St.**
**Aloha, OR 97078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Sheng**
**16899 SW Friendly Lane**
**Beaverton, OR 97007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,936.63 |
|---|---|---|---|

**Jess Phillips**
**1309 West Atrium Court**
**Farmington, UT 84025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jiarong Mo**
**13775 Shoeshone Lane**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jim Dalton**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Auric Solar, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.454** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jim Shoemaker**
**800 Pine Street**
**Filer, ID 83328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jimmy Walker**
**4123 West Moon Lake Dr.**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Joan & Dylan Winslow**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JoHannah Thompson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Easterling**
**922 E. Ramona Street**
**Salt Lake City, UT 84105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Flintjer**
**11414 S. Graves Road**
**Mulino, OR 97042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Hoffman**
**1455 W. Frenwood Dr.**
**Salt Lake City, UT 84123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Mitcham**
**2795 E. Falcon Way**
**Sandy, UT 84093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John O'Keeffe**
**6085 N Aspen Glen Way**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Walker**
**4592 S. Glemere Way**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Weksler**
**7613 West Coal Mine Place**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Wells**
**2809 Saris Cir.**
**Salt Lake City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Johnnie Richardson**
**AAA Certified Solar**
**2625 E. Craig Suite G**
**North Las Vegas, NV 89030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Johnny B Good Handyman Services**
**16512 E. Villanova Pl.**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Johnson & Holmes LLC**
**605 Trini St.**
**Kuna, ID 83634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Carver**
**3714 S. 300 W.**
**Logan, UT 84321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Southern**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonah Carrion**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Marriott**
**13369 S. 3400 W.**
**Riverton, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Stevens**
**3507 E. 3131 N.**
**Kimberly, ID 83314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Arce**
**8741 N Druid Ave.**
**Portland, OR 97203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Schow**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Varney**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Ziesel**
**1608 N St. Andrews Dr.**
**Farmington, UT 84025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua Allred**
**1241 East Darby Cir.**
**Salt Lake City, UT 84117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,590.00 |
|---|---|---|---|

**Journeyteam**
**121 Election Rd #300**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juis Noel Mendez**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Chapin**
**4840 S. Sicily St.**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Auric Solar, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Foss**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Gerze**
**7779 S. De Gaule Cr.**
**Aurora, CO 80016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Murphy**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Stephens**
**2863 S. Teddy Ave.**
**Meridian, ID 83642**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Welty**
**2309 W Malad St.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JW Darger, Joseph Darger**
**13512 S. 7530 W. Rear**
**Herriman, UT 84086**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**K.E. Harn Construction**
**2870 S.E. 75th Ave. Ste. #103**
**Hillsboro, OR 97123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kasbah Industrial**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kat Nesloney**
2536 W. State St
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katheryn Packwood**
3227 Agate Ct.
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katie Burton**
3195 S. 2985 W.
West Haven, UT 84401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keith Brown**
1957 N 2475 W.
Clinton, UT 84015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keith Young**
2962 SE 21st Street
Gresham, OR 97080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keller Moving & Construcion**
11 Keller P1
Boise, ID 83716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Branan**
**12509 N Minots Ledge Dr.**
**American Fork, UT 84003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Curtis**
**11232 S. Frandsen  Cir.**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Kirkham**
**11726 Eagle Ridge Dr.**
**Sandy, UT 84094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kendal Redmond**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth & Carol Robertson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kent Contrucci**
**18224 Southlake Cir.**
**Caldwell, ID 83607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Andrews**
**11848 Vista Glen Ct.**
**Sandy, UT 84092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.503** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Atkinson**
**3615 Frontier Way**
**Boise, ID 83713**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.504** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Atkinson**
**3615 N Frontier Way**
**Boise, ID 83713**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.505** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Aubry**
**434 S. Coleman St.**
**Tooele, UT 84074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Grange**
**1638 S. 160 E.**
**Farmington, UT 84025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Harkness**
**2411 E Camino Way**
**Salt Lake City, UT 84121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365.00**

**Keystone Solutions**
**189 N Highway 899 Ste. C-112**
**North Salt Lake, UT 84054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,545.00**

**Kilgore Contracting**
**PO Box 869**
**Magna, UT 84044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim & Alan Truesdale**
**647 S. 1350 E.**
**Tooele, UT 84074**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Brown**
**322 E. 100 N.**
**Farmington, UT 84025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Gridley**
**3946 W. 5820 S.**
**Salt Lake City, UT 84129**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476.77 |
|---|---|---|---|

**Kimball Electronics**
**2233 South 300 East**
**Salt Lake City, UT 84115**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kip's Clean Cut**
**3075 N Kimball St.**
**Boise, ID 83704**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kirk & Susan Romney**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KKB Investments, LLC**
**34 E Dorchester Dr.**
**Salt Lake City, UT 84103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.517** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,994.52**

**Klick Solar, LLC**
**9250 E. Costilla Ave.**
**Greenwood Village, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**KMD Design**
**10153 S. Gold Nugget Cir.**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kody Olsen**
**6732 S. 2485 E.**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kofford Crane**
**2075 S. Sir Monty Dr.**
**Saint George, UT 84770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kolton Peterson**
**1400 Spring Lake Rd**
**Klamath Falls, OR 97603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Konica Minolta Business Solutions**
**Dept. CH 19188**
**Palatine, IL 60055-9188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Krain HSA**
**2525 Lake Park Blvd**
**Salt Lake City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.524** | **Nonpriority creditor's name and mailing address**

**Krannich Solar**
**3801 Ocean Ranch Blvd. Ste. 103**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address**

**Kris Dockstader**
**2575 E. 3210 S.**
**Salt Lake City, UT 84109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.526** | **Nonpriority creditor's name and mailing address**

**Kristi Holt**
**2228 E Farm Brooke Way**
**Sandy, UT 84093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527** | **Nonpriority creditor's name and mailing address**

**Krystal Kilburn**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528** | **Nonpriority creditor's name and mailing address**

**Kurt & Kristine Hegmann**
**25000 Glenmare Street**
**Salt Lake City, UT 84106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.529** | **Nonpriority creditor's name and mailing address**

**Kurt Kamerath**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530** | **Nonpriority creditor's name and mailing address**

**Kyle Black**
**184 W, Paradise Ct.**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.531** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Kyle Enzler
3001 N Meridian Rd
Meridian, ID 83646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.532** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Kyle Parks
3558 W. 1450 N.
Clearfield, UT 84015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.533** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

L & L Exhibition Management Inc.
7809 Southtown Center #200
Minneapolis, MN 55431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.534** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

LabCorp
PO Box 12140
Burlington, NC 27216-2140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.535** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

LaFever Roofing, Inc.
PO Box 127
Meridian, ID 83680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.536** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Landen Ferwerda
S. Cherokee Dr.
Pleasant Grove, UT 84062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.537** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,941.35**

Larkin HVAC of Utah
2344 South Redwood Rd.
Salt Lake City, UT 84119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Latty H. Miller Sports & Entertainment**
**Utah Jazz**
**1420 S 500 W**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laura Adams**
**575 W. Mesa Grande Lane**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauren Anderson**
**497 Marteeson Ave.**
**Kuna, ID 83634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,408.66 |
|---|---|---|---|

**LC Solar**
**3090 S. Jamaica Ct. Ste. 112**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LC Solar**
**3090 S. Jamacia Ct. Ste. 112**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Lead Forensics**
**2970 Clairmont Rd. NE Suite 450**
**Atlanta, GA 30329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leadapalooza**
**12485 E. 83rd Way**
**Arvada, CO 80005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.545** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Leadvision**
121 West Trade St. Ste 2100
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Business debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Leavitt Handyservice**
Michael Leavitt
1919 S. Chestnut St.
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Business debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.547** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Legacy Labratorie Services**
PO Box 5337
Portland, OR 97228-5337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Business debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,697.85**

**Legendary Engravings**
PO Box 621
Midvale, UT 84047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Business debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lehi Block**
2303 North 1200
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Business debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Leigh Gibson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Business debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lela Cramer**
819 South Hayes Ave.
Emmett, ID 83617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Business debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leland Johnson**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leonard Gallus**
**10804 W. Spring River St.**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leonord Law Group, LLC**
**1 SW Columbia Ste, 1010**
**Portland, OR 97258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Lerma Roofing LLC**
**385 N. 200 E.**
**Orem, UT 84057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LeRoy Ryan**
**2800 W. 4135 S.**
**West Valley City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lesleigh Box**
**900 W. Wyndermere**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lever**
**989 Market Street #500**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Levon Webb**
**1435 Nova Lane**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**License Platte Toll**
**E-470 Public Highway Authority**
**PO Box 5470**
**Denver, CO 80217-5470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda & Kevin Kelly**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lindsay Meloy**
**1507 E. Wright Street**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lisa & Clint Thompson**
**1034 Adelburg Dr.**
**North Salt Lake, UT 84054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lisa Aiono**
**5546 S Impressions Dr**
**Salt Lake City, UT 84118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Live Loud LLC**
**8279 S. Lance St. #13**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.566** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,069.51**

**Living Creations, Inc**
2163 East Lambourne Ave
Salt Lake City, UT 84109

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lo's Contracting, Inc**
4110 NE 122nd Ste. 125
Portland, OR 97230

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,325.00**

**Lo's Contracting, Inc.**
4110 NE 122nd, Suite 125
Portland, OR 97230

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$643.03**

**LOA Builders Supply**
138 N. Main
Loa, UT 84747

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LogiGate**
320 W Ohio St FL5
Chicago, IL 60654

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Louis Gravel**
5605 N. Kercliffe Ct.
Boise, ID 83704

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.572** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lowes**
1000 Lowe's Boulevard
Mooresville, NC 28117

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.573** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LTA Agency, Ltd**
**San Stefano Street 22**
**Bulgaria BG 200826409**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lucas Mass**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Magnus Racing**
**4700 Highland Dr. Ste. B**
**Salt Lake City, UT 84117**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Makenna Cordingley**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Malheur County**
**251 "B" St. West**
**Vale, OR 97918**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.578** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mallory Safety & Supply**
**PO Box 2068**
**Longview, WA 98632**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,635.26**

**Mallory Safety and Supply**
**PO Box 2068**
**Longview, WA 98632**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.580** | Nonpriority creditor's name and mailing address

**Marcos Barboza Cleaning Services**
**121 W. Sun Village Dr.**
**Orem, UT 84057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** | Nonpriority creditor's name and mailing address

**Mark Breamer**
**12136 Sunflower Street**
**Broomfield, CO 80020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582** | Nonpriority creditor's name and mailing address

**Market Place Events**
**6955 Union Park Center Suite 320**
**Midvale, UT 84047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583** | Nonpriority creditor's name and mailing address

**Master Excavation**
**PO Box 251**
**Meridian, ID 83680**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.584** | Nonpriority creditor's name and mailing address

**Matt Tuscher**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.585** | Nonpriority creditor's name and mailing address

**Max Connect Marketplace**
**13702 S. 200 W. Suite B1**
**Draper, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.586** | Nonpriority creditor's name and mailing address

**McKay, Burton & Thurman**
**15 West South Temple, Suite 1000**
**Salt Lake City, UT 84101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.587** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

MD Treework
Matthew Pruitt
6610 Melissa Ave
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Mercedes Benz of Littleton
 8070 S Broadway
Littleton, CO 80122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,303.10**

Metro Business Flex 8 LLC
PO Box 1600
Park City, UT 84060-1600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Metro Business Flex 8LLC
PO Box 1600
Park City, UT 84060-1600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,072.50**

Metroprops, LLC
c/o Cushman & Wakefield
PO Box 413139
Salt Lake City, UT 84141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number  7101

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Michael Sadowski
24 S. 500 E #401
Salt Lake City, UT 84102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Michale & Sarah Stemper
11621 Kuna Rd
Kuna, ID 83634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.594** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Mike Hubbard**
1773 S. 600 E.
Salt Lake City, UT 84105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.595** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Mike Nielson**
3925 Sktview Cir.
Salt Lake City, UT 84124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.596** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Mile High Contracting, Inc.**
5568 S. 300 W.
West Murray, UT 84107

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.597** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Milton Johns**
2436 Haw Creek Blvd.
Emmett, ID 83617

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.598** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Mitchell Hampton**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.599** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Mitchell Instrument**
 2875 Scott St Suite 101
Vista, CA 92081

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.600** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.55

**Mobile Mini Storage Solutions**
PO Box 7144
Pasadena, CA 91109-7144

Date(s) debt was incurred _
Last 4 digits of account number  **9410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.601** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00**

**Moreton & Company**
PO Box 58139
Salt Lake City, UT 84158

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.602** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Morris, Bower & Haws PLLC**
12550 W. Explorer Dr. Ste. 100
Boise, ID 83713

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.603** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Moss Busters**
10744 SE Hwy 212
Clackamas, OR 97015

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.604** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$417.61**

**Mountain States Fence Co. Inc.**
3737 S. 500 W.
Salt Lake City, UT 84115

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.605** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mountain View Plumbing**
PO Box 2389
Eagle, ID 83616

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.606** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mr. Breaker Co**
3423 W 1st Ave
Denver, CO 80219

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.607** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Murali Tirumala**
16740 NW Sandelie Ct.
Beaverton, OR 97006

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Murray City Corporation Utility Billing**
**PO Box 57919**
**Murray, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**My Solar Advisor**
**JF LLC**
**514 Americas Way**
**Box Elder, SD 57719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,662.00 |
|---|---|---|---|

**Natural Light Energy Systems**
**10821 N 23re Ave.**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Natural Light Energy Systems**
**10821 N 23rd Ave.**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77,917.05 |
|---|---|---|---|

**Navigator Business Solutions**
**Attn: Contract Processing**
**170 South Main**
**Pleasant Grove, UT 84026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Navigator Business Solutions**
**Attn: Contract Processing**
**170 S. Main Street**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nearmap**
**10897 South River Front Pkwy Ste. 150**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,476.48** |
|---|---|---|---|

**Nextiva Inc.**
**PO Box 207330**
**Dallas, TX 75320-7330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nextiva Inc.**
**PO Box 207330**
**Dallas, TX 75320-7330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nic Evans**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nick Cummings**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nick Gingras**
**605 W. Life Dr.**
**Riverton, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nick Rimando**
**4597 Berkley Street**
**Montclair, CA 91763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nikole Bishop**
**4346 W. Lander Way**
**Kearns, UT 84118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.622**  Nonpriority creditor's name and mailing address

**Noorda**
PO Box 27916
Salt Lake City, UT 84127

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$640.00**

---

**3.623**  Nonpriority creditor's name and mailing address

**North Idaho Exteriors**
PO Box 52335
Idaho Falls, ID 83405

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.624**  Nonpriority creditor's name and mailing address

**Northern Nevada Comercial Property, LLC**
c/o Commercial Project Management
3545 Airway Dr. Suite 11
Reno, NV 89511

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.625**  Nonpriority creditor's name and mailing address

**Northern Nevada Commercial Property, LLC**
c/o Commercial Property Management
3545 Airway Dr. Suite

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$7,305.83**

---

**3.626**  Nonpriority creditor's name and mailing address

**Nuance Energy**
Bay Business Credit
PO Box 4217
Walnut Creek, CA 94596

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.627**  Nonpriority creditor's name and mailing address

**NW Natural**
PO Box 6017
Portland, OR 97228-6017

Date(s) debt was incurred _

Last 4 digits of account number  **5647**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$258.01**

---

**3.628**  Nonpriority creditor's name and mailing address

**Oldcastle Infrastructure**
801 W. 12th Street
Ogden, UT 84404

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,065.45** |
|---|---|---|---|

**Omni Electric & Design**
PO Box 365
Rush Valley, UT 84069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**On Electric, LLC**
9720 SW Hillman Court, Ste 815
Wilsonville, OR 97070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**On Site Storage**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,068.68** |
|---|---|---|---|

**One Source Supply**
6275 S. 1300 W.
Salt Lake City, UT 84123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Onsite Interiors**
15441 SW Foster Ln #241
Beaverton, OR 97007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Oregon Department of Revenue**
PO Box 14790
Salem, OR 97309-0470

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,994.00** |
|---|---|---|---|

**Oregon Native Drilling Co**
PO Box 1166
Newberg, OR 97132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Auric Solar, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.636** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Oregon Native Drilling Co.**
PO Box 1166
Newberg, OR 97132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.637** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Oregon Solar Energy Industries Assoc.**
PO Box 14927
Portland, OR 97293-0927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.638** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Oregon Tech Foundation Inc.**
3201 Campus Dr.
Klamath Falls, OR 97601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,950.00**

**Orezona Building and Roofing Co.**
1645  9th Ave. SE #323
Albany, OR 97322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Parking Solutions**
Justin Bird
1282 W. Greaswood Dr.
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Pascual Aguirre**
3538 Meadow Creek Court
Littleton, CO 80126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.642** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Pat Blater**
2225 Aries Dr.
Nampa, ID 83651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick McGaffin**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick Oogjen**
**10381 Pheasant Lane**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paul Rodrian**
**940 Longbow**
**Larkspur, CO 80118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paul Strange**
**20290 Doewood Dr.**
**Monument, CO 80132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Payline**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paylocity**
**2775 W. Navigator Drive**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PayPal**
**2211 N 1st St**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.650** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Peder Kopperud**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PEG Line Extensions**
**PO Box 3340**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.652** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,415.13**

**People Ready**
**PO Box 31001-0257**
**Pasadena, CA 91110-0257**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4219**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.653** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**People Ready**
**PO Box 31001-0257**
**Pasadena, CA 91110-0257**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.654** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Peregrine Sports, LLC**
**d.b.a. Portland Timbers**
**1844 SW Morrison St.**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.655** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Perfect Earth Landscaping & Design**
**PO Box 1611**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00**

**Petrous**
**380 N 200 W. Ste. 200**
**Bountiful, UT 84010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phoenix Clean Energy**
**6545 W. 44th Ave. Unit #4**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pinnacle Performance, Inc**
**DALCO Heating & Air Conditioning**
**4610 S. Ulster St. Suite 150**
**Denver, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|

**Pipe Dreams Plumbing**
**297 North 750 East**
**Kaysville, UT 84037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pipe Dreams Pluming**
**297 N 750 E**
**Kaysville, UT 84037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Platt Electrical**
**PO Box 418759**
**Boston, MA 02241-8759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $872.50 |
|---|---|---|---|

**PLS Inc./ Pearl Certification**
**487 Main Street Ste. #164**
**Mount Kisco, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Plumbline Services**
**7000 S. Potomac St.**
**Englewood, CO 80112-4122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,737.48 |
|---|---|---|---|

**Podium**
1650 W. Digital Drive
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  8800

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Portland General Electric**
121 SW Salmon St.
Fairview, OR 97024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Portland State University**
**Conference & Event Services**
PO Box 751
Portland, OR 97207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Precision Power Inc.**
PO Box 28
Kaysville, UT 84037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Premier Heating & Air**
**2 BT LLC**
1695 W. Sheri Lane
Littleton, CO 80120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Premier Pacific Roofing , Inc.**
11220 SE Fuller Road
Portland, OR 97222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $881.96 |
|---|---|---|---|

**Premium Auto Glass**
6779 Wadsworth Blvd.
Arvada, CO 80003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Presidio**
PO Box 8221669
Philadelphia, PA 19182-2169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Preston Barlow**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ProCharge**
 7800 Congress Ave, Suite 108
Boca Raton, FL 33487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $657.96 |
|---|---|---|---|

**Proform Printing Services**
155 W 2850 South
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Proshield Services LLC**
13413 N 4th Ave
Arimo, ID 83214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,644.85 |
|---|---|---|---|

**Pure Water Partners**
Dept. CH 19648
Palatine, IL 60055-9648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,528.09 |
|---|---|---|---|

**Pure Water Partners**
PO Box 3069
Burlington, MA 01888-1969

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **6162**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.678** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Pure Water Solutions of America**
3208 South State St.
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**PZSE Structural Engineers**
1478 Stone Point Dr. Ste. 109
Roseville, CA 95661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.680** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.76

**QED**
1661 W. 3rd Ave.
Denver, CO 80223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Quality Pace Roofing**
615 W. 2600 S.
Nibley, UT 84321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.682** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Quality Tile Roofing**
2711 S. Curtis Rd.
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.683** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Rain D'Angelo**
23819 E Calbe Pl
Aurora, CO 80016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.684** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Raken Inc.**
5600 Avenida Encinas Ste. 140E
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rapid Lube**
2330 S Redwood Rd
Salt Lake City, UT 84119

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,127.80 |
|---|---|---|---|

**RBI Solar**
5513 Vine Street
Cincinnati, OH 45217

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,722.53 |
|---|---|---|---|

**REC Americas, LLC**
1820 Gateway Drive Ste. 170
San Mateo, CA 94404

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Republic Services #455**
PO Box 78829
Phoenix, AZ 85062-8829

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **8421**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,696.13 |
|---|---|---|---|

**Rexel USA**
PO Box 743448

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **5943**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,353.10 |
|---|---|---|---|

**Rhino Construction Inc.**
PO Box 8
Draper, UT 84020

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Rick Kader**
3506 W Eden
South Jordan, UT 84095

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rick's Custom Fencing & Decking**
**4543 SE TV Highway**
**Hillsboro, OR 97123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ridge Line Roofing, LLC**
**PO Box 2163**
**Twin Falls, ID 83303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Right Side Locating LLC**
**6044 S. 5800 W.**
**Salt Lake City, UT 84118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Riverton City**
**12830 S Redwood Road**
**Riverton, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Smith**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,689.80 |
|---|---|---|---|

**Robert Albrecht**
**d.b.a. One Source Supply**
**6275 South 1300 West**
**Taylorsville, UT 84123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Wilson**
**7421 E. Victory Rd.**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.699** | Nonpriority creditor's name and mailing address

**Robertson Electric**
**2256 W 700 S**
**Springville, UT 84663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,280.00**

---

**3.700** | Nonpriority creditor's name and mailing address

**Robin Frickey**
**99 Riverview St.**
**Eagle, ID 83616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.701** | Nonpriority creditor's name and mailing address

**Rocky Mountain Insulation Corp.**
**2875 S. Raritan St.**
**Englewood, CO 80110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,040.00**

---

**3.702** | Nonpriority creditor's name and mailing address

**Rocky Mountain Power**
**PO Box 26000**
**Portland, OR 97256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,970.53**

---

**3.703** | Nonpriority creditor's name and mailing address

**Roof Depot.**
**2371 3600 W**
**Salt Lake City, UT 84119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.704** | Nonpriority creditor's name and mailing address

**Roofer Supply**
**3359 S. 500 W.**
**Salt Lake City, UT 84115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.705** | Nonpriority creditor's name and mailing address

**Roofs By Reese**
**Brandon Reese**
**434 E. 1700 S.**
**Salt Lake City, UT 84115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$537.50**

---

| Debtor | **Auric Solar, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RRRoof Solutions , LLC**
**Ernie Guerra**
**2805 Rose Hill St.**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,365.24 |
|---|---|---|---|

**Rudd & Company**
**PO Box 1895**
**Idaho Falls, ID 83403-1895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number  **7142**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Rush Locates, LLC**
**John Andrews**
**10007 SE Long Street**
**Portland, OR 97266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Russ Gunther**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305,981.22 |
|---|---|---|---|

**Russell Pacific**
**305 Delta Vina Ave.**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number  **5613**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan Kozol**
**7618 Vista Circle**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAC Mechanical**
**PO Box 1492**
**105 S. Sunset Street Unit A**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Auric Solar, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.713** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sadie Noah**
**302 E Lake  Ct.**
**McCall, ID 83638-3859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.714** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Saia Motor Freight Line, LLC**
**PO Box 730532**
**Dallas, TX 75373-0532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.715** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Salt Lake Chamber**
**175 East 400 South Sutie 600**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.716** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,998.00**

**Salt Lake Community College**
**Miller Campus MPDC 110 C**
**9750 S. 300 W.**
**Salt Lake City, UT 84114-7421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.717** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Salt Lake County Assessor**
**Personal Property Division**
**PO Box 147421**
**Salt Lake City, UT 84114-7421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.718** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sandra May**
**81 S. Peppermint Dr.**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.719** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,335.45**

**SAP America Inc.**
**PO Box 7780-824024**
**Philadelphia, PA 19182-4024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.720** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sarah Henerson**
**236 Bridgecreek Way**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.721** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sarah Warren**
**268 Millbrook Road**
**Heber City, UT 84032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.722** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Saramientos, LLC**
**PO Box 20562**
**Keizer, OR 97307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.723** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Satalitte Auto Glass**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.724** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sawtooth Landscape & Tree Service LLC**
**9 Creek Drive**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.725** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Scott Emmart**
**2564 East Arborvitae Court**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.726** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Scott Soelberg**
**Solmont Enterprises, LLC**
**3606 W Normandie Dr.**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Auric Solar, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.727** | **Nonpriority creditor's name and mailing address**

**Sebastian Alba**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.728** | **Nonpriority creditor's name and mailing address**

**Security Central**
**7100 S Clinton St. Ste 200**
**Englewood, CO 80112-3353**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.729** | **Nonpriority creditor's name and mailing address**

**Security Plumbing**
**dba Security Plumbing & Heating**
**5980 W 59th Ave.**
**Arvada, CO 80003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.730** | **Nonpriority creditor's name and mailing address**

**Seleil Solar, LLC**
**c/o Nate Edwards**
**595 South Riverwoods Parkway, Suite 400**
**Logan, UT 84321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.731** | **Nonpriority creditor's name and mailing address**

**Shane's Cowboy Construction**
**Darren S Planter**
**13500 SW Pacific Highway Ste. #58-188**
**Tigard, OR 97223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

$400.00

---

**3.732** | **Nonpriority creditor's name and mailing address**

**Shelly Riggs**
**2828 W. 13750 S.**
**Riverton, UT 84065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.733** | **Nonpriority creditor's name and mailing address**

**Shepard Construction LLC**
**2346 South 730 West**
**Nibley, UT 84321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shingle Pro**
1850 S 900 W #S6
Salt Lake City, UT 84104

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,869.00 |
|---|---|---|---|

**Sign Bright Solar Programs, Inc**
David B Ballew
915 E Front Street Apt. 402
Boise, ID 83701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Silfab Solar**
50 Fountain Plaza Unit 1400
Buffalo, NY 14202

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,822.01 |
|---|---|---|---|

**Silver Creek**
11427 W. Executive Dr.
Boise, ID 83713

Date(s) debt was incurred _

Last 4 digits of account number  **7522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Simon Transport**
4282 W 1730 S suite b-2
Salt Lake City, UT 84104

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Simons Bros Construction Inc.**
PO Box 229
Magna, UT 84044

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,902.75 |
|---|---|---|---|

**Simpliverified**
12441 S 900 E #220
Draper, UT 84020

Date(s) debt was incurred _

Last 4 digits of account number  **AS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sk227 Draper**
**364 W 12300 S**
**Draper, UT 84020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,631.00 |
|---|---|---|---|

**SkyLine Electric Company**
**1848 W. 2300 S.**
**Salt Lake City, UT 84119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $178.30 |
|---|---|---|---|

**Skyline Exhibits**
**2874 S. 300 W.**
**Salt Lake City, UT 84115-3403**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Solar Connect**
**3214**
**N University Ave. #355**
**Provo, UT 84606**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Solar Reviews**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Solaria**
**1700 Broadway, 8th Floor**
**Oakland, CA 94612**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $64,801.00 |
|---|---|---|---|

**Solaria Corporation**
**6200 Paseo Padre Parkway**
**Fremont, CA 94555**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197,689.88** |
|---|---|---|---|

**Solaroo Energy Holdings, Inc.**
**c/o Christopher Scharman, Reg. Agent**
**6995 Union Park Center, Suite 400**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197,689.88** |
|---|---|---|---|

**Solaroo Energy, LLC**
**c/o Christopher Scharman**
**6995 South Union Park, Suite 400**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Soleil Apartment Holdings, LLC**
**Jay Oman**
**199 South Main Suite 2400**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Soleil Energy Group, LLC**
**299 S. Main Street Suite 2440**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Soligent Distribution LLC**
**PO Box 398012**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sollega**
**2480 Mission Street Suite 107B**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Solmetric Corporation**
**117 Morris St. Ste 100**
**Sebastopol, CA 95472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,317.85 |
|---|---|---|---|

**Sonic Solar, LTD**
**5335 W 48th Ave. Ste. 600**
**Denver, CO 80212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sonnen, Inc**
**Attn: Blake Richetta**
**2048 Weems Road**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**South Metro Denver Chamber**
**6972 S Vine St. Ste. 363**
**Centennial, CO 80122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **0796**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**South Utah Valley Electrical Services**
**803 N 500 E**
**Payson, UT 84651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SouthWest Airlines**
**2702 Love Field Dr**
**Dallas, TX 75235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Spano Energy Storage Consolidator**
**516 Route 33 West**
**Building 2, Suite 1**
**Millstone Township, NJ 08535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sparklight**
**8400 Westpark Street Boise ID 83704**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Spectra Productions**
**PO Box 333**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Spectrum Electrical LTD**
**PO Box 452**
**Conifer, CO 80433-0452**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Spice Flow, LLC**
**Nicholas P Molai**
**12577 Hudson CT**
**Thornton, CO 80241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sqwak Productions**
**PO Box 1311**
**Salt Lake City, UT 84110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SRC Idaho Concrete**
**7932, 10340 US-20**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stacey & Brenda Axmaker**
**11391 W Hercules Dr**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Staci Dillon**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stack Construction LLC**
408 S. Eagle Rd. Ste 201
Eagle, ID 83616

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $161.00 |
|---|---|---|---|

**State Of Nevada Contractors Board**
2310 Corporate Cir.
Henderson, NV 89074

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State of Utah DFMCM ISF**
**Accounting**
PO Box 141160
Salt Lake City, UT 84110-4000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $126,847.96 |
|---|---|---|---|

**Steadfast Solar**
6168 W 13900 S
Herriman, UT 84096

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephanie Mann**
6962 E. Highland Valley Rd.
Boise, ID 83716

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steve Wall**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,800.00 |
|---|---|---|---|

**Stone Excavation**
29795 Hexon Rd.
Parma, ID 83660

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Storefronts & Entrances**
PO Box 80665
Portland, OR 97280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Streamline Plumbing, LLC**
1067 S. Hover St. Unit #E-183
Longmont, CO 80501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STS Logistics**
PO Box 27567
Salt Lake City, UT 84127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sudipto Chakraborty**
5101 Eagan Cir.
Longmont, CO 80503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,500.00 |
|---|---|---|---|

**Sun Prairie LLC**
671 SOMERSET ST
Farmington, UT 84025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,073.66 |
|---|---|---|---|

**Sunbelt Rentals**
PO Box 409211
Atlanta, GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sunmodo**
14800 NE 65th Street
Vancouver, WA 98682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.783** | Nonpriority creditor's name and mailing address

**Sunroc**
**Art Condie**
**1557 W 200 N**
**Orem, UT 84057**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.784** | Nonpriority creditor's name and mailing address

**SunRoc Corporation**
**PO Box 778**
**Orem, UT 84059**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $9,144.75

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785** | Nonpriority creditor's name and mailing address

**Sunstate Equipment Co.**
**PO Box 208439**
**Dallas, TX 75320-8439**

Date(s) debt was incurred __

Last 4 digits of account number  **0458**

As of the petition filing date, the claim is: *Check all that apply.*                    $30,908.05

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.786** | Nonpriority creditor's name and mailing address

**Sunus Alpenglow Solar LLC**
**3865 S. Wasatch Blve. Suite 301**
**Salt Lake City, UT 84109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $22,957.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.787** | Nonpriority creditor's name and mailing address

**Superior Roofing & Sheet Metal**
**3405 S 500 W**
**Salt Lake City, UT 84115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.788** | Nonpriority creditor's name and mailing address

**Tanner**
**36 South State Suite 600**
**Salt Lake City, UT 84111-1400**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $89,716.72

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.789** | Nonpriority creditor's name and mailing address

**Tara Dugger**
**4411 W Lower Meadow Dr**
**Herriman, UT 84096**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.790**

**Nonpriority creditor's name and mailing address**

**Task Guru**
**401 Congress Ave. Suite 1540**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.791**

**Nonpriority creditor's name and mailing address**

**Tates Rents**
**516 Vista Ave**
**Boise, ID 83705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,168.23**

---

**3.792**

**Nonpriority creditor's name and mailing address**

**TAZ Parking**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.793**

**Nonpriority creditor's name and mailing address**

**Temporary  Power Services**
**PO Box 1816**
**Sandy, UT 84091**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,786.13**

---

**3.794**

**Nonpriority creditor's name and mailing address**

**Teresa Terry**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.795**

**Nonpriority creditor's name and mailing address**

**Tesla, Inc.**
**PO Box 399159**
**San Francisco, CA 94139-9159**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$75,352.39**

---

**3.796**

**Nonpriority creditor's name and mailing address**

**Thanh Vo**
**957 Sunmist Ct SE**
**Salem, OR 97306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thaniel Bishop**
**6168 West 13900 South**
**Herriman, UT 84096-4640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thayn Industries, Inc**
**Brok Thayn**
**1494 S 400 E**
**Kaysville, UT 84037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,122.62 |
|---|---|---|---|

**The Dillion Group**
**Dillion Toyota-Lift**
**117 E Plaza Drive, Ste G**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,110.20 |
|---|---|---|---|

**The Hartford Group Benifits**
**PO Box 783690**
**Philadelphia, PA 19178-3690**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Jasmine Group**
**463 HALSEY STREET**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Roof Doctor LLC**
**2854 S. Redwood Road Ste. C4**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Solaria Corp.**
**1700 Broadway**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Wall Rebuilders, Inc**
11138 S. Santa Fe Dr
Denver, CO 80223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Watson Group**
Matt Watson
10637 S. Skamania Lane
South Jordan, UT 84009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas (TJ) Gomez**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Neville**
6122 W Edson Terrace
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Three Zero Three, LLC**
7995 E Hampden Ave, Ste 100
Denver, CO 80231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tiley Roofing**
5399 Federal Blvd
Denver, CO 80221-6537

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,596.00 |
|---|---|---|---|

**Titan Constructors**
5513 W 11000 N #454
Highland, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$855.00** |
|---|---|---|---|

**Titian Concrete Pumping LLC**
**PO Box 2046**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,313.86** |
|---|---|---|---|

**TLF Logistics II Tualatin Corp.**
**PO Box 740554**
**Los Angeles, CA 90774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **9799**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TNT Plumbing, LLC**
**6983 Sunburst Ave.**
**Firestone, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tom Harris**
**12081 W Abram St.**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,912.54** |
|---|---|---|---|

**Tool and Anchor Supply Inc.**
**1962 W 12th Ave.**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Top Sprinkler Repair**
**Daniel Paul**
**424 E. 7670 S.**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Town of Firestone**
**151 Grant Avenue**
**Firestone, CO 80520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Town of Kersey**
353 3rd St.
Kersey, CO 80644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,526.00 |
|---|---|---|---|

**Toyota Commercial Finance**
PO Box 660926
Dallas, TX 75266-0926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **0239,3198**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,510.80 |
|---|---|---|---|

**Tradesmen International**
PO Box 842227
Boston, MA 02284-2227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,106.15 |
|---|---|---|---|

**Traffic Safety Rentals**
PO Box 150391
Ogden, UT 84415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Treasure Valley Solar & Roof Maintance**
Hernan Ramirez
7196 Hacienda Way
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tree Takers**
Gregory N Jones
1300 N Winston Dr.
Kaysville, UT 84037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $59,420.29 |
|---|---|---|---|

**Trent Vansice**
10494 South Canyon Oak Circle
Sandy, UT 84092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Trevor Tucker**
**3568 E Lanark St.**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Troy Lacey**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tru Value Enterprises, LLC**
**6119 Newcombe  St.**
**Arvada, CO 80004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**TruEnergy, Inc**
**Ryan J Prothro**
**1278 W Loretta St.**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tyler Dueling**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tyler Vanderhoof**
**7060 E Canterbuty Ln**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,965.00 |

**UES- Utility Engineering Systems**
**2529 S. Fundy Cir.**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$166,952.94** |
|---|---|---|---|

**UI Supplies**
**465 N Franklin Turnpike**
**Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/20**

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Uline**
**Attn: Acounts Recievable**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,799.03** |
|---|---|---|---|

**Umpqua Bank**
**PO Box 749642**
**Los Angeles, CA 90074-9642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **4501**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Under Pressure Services**
**Brady Machin**
**1616 E Casper Rd**
**Sandy, UT 84092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$501.48** |
|---|---|---|---|

**Unishippers**
**770 E Main Street, Ste. 408**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **9181**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**United States Treasury**
**Internal Revenue Service**
**1973 Rulon White Blvd**
**Ogden, UT 84201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Universal Fire Equipment**
**18260 SW 100th Court**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|--------|------------------|------------------------|--|
| | Name | | |

---

**3.839** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Uplifters of Color**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**US Service Payment**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**USPS**
230 W 200 S LBBY
Salt Lake City, UT 84101-1342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.842** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Utah Breaker Supply**
3056 S 1030 W
Salt Lake City, UT 84119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.843** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Utah Clean Energy**
1014 2nd Ave.
Salt Lake City, UT 84103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.844** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00**

**Utah Manufacturers Association**
428 E Winchester St. Ste 135
Murray, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.845** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.50**

**Utah Safety Council**
1574 W. 1700 S.
Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Utah Soccer**
**9256 S State Street**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Business debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Utah Solar Energy Association**
**5406 W 11000 N Suite 103**
**PMB #514**
**American Fork, UT 84003-8942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Business debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Utah State Tax Commission**
**Attn Legal Processes Unit**
**210 North 1950 West**
**Salt Lake City, UT 84134-0400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Business debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.00 |

**Utah Tile And Roofing**
**555 W. 3900 S. Bldg. C**
**Salt Lake City, UT 84123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Business debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Utility Contracting Services**
**Gregory Meyet**
**13144 W Telemark Ct.**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Business debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Valley View Fence & Deck**
**104 9th St.**
**Dayton, OR 97114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Business debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |

**Valor Roof and Solar, Inc.**
**4251 S. Natches Ct. Unit B**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Business debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.853** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Valor Roof and Solar, Inc.
4251 S Natches Ct. Unit B
Englewood, CO 80110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.854** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Van Haddox
154 E 500 North
Jerome, ID 83338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.855** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Van Leeuwen Properties
1702 East Vine Street
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.856** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Vector Structural Engineering
651 W Galena Park Blvd
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.857** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Velvet Potter
5820 Oak Street
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.858** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.76**

Veracity Networks
357 S. 670 W. Ste. 300
Lindon, UT 84042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number  __1011__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.859** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Verizon Wireless (Solaroo)
PO Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Auric Solar, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vevo Digital**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Visa Solaroo**
**Bank Card Center**
**PO Box 30833**
**Salt Lake City, UT 84103-8330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vishwanathan Thiagarajan**
**7582 S 4730 West**
**West Jordan, UT 84084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Volante Investments**
**3084 E Lanark Street**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **ric1**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Voonami**
**2302 South Presidents Drive**
**Lincold Building, Suite F**
**Salt Lake City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Voss Lighting**
**8301 Jefferson St NE b**
**Albuquerque, NM 87113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Walker Burton**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,405.00** |
|---|---|---|---|

**Walsh Concrete Cutting**
1482 S Industrial Rd.
Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wasatch Commercial Builders**
40 East Gallivan Ave.
Salt Lake City, UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wasatch Energy Group**
299 S Main Street
Salt Lake City, UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wasatch Property Management**
595 S Riverwoods Parkway
Suite 400
Logan, UT 84321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wasatch Solar Managment**
299 S Main Street
Suite 2400
Salt Lake City, UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000,000.00** |
|---|---|---|---|

**Wasatch VPP Fleet I, LLC**
Attn: Ryan Peterson
299 South Main Street #2400
Salt Lake City, UT 84111

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000,000.00** |
|---|---|---|---|

**Wasatsch VPP Fleet Loan Fund, LLC**
c/o Nate Edwards, Registered Agent
595 South Riverwoods Parkway, Suite 400
Logan, UT 84321

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Washington City**
111 N 100 E
Washington, UT 84780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Washington Roofing Company**
1700 SW Hwy
McMinnville, OR 97128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Waste Managment**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wayne Olsen**
311 E 1864 South
Orem, UT 84058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,724.45 |
|---|---|---|---|

**WCF Insurance**
Payment Processing Center
PO Box 26488
Salt Lake City, UT 84126-0488

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number  1651

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**We Do It, LLC**
Attn: Joseph F. Jeffs
8073 S Cveyridge Lane
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Weddle Surveying Inc.**
6950 SW Hampton Street
Suite 170
Portland, OR 97223-8330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Weld County Building Department**
1555 N 17th Ave
Greeley, CO 80631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Werner Roofing LLC**
Attn: Graycen Werner
2197 S Euclid Ave.
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $384,462.98 |
|---|---|---|---|

**Wesco Distribution Wesco Receivables Cor**
PO Box 802578
Chicago, IL 60680-2578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number  **5250**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**West Coast Code Consultants**
908 W Gordon Way Ave.
Suite #3
Layton, UT 84041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,402.50 |
|---|---|---|---|

**West Coast Consultants**
908 W. Gordon Ave., Ste #3
Layton, UT 84041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Western National Insurance**
PO Box 59184
Minneapolis, MN 55459-0184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215.00 |
|---|---|---|---|

**Western States Fire Protection Company**
7026 S. Tuscon Way
Centennial, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Widespread Electrical Sales**
1111 Widespread Way
Forney, TX 75126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Ryan Vaught**
26332 Sheldon St.
Kittredge, CO 80457

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wire Smith Electric**
PO Box 1555
Sandy, UT 84091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wise Roofing LLC**
Attn: Nicholas Wise
1077 South Slope Rd.
Emmett, ID 83617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wood Products**
5420 Morris Hill Rd.
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,092.94 |
|---|---|---|---|

**X3 Tradesman**
1594 W 7800 S.
West Jordan, UT 84088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**X3 Tradesman**
1594 W 7800 S.
West Jordan, UT 84088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **CO**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,735.00 |
|---|---|---|---|

**Xcel Energy**
**PO Box 9477**
**Minneapolis, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number __Multiple__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,192.35 |
|---|---|---|---|

**Xcel Energy**
**PO Box 9477**
**Minneapolis, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number __CO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $733.89 |
|---|---|---|---|

**Xcel Energy**
**PO Box 9477**
**Minneapolis, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number __Englewood__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,961.16 |
|---|---|---|---|

**Yamahill Dirt Works**
**Brian P Brisbane**
**7650 SW Joshua Pl**
**Gaston, OR 97119-9115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,961.16 |
|---|---|---|---|

**Yelena Tyukayenko**
**910 South Jump Rope Pl.**
**Kuna, ID 83634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $630.12 |
|---|---|---|---|

**YRC Freight**
**2410 Constitution Blvd**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $630.12 |
|---|---|---|---|

**Zach Kissell**
**9 Eggleton Ct.**
**N9V 3Y3 Canada**
**Amtherstburg, ON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Auric Solar, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zilla Corporation**
**2275 W Midway Blvd.**
**Unit C**
**Broomfield, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,065.02 |
|---|---|---|---|

**Zoetic**
**2425 S Colorado Blvd. #280 Suite 280**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zoom Video Communications**
**55 Alamaden Blvd.**
**6th Floor**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Babcock, Scott & Babcock, P.C.**<br>**Attn: Jason Robinson**<br>**370 E South Temple 4th Floor**<br>**Salt Lake City, UT 84111** | Line **3.883**<br>☐ Not listed. Explain _ | _ |
| 4.2 | **Enterprise Fleet Management, Inc.**<br>**P.O. Box 80089**<br>**Kansas City, MO 64180** | Line **3.312**<br>☐ Not listed. Explain _ | _ |
| 4.3 | **Mabey & Coombs, L.C.**<br>**c/o L. Benson Mabey**<br>**4568 South Highland Drive, Suite 290**<br>**Salt Lake City, UT 84117** | Line **3.697**<br>☐ Not listed. Explain _ | _ |
| 4.4 | **Michael, Best & Friedrich, LLP**<br>**c/o Michael C. Barnhill**<br>**2750 East Cottonwood Parkway, Suite 560**<br>**Salt Lake City, UT 84121** | Line **3.748**<br>☐ Not listed. Explain _ | _ |
| 4.5 | **Michael, Best & Friedrich, LLP**<br>**c/o Michael c. Barnhill**<br>**2750 East Cottonwood Parkway, Suite 560**<br>**Salt Lake City, UT 84121** | Line **3.749**<br>☐ Not listed. Explain _ | _ |
| 4.6 | **Oregon Department of Revenue**<br>**c/o Tax Department**<br>**955 Center St NE**<br>**Salem, OR 97301** | Line **2.8**<br>☐ Not listed. Explain _ | _ |

---

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 4.7 **Parr Brown Gee & Loveless**<br>**c/o Douglas C. Waddoups**<br>**101 South 200 East, Suite 700**<br>**Salt Lake City, UT 84111** | Line __3.872__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 **Stoel Rives, LLP**<br>**c/o Samantha K. Sondag**<br>**760 SW Ninth Avenue, Suite 3000**<br>**Portland, OR 97205** | Line __3.654__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 **Wasatsch VPP Fleet I, LLC**<br>**c/o Nate Edwards**<br>**595 South Riverwoods Parkway, Suite 400**<br>**Logan, UT 84321** | Line __3.872__<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|--|--|------------------------|
| 5a. Total claims from Part 1 | 5a. $ | 417,961.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 45,941,618.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 46,359,579.19 |

**Fill in this information to identify the case:**

Debtor name **Auric Solar, LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Office lease in Colorado (99 Inverness Drive E, Suite 170, Centennial, Colorado 80112)** **Expires 9/30/2020** | |
| State the term remaining | **Expires September 30, 2020** | **5D Holdings** |
| List the contract number of any government contract | | **10531 Lieter Place** **Lone Tree, CO 80124** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Office lease in Idaho (3568 East Lanark Street, Meridian, Idaho 83642)** **Expired 2/14/2020** | |
| State the term remaining | **Expired** | **Adler AB Owner VIII, LLC** |
| List the contract number of any government contract | | **PO Box 913299** **Denver, CO 80291** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Office lease in CO (7265 South Revere Parkway, Suite 903, Centennial, Colorado)** **Expires 1/31/2021** **1Solar is assuming the lease through the Assignment and Assumption of Lease and Novation Agreement dated 2/28/2020.  As part of the 1Solar Asset Purchase Agreement, Auric has agreed to pay up to a maximum of $83,556 in lease payments.** | |
| State the term remaining | | **Brighton Properties Inc. DBA SBMC Chapar** **c/o Colliers International** **4643 S. Ulster Street, Ste. 1000** **Denver, CO 80237** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor 1 | Auric Solar, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Copier operating lease in Idaho | |
|---|---|---|---|
| | State the term remaining | | De Lage Landen Financial Services, Inc. PO Box 41602 Philadelphia, PA 19101-1602 |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Agreement # 003-1429802-000 Copier operating lease for 2 copiers in Utah | |
|---|---|---|---|
| | State the term remaining | | Great American Financial Serv. PO Box 660831 Dallas, TX 75266-0831 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Agrement # 013-1218943-000 Lease expired 1/2020 but copier has not been returned. Return cost $400. Getting payoff to see if 1Solar would like to buy. | |
|---|---|---|---|
| | State the term remaining | | Great American Financial Serv. PO Box 660831 Dallas, TX 75266-0831 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Office lease in UT Expires 1/31/2021 | |
|---|---|---|---|
| | State the term remaining | | Metroprops, LLC c/o Cushman & Wakefield PO Box 413139 Salt Lake City, UT 84141 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Office lease in Oregon (9530 SW Tualatin-Sherwood Road, Tualatin, Oregon) Expires 3/31/2020 | |
|---|---|---|---|
| | State the term remaining | Expires March 31, 2020 | TLF Logistics II Tualatin Corp Center PO Box 740554 Los Angeles, CA 90774-0554 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Auric Solar, LLC** | | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name      **Auric Solar, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jess Phillips** | **1309 West Atrium Court Farmington, UT 84025** | **Codale (Commercial)** | ☐ D _____ ■ E/F __3.187__ ☐ G _____ |
| 2.2 | **Jess Phillips** | **1309 West Atrium Court Farmington, UT 84025** | **Solaroo Energy Holdings, LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Steve Anderson** | **671 Somerset Street Farmington, UT 84025** | **Codale (Commercial)** | ☐ D _____ ■ E/F __3.187__ ☐ G _____ |
| 2.4 | **Steve Anderson** | **671 Somerset Street Farmington, UT 84025** | **Solaroo Energy Holdings, LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Trent Vansice** | **10494 South Canyon Oak Circle Sandy, UT 84092** | **Codale (Commercial)** | ☐ D _____ ■ E/F __3.187__ ☐ G _____ |

| Debtor | **Auric Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

2.6    **Trent Vansice**        **10494 South Canyon Oak Circle**          **Solaroo Energy**          ■ D ___ **2.2**
                          **Sandy, UT 84092**                      **Holdings, LLC**          □ E/F _____
                                                                                   □ G _____

**Fill in this information to identify the case:**

Debtor name      **Auric Solar, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$4,600,000.00** |
   | **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$59,700,000.00** |
   | **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$24,160,000.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **1/01/2019** to **12/31/2019** | **Uncleared checks, write off of A/P, and reward programs.** | **$145,413.68** |
   | **For year before that:** From **1/01/2018** to **12/31/2018** | **Uncleared checks, write off of A/P, and reward programs.** | **$80,000.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | Auric Solar, LLC | Case number (if known) | |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **See Exhibit 2, attached hereto.** | **01/17/2019-4/15/2020** | **$6,591,892.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Various. See list.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See Exhibit 3, attached hereto.** | **April 2019 through April 2020** | **$1,448,048.95** | **Various. See list.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Toyota Commercial Finance<br>PO Box 660926<br>Dallas, TX 75266-0926** | **Forklift (serial #8FGU25-61642) under a month-to-month operating lease.  Acct # (10330239).  Repossessed for lack of payment.** | **3/16/2020** | **Unknown** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   **Auric Solar, LLC** _____   Case number *(if known)* _____

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **CONSOLIDATED ELECTRICAL DISTRI vs. AURIC SOLAR LLC et al.** 200901474 | **Contract** | **Third District Court, State of Utah, Salt Lake County, SLC Department 450 S State Salt Lake City, UT 84111** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **PEREGRINE SPORTS, LLC, a Delaware limited liability company, Plaintiff, V. AURIC SOLAR, LLC, a Utah limited liability company, Defendant.** 20CV11312 | **Contract** | **Circuit Court of the State of Oregon For the County of Multnomah 1021 SW 4th Ave Portland, OR 97204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **ROBERT ALBRECHT, dba ONE SOURCE SUPPLY, Plaintiff, -vs- AURIC SOLAR, LLC, a Utah Limited Liability Company, Defendant.** 200902097 | **Contract** | **Third District Court, State of Utah, Salt Lake County, SLC Department 450 S State Salt Lake City, UT 84111** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **SOLAROO ENERGY HOLDINGS, LLC a Utah limited liability company, SOLAROO ENERGY, LLC, a Utah limited liability company Plaintiffs, vs. AURIC SOLAR, LLC, a Utah limited liability company, STEVE ANDERSEN, an individual, JESS PHILLIPS, an individual, and TRENT VANCISE, an individual, Defendants.** 200902118 | **Contract** | **Third District Court, State of Utah, Salt Lake County, SLC Department 450 S State Salt Lake City, UT 84111** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **WESCO DISTRIBUTION, INC., a Delaware corporation, Plaintiff, vs. AURIC SOLAR, LLC d/b/a AURIC ENERGY, LLC, a Utah limited liability company, Defendant.** 200902174 | **Contract** | **Third District Court, State of Utah, Salt Lake County, SLC Department 450 S State Salt Lake City, UT 84111** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Auric Solar, LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Idaho Clean Energy Association**<br>**PO Box 2264**<br>**Boise, ID 83701** | **Cash payment made on 10/19/2019** | | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **3/31/2020 - Legal services for creditor claim issues and state court collection proceedings.** | |
| | **McKay, Burton & Thurman**<br>**15 West South Temple, Suite 1000**<br>**Salt Lake City, UT 84101** | | | **$7,956.00** |
| | Email or website address<br>**www.mbt-law.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Auric Solar, LLC**                                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | **4/15/2020 - Legal services for creditor claim issues and state court collection proceedings.** | |
| | **McKay, Burton & Thurman 15 West South Temple, Suite 1000 Salt Lake City, UT 84101** | | | **$12,044.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | | | **4/15/20 and 4/16/20 - Flat fee payment for filing of Chapter 7 bankruptcy.** | |
| | **McKay, Burton & Thurman 15 West South Temple, Suite 1000 Salt Lake City, UT 84101** | | | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor   **Auric Solar, LLC** _____   Case number _(if known)_ _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **TELT Ventures, LLC<br>DBA 1Solar<br>2391 South 1560 West, Ste C<br>Woods Cross, UT 84087**<br><br>**Relationship to debtor<br>None** | **Sold residential assets under the Asset<br>Purchase Agreement dated 2/28/2020.<br>Tangible assets sold included inventory,<br>vehicles, tools, computer hardware, and<br>office contents in ID, OR and CO. (Value<br>below is connected to assumption of<br>liabilities)** | **2/28/2020** | **$2,824,519.00** |
| 13.2<br>. | **Soleil Solar, LLC and<br>Soleil Energy Group, LLC<br>299 S Main Ste 2440<br>Salt Lake City, UT 84111**<br><br>**Relationship to debtor<br>None** | **Entered into an Early Termination and<br>Release Agreement dated 3/17/2020 to<br>transfer all rights, open purchase orders,<br>and inventory associated with a certain<br>commercial project to Soleil Solar, LLC<br>for $500,000.  The transaction also<br>included the sale of commercial vehicles,<br>trailers, computer hardware, and tools to<br>Soleil Energy Group, LLC for $308,000.** | **3/17/2020** | **$808,000.00** |
| 13.3<br>. | **Al**<br><br>**Relationship to debtor<br>Employee** | **2015 Dodge Ram 2500** | **April 2020** | **$9,630.02** |
| 13.4<br>. | **Kelly**<br><br>**Relationship to debtor<br>Employee** | **2013 Toyota Prius** | **March 9, 2020** | **$2,200.00** |
| 13.5<br>. | **Enterprise**<br><br>**Relationship to debtor<br>n/a** | **2013 Toyota Prius** | **April 2, 2020** | **$2,325.00** |
| 13.6<br>. | **Enterprise**<br><br>**Relationship to debtor<br>n/a** | **2012 Toyota Prius** | **April 8, 2020** | **$1,500.00** |
| 13.7<br>. | **Enterprise**<br><br>**Relationship to debtor<br>n/a** | **2014 Mercedes Sprinter** | **April 7, 2020** | **$12,000.00** |

Debtor    **Auric Solar, LLC** _____    Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.8. | **Enterprise** | **2010 Ford Transit Connect** | **April 8, 2020** | **$2,000.00** |
| | **Relationship to debtor** **n/a** | | | |
| 13.9. | **Enterprise** | **2013 Ford Econoline 250** | **April 7, 2020** | **$8,500.00** |
| | **Relationship to debtor** **n/a** | | | |
| 13.10. | **Enterprise** | **2016 Toyota Prius** | **April 2020** | **$1,500.00** |
| | **Relationship to debtor** **n/a** | | | |

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **99 Inverness Drive E, Suite 170** **Littleton, CO 80122** | |
| 14.2. | **3568 East Lanark Street** **Meridian, ID 83642** | |
| 14.3. | **7265 South Revere Parkway, Suite 903** **Centennial, CO** | |
| 14.4. | **9530 SW Tualatin-Sherwood Road** **Tualatin, OR** | |

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

| Debtor | Auric Solar, LLC | Case number *(if known)* | |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **THE AURIC SOLAR LLC 401(K) PLAN** | EIN: **840801** |

Has the plan been terminated?

☑ No
☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

---

Debtor   **Auric Solar, LLC**

Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Great American Financial Serv.**<br>PO Box 660831<br>Dallas, TX 75266-0831 | **2310 South 1300 West**<br>**West Valley City, UT**<br>**84119** | **2 Copiers** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Great American Financial Serv.**<br>PO Box 660831<br>Dallas, TX 75266-0831 | **Oregon** | **1 Copier** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **De Lage Landen Financial Services,**<br>**Inc.**<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | **Idaho** | **1 Copier** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Pure Water Partners**<br>Dept. CH 19648<br>Palatine, IL 60055-9648 | **Offices in Utah and Idaho** | **Ice and water systems** | **Unknown** |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **9**

| Debtor | Auric Solar, LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Tanner & Company**<br>**36 South State Street**<br>**Salt Lake City, UT 84111-1400** | **5/2017-2018** |
| 26a.2. | **Bryon Barton**<br>**596 E 1500 S**<br>**Kaysville, UT 84037** | **1/16/17-Current** |
| 26a.3. | **Mindy Sue Walsh**<br>**4632 Summit Valley Dr**<br>**West Jordan, UT 84088** | **5/27/10-6/19/17** |
| 26a.4. | **Tammy Grainger**<br>**988 W DuPont Ave**<br>**Salt Lake City, UT 84116** | **3/25/15-11/15/19** |
| 26a.5. | **Dusty Sundquist**<br>**531 W Deer Meadow Drive**<br>**Saratoga Springs, UT 84045** | **1/1/16-5/10/19** |
| 26a.6. | **Maya Hoyt**<br>**3437 W Erica Cir**<br>**West Jordan, UT 84084** | **2/22/16-10/25/19** |
| 26a.7. | **Alisa Orborn**<br>**8279 S Lance St, Apt 13**<br>**Midvale, UT 84047** | **9/7/16-2/14/20** |
| 26a.8. | **Karlee Powers**<br>**14697 S Astin Ln, #O304**<br>**Herriman, UT 84096** | **11/21/16-Current** |
| 26a.9. | **Bryon Barton**<br>**596 E 1500 S**<br>**Kaysville, UT 84037** | **1/16/17-Current** |
| 26a.10. | **Jeremy Curtis**<br>**2689 W Closner Cir**<br>**West Jordan, UT 84088** | **1/1/19-Current** |
| 26a.11. | **Nick Gingras**<br>**605 W. Life Dr.**<br>**Riverton, UT 84065** | **1/1/19- Current** |
| 26a.12. | **Sierra Reaux-McNeil**<br>**19184 E Briarwood Dr**<br>**Aurora, CO 80016** | **1/1/19-1/31/20** |
| 26a.13. | **Gunther Fischli**<br>**9591 S. High Meadow Dr.**<br>**South Jordan, UT 84095** | **1/1/19-3/12/20** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Auric Solar, LLC**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.14.    **Kelly Curtis**<br>**11232 S. Frandsen Cir.**<br>**South Jordan, UT 84095** | **1/1/19-3/12/20** |
| 26a.15.    **Tara Dugger**<br>**4411 W Lower Meadow Dr**<br>**Herriman, UT 84096** | **1/2/19-3/6/20** |
| 26a.16.    **Lisa Aiono**<br>**5546 S Impressions Dr**<br>**Salt Lake City, UT 84118** | **9/16/19** |
| 26a.17.    **Leslie Larsen**<br>**5554 W Lilac Ave**<br>**West Jordan, UT 84081** | **10/15/19-2/14/20** |
| 26a.18.    **Duncan Nelson**<br>**2846 S Blair St, Apt 10**<br>**Salt Lake City, UT 84115** | **12/20/19-2/26/20** |
| 26a.19.    **Rachel Stone**<br>**3063 W 2650 S**<br>**Ogden, UT 84401** | **1/20/20-3/17/20** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
□ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thaniel Bishop** | **6168 West 13900 South**<br>**Herriman, UT 84096-4640** | | **1.50%** |

Debtor   **Auric Solar, LLC**                                                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Auric Solar Holdings, LLC** | **2310 South 1300 West**<br>**Salt Lake City, UT 84119** | | **31.14%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cedar Union, LLC** | **671 Somerset St.**<br>**Farmington, UT 84025** | | **11.21%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bristol Cove Acquisitions, LLC** | **596 East 1500 South**<br>**Kaysville, UT 84037** | | **2.04%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Krasne Miesto, LLC** | **893 Baxter Dr.**<br>**South Jordan, UT 84095** | | **4.54%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Suficiente, LLC** | **6995 South Union Park, Suite 400**<br>**Midvale, UT 84047** | | **4.54%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cedar Union, LLC** | **671 Somerset St.**<br>**Farmington, UT 84025** | | **6.85%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **NSM Energy, LLC** | **6210 S Hancock Cir.**<br>**Murray, UT 84121** | | **1.17%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bruce N. $ Carolyn D. Leishman Trust** | **586 East 170 South**<br>**Logan, UT 84321** | | **1.56%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Courtney Lieshman** | **1405 South 750 East**<br>**Kaysville, UT 84037** | | **0.78%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Nathan Leishman Trust** | **4120 South 4000 East**<br>**Wellsville, UT 84339** | | **0.39%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **DL Jolley Safe Trust** | **2455 East Parleys Way #302**<br>**Salt Lake City, UT 84109** | | **0.78%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JSP Management, LLC** | **1309 West Atrium Court**<br>**Farmington, UT 84025** | | **1.95%** |

Debtor   **Auric Solar, LLC**                                                                 Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steadfast Solar** | **6168 West 13900 South Herriman, UT 84096-4640** | | **1.56%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cedar Union, LLC** | **671 Somerset Street Farmington, UT 84025** | | **30.00%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Blue Prairie, FLP** | **671 Somerset St, Farmington, UT Farmington, UT 84025** | **Assigned Common Units to Cedar Union, LLC** | **1/1/2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Sun Prairie, LLC** | **671 Somerset St, Farmington, UT Farmington, UT 84025** | **Assigned Class A Preferred Units to Arcturus Ventures, LLC** | **1/1/2020** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Steven Andersen** | **Gross: $24,461** | **April 1, 2019 through April 14, 2020** | **Wages** |
| | Relationship to debtor | | | |
| 30.2. | **Bryon J. Barton** | **Gross: $126,294.35** | **April 1, 2019 through April 14, 2020** | **Wages** |
| | Relationship to debtor | | | |
| 30.3. | **Thaniel S. Bishop** | **Gross: $138,934.52** | **April 1, 2019 through April 14, 2020** | **Wages** |
| | Relationship to debtor | | | |

Debtor   **Auric Solar, LLC**                                            Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Kelly Curtis** | **Gross: $119,230.96** | **April 1, 2019 through April 14, 2020** | **Wages** |
| | **Relationship to debtor** | | | |
| 30.5. | **Gunther D. Fischli** | **Gross: $119,230.96** | **April 1, 2019 through April 14, 2020** | **Wages** |
| | **Relationship to debtor** | | | |
| 30.6. | **Trenton J. Vance** | **Gross: $166,534.52** | **April 1, 2019 through April 14, 2020** | **Wages** |
| | **Relationship to debtor** | | | |
| 30.7. | **Jess Phillips** | **Gross: $208,265.48** | **April 1, 2019 through April 14, 2020** | **Wages** |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   __Auric Solar, LLC__                                    Case number *(if known)* _____

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __April 17, 2020__

__/s/ Trenton J. Vansice__                            __Trenton J. Vansice__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   __President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# EXHIBIT 2

11:58 AM
04/16/20
Accrual Basis

Case 20-22343    Doc 2    Filed 04/17/20    Entered 04/17/20 11:45:26    Desc Main
Document    Page 179 of 184

Auric Solar, LLC
2001 Report
January 16 through April 16, 2020

| | Type | Date | Num | Name | Name Address | Memo | Credit |
|---|---|---|---|---|---|---|---|
| **Jan 16 - Apr 16, 20** | | | | | | | |
| | Check | 04/16/2020 | ACH | McKay, Burton, & Thurman PC | 14 West South Temple, Suite 1000 Salt Lake City, UT 84101 | Retainer | 10,335.00 |
| | Check | 04/15/2020 | WIRE | McKay, Burton, & Thurman PC | 15 West South Temple, Suite 1000 Salt Lake City, UT 84101 | Retainer | 20,000.00 |
| | Bill Pmt -Check | 04/14/2020 | ACH | Fabian VanCott | 215 S State Suite 1200 Salt Lake City, UT 84111-2323 | | 15,850.00 |
| | Check | 04/14/2020 | ACH | Moreton & Company | PO Box 58139 Salt Lake City, UT 84158 | | 13,159.95 |
| | Bill Pmt -Check | 04/14/2020 | EFT | Codale Electric Supply | PO Box 740525 Los Angeles, CA 90074-0525 | 56223 | 150,000.00 |
| | Check | 04/13/2020 | EFT | Codale Electric Supply | PO Box 740525 Los Angeles, CA 90074-0525 | 56223 | 100,000.00 |
| | Check | 04/10/2020 | ACH | Legendary LLC | 1618 S Millennium Way # 100 Meridian, ID 83642 | Customer Refund | 59,999.26 |
| | Check | 04/10/2020 | ACH | Prime Inc. Amenities | 3720 W 800 S Salt Lake City, UT 84104 | 177327 | 27,879.84 |
| | Check | 04/10/2020 | ACH | AWD Properties | 1618 S Millennium Way # 100 Meridian, ID 83642 | Customer Refund | 14,313.29 |
| | Check | 04/10/2020 | Bank Check | Christiansen Construction | Kirk Christiansen 3160 N 3600 E Kimberly, ID 83341 | Cust Refund | 7,000.00 |
| | Check | 04/10/2020 | Bank Check | Esplanade Apartments | Rod Newby 29 N 1000 W Salt Lake City, UT 84116 | Cust Refund | 11,000.00 |
| | Check | 04/09/2020 | EFT | Codale Electric Supply | PO Box 740525 Los Angeles, CA 90074-0525 | Order #58797064 PO#2509900 | 31,303.06 |
| | Check | 04/09/2020 | EFT | Grantsville Professional Park Condominium | Envision Flow 163 S SR 112 Grantsville, UT 84029 | 177911 - Refund | 30,470.00 |
| | Check | 04/09/2020 | EFT | Mercedes-Benz Financial Services | PO Box 5260 Carol Stream, IL 60197-5260 | 5000271370001 | 21,961.86 |
| | Check | 04/09/2020 | EFT | Grantsville Professional Park Condominium | Envision Flow 163 S SR 112 Grantsville, UT 84029 | Customer Refund | 30,470.00 |
| | Bill Pmt -Check | 04/08/2020 | EFT | Codale Electric Supply | PO Box 740525 Los Angeles, CA 90074-0525 | 56223 | 50,036.70 |
| | Check | 04/08/2020 | 19502 | Soleil Solar, LLC | 299 South Main Street Salt Lake City, UT 84111 | Radius Panels | 108,982.50 |
| | Check | 04/07/2020 | ACH | Ally Auto (61192342871 9, 6119242608 64) | PO Box 9001951 Louisville, Kentucky 40290 | Acct. 611923428719 Net Pay Off | 12,202.65 |
| | Bill Pmt -Check | 04/07/2020 | ACH | EMI Health | 5101 S Commerce Drive Murray, UT 84107 | 4921 | 13,951.12 |
| | Check | 04/03/2020 | ACH | AMEX - 54002 | PO Box 650448 Dallas, TX, 75265-0448 | | 20,000.00 |
| | Check | 04/01/2020 | EFT | Codale Electric Supply | PO Box 740525 Los Angeles, CA 90074-0525 | 56223 | 20,584.51 |
| | Check | 03/31/2020 | 19497 | Pinnacle Highlands | Julie Koch 7673 S Highland Dr Cottonwood Heights, UT 84121 | Service | 43,774.10 |
| | Check | 03/31/2020 | 19498 | Sky Harbor | Devon McPhie 1878 W North Temple Salt Lake City, UT 84116 | Service | 43,774.10 |
| | Check | 03/31/2020 | ACH | UES - Utility Engineering Systems | 2529 S. Fundy Cir. Aurora, CO 80013 | | 6,965.00 |
| | Check | 03/30/2020 | 1070 | Wasatch Energy Group | 299 S. Main St. Salt Lake City, UT 84111 | Final Wasatch Development Fee on Soleil Lofts Dra | 25,000.00 |
| | Check | 03/30/2020 | 1073 | Jay Oman | | Net Meterin Fee on Soleil- paid by Jay Oman Wasa | 6,935.56 |
| | Bill Pmt -Check | 03/28/2020 | ACH | EMI Health | 5101 S Commerce Drive Murray, UT 84107 | 4921 | 39,153.72 |
| | Check | 03/27/2020 | 19494 | Jordan Credit Union | 893 W. Baxter Drive South Jordan, UT 84095 | | 8,295.95 |
| | Check | 03/27/2020 | Auto | AMEX - 54002 | PO Box 650448 Dallas, TX, 75265-0448 | CC Payment | 10,000.00 |
| | Bill Pmt -Check | 03/27/2020 | Auto | Enterprise Fleet Management ( WEX) | WEX Bank PO Box 6293 Carol Stream, IL 60197-6293 | 0463-00-903964-5 | 8,863.94 |
| | Check | 03/26/2020 | 19493 | Wood, Jason | 12676 East Bates Circle Aurora, CO 80014 | 178452 | 11,225.00 |
| | Bill Pmt -Check | 03/24/2020 | 19487 | Far West Roofing, Inc | 2626 W Persdion Bluffdale, UT 84065 | | 9,120.00 |
| | Check | 03/20/2020 | ACH | Ford Credit (54538497) | PO Box 790093 St. Louis, MO 63179-0093 | 54538497 | 14,034.59 |
| | Check | 03/20/2020 | 19483 | Ally Auto (611923428719, 611924260864) | PO Box 9001951 Louisville, Kentucky 40290 | Acct. 611924260864 Net Pay Off | 12,556.59 |
| | Check | 03/20/2020 | 19484 | Ally Auto (611923620151, 611924937812) | PO Box 9001951 Louisville, Kentucky 40290 | Acct. 611924937812 Net Pay Off | 10,629.36 |
| | Check | 03/20/2020 | 19485 | Ally Auto (611923620151, 611924937812) | PO Box 9001951 Louisville, Kentucky 40290 | 611923620151 Net Pay Off | 11,187.43 |
| | Check | 03/19/2020 | 19479 | Brighton Properties Inc. | DBA SBMC Chaparral C/O Colliers International 4643 S Ulster Street, Suite 1000 | | 15,243.30 |
| | Check | 03/19/2020 | 19480 | Metroprops, LLC | C/O Cushman & Wakefield PO Box 413139 Salt Lake City, UT 84141-3139 | 00016710 I | 13,072.50 |
| | Check | 03/18/2020 | WIRE | CEO (Commercial) | | Wire Transfer - Gardner Lien Releases | 34,080.08 |
| | Bill Pmt -Check | 03/18/2020 | 19481 | Soleil Energy Group | 299 S Main Ste 2440 Salt Lake City, UT 84111 | | 10,178.00 |
| | Check | 03/18/2020 | CoCheck | Soleil Energy | | Co Check to Solaroo | 78,000.00 |
| | Check | 03/17/2020 | WIRE | McKay, Burton, & Thurman PC | 15 West South Temple, Suite 1000 Salt Lake City, UT 84101 | Retainer | 20,000.00 |
| | Bill Pmt -Check | 03/17/2020 | JC-Okland | SunRoc Corporation | PO Box 778 Orem, UT 84059 | | 7,089.19 |
| | Check | 03/17/2020 | 4126 JC | Custom Carport Designs | Austin Day 13324 Heritage Farm Cove Riverton, Utah 84065 | | 652,615.47 |
| | Bill Pmt -Check | 03/17/2020 | 4115 | Brahma | 1132 S. 500 W. Salt Lake City, UT 84101 | | 252,403.53 |
| | Bill Pmt -Check | 03/17/2020 | 4131 | X3 Tradesmen (UT) | 1549 W. 7800 S. West Jordan, UT 84088 | | 12,092.94 |
| | Check | 03/17/2020 | 4130 | Sunstate Equipment Co. | PO Box 208438 Dallas, TX 75320-8439 | 130458 | 47,636.34 |
| | Bill Pmt -Check | 03/16/2020 | ACH | WCF Insurance | Payment Processing Center PO Box 26488 Salt Lake City, UT 84126-0488 | 21651 | 10,000.00 |
| | Bill Pmt -Check | 03/16/2020 | 19478 | Far West Roofing, Inc | 2626 W Persdion Bluffdale, UT 84065 | | 38,444.00 |
| | Check | 03/13/2020 | 19473 | Peder Kopperud | | 178503 Client Deposit for Solar System | 10,308.00 |
| | Check | 03/13/2020 | 19475 | Crist, Larry | 69 E Coronado Ln Moab, UT 84532 | 178414 Client Deposit for Solar System | 11,412.00 |
| | Check | 03/13/2020 | 19476 | Rhett Jones | | | 11,675.00 |
| | Check | 03/13/2020 | 19477 | GroFunk, LLC | Carl Funk 7755 W. Crestwood dr. Boise, ID 83704 | 178432 | 16,816.00 |
| | Check | 03/13/2020 | 1057 | Arco Electric | 597 W. 9320 S. Sandy, UT. 84070 | | 13,899.62 |
| | Bill Pmt -Check | 03/12/2020 | 1051 | X3 Tradesmen (UT) | 1549 W. 7800 S. West Jordan, UT. 84088 | | 8,041.56 |
| | Check | 03/12/2020 | 19468 | Jordan Credit Union | 893 W. Baxter Drive South Jordan, UT 84095 | Patricia Bailey | 9,632.50 |
| | Bill Pmt -Check | 03/12/2020 | WIRE | Morris Bower & Haws PLLC | 12550 W. Explorer Dr. Suite 100 Boise, ID 83713 | Invoice 107836 | 10,209.00 |
| | Check | 03/06/2020 | 19466 | Innovations Group (Medquest) | 669 W 900 N North Salt Lake, UT 84054 | 177077 | 23,408.56 |
| | Check | 03/04/2020 | 19463 | Solaroo | | Purchase of Solaroo Vehicles | 128,575.00 |
| | Check | 03/04/2020 | ACH | Enterprise Fleet Management | Enterprise Fleet Management Billing PO Box 800089 Kansas City, MO 64180-0089 | | 24,493.68 |
| | Check | 03/03/2020 | 19461 | Blake, Walter | 3060 Kearney Street Denver, CO 80207 | Deposit Refund | 9,307.50 |
| | Bill Pmt -Check | 03/03/2020 | ACH | EMI Health | 5101 S Commerce Drive Murray, UT 84107 | 4921 | 91,021.34 |
| | Check | 02/28/2020 | 19460 | Codale (Commercial) | PO Box 740525 Los Angeles, CA 90074-0525 | | 33,360.49 |
| | Check | 02/28/2020 | 1040 | Codale (Commercial) | PO Box 740525 Los Angeles, CA 90074-0525 | | 537,720.99 |
| | Bill Pmt -Check | 02/27/2020 | ACH | Enterprise Fleet Management ( WEX) | WEX Bank PO Box 6293 Carol Stream, IL 60197-6293 | 0463-00-903964-5 | 13,507.72 |
| | Bill Pmt -Check | 02/26/2020 | ACH | Capital Premium Financing | PO Box 660232 Dallas, TX 75266-0232 | 388052 | 17,857.84 |
| | Check | 02/21/2020 | 19456 | Fabian VanCott | 215 S State Suite 1200 Salt Lake City, UT 84111-2323 | | 15,000.00 |
| | Bill Pmt -Check | 02/21/2020 | WM022120 | Wasatch Solar Management, LLC | 299 S Main Street Suite 2400 Salt Lake City, UT 84111 | | 319,017.61 |
| | Bill Pmt -Check | 02/20/2020 | 19453 | Codale (Commercial) | PO Box 740525 Los Angeles, CA 90074-0525 | | 206,352.81 |
| | Bill Pmt -Check | 02/19/2020 | ACH | Enterprise Fleet Management | Enterprise Fleet Management Billing PO Box 800089 Kansas City, MO 64180-0089 | | 32,783.78 |
| | Bill Pmt -Check | 02/14/2020 | 19452 | CEO Greentech | | RW-40757 OK TO CHAX | 25,000.00 |
| | Check | 02/14/2020 | 1028 | Solaria Corporation | 6200 Paseo Padre Parkway Fremont, CA 94555 | | 129,602.00 |
| | Check | 02/14/2020 | 1029 | Custom Carport Designs | Austin Day 13324 Heritage Farm Cove Riverton, Utah 84065 | | 85,071.00 |
| | Bill Pmt -Check | 02/14/2020 | 1032 | Codale (Commercial) | PO Box 740525 Los Angeles, CA 90074-0525 | | 1,100,907.40 |
| | Bill Pmt -Check | 02/14/2020 | 1033 | Codale (Commercial) | PO Box 740525 Los Angeles, CA 90074-0525 | | 15,304.97 |
| | Bill Pmt -Check | 02/14/2020 | 1034 | Codale (Commercial) | PO Box 740525 Los Angeles, CA 90074-0525 | | 8,506.56 |
| | Bill Pmt -Check | 02/10/2020 | ACH | WCF Insurance | Payment Processing Center PO Box 26488 Salt Lake City, UT 84126-0488 | 21651 | 55,367.00 |
| | Bill Pmt -Check | 02/07/2020 | Solaroo Dep | Solaroo Energy | | Deposited into Solaroo's acc and they kept the $$ a | 8,420.00 |
| | Check | 02/05/2020 | Joint Ck. | Utah Tile and Roofing | 555 W. 3900S. Bldg. C Salt Lake City, UT. 84123 | Adobe - Okland Joint Check 399566 | 45,196.00 |
| | Bill Pmt -Check | 01/31/2020 | 19441 | Codale (Commercial) | PO Box 740525 Los Angeles, CA 90074-0525 | | 8,952.85 |
| | Check | 01/31/2020 | 19442 | Steve Andersen | | | 10,000.00 |
| | Check | 01/30/2020 | 19444 | Solaria Corporation | 6200 Paseo Padre Parkway Fremont, CA 94555 | Soleil Draw 14 | 259,204.00 |
| | Check | 01/30/2020 | WIRE | Wasatch Commercial Builders | 40 East Gallivan Ave. Salt Lake City, UT 84111 | Wasatch Developer Fee - Draw 14 | 268,381.65 |
| | Check | 01/29/2020 | Jnt Ck-1020 | Sunstate Equipment Co. | PO Box 208439 Dallas, TX 75320-8439 | Soleil Draw 14 | 8,017.20 |
| | Check | 01/29/2020 | Jnt Ck 1017 | Aerotek | PO Box 198531 Atlanta, GA 30384-8531 | Soleil Draw 14 | 11,513.72 |
| | Check | 01/29/2020 | Jnt Ck 1021 | X3 Tradesmen (UT) | 1549 W. 7800 S. West Jordan, UT. 84088 | Soleil Draw 14 | 6,866.11 |
| | Check | 01/29/2020 | Jnt Ck 1036 | Custom Carport Designs | Austin Day 13324 Heritage Farm Cove Riverton, Utah 84065 | Soleil Draw 14 | 100,473.00 |
| | Check | 01/29/2020 | Jnt Ck 1019 | Wasatch Energy Group | 299 S. Main St. Salt Lake City, UT 84111 | Soleil Draw 14 | 20,000.00 |
| | Check | 01/29/2020 | Jnt Ck 1014 | Codale (Commercial) | PO Box 740525 Los Angeles, CA 90074-0525 | Split - Total=92,888.51   Soleil Draw 14 | 90,618.56 |
| | Check | 01/29/2020 | 19438 | Codale Electric Supply | PO Box 740525 Los Angeles, CA 90074-0525 | Split - Total=100,000.00 | 98,719.48 |
| | Bill Pmt -Check | 01/24/2020 | ACH | Capital Premium Financing | PO Box 660232 Dallas, TX 75266-0232 | 388052 | 17,857.84 |
| | Check | 01/24/2020 | 19422 | UES | 2529 S. Fundy Cir. Aurora, CO 80013 | | 8,950.00 |
| | Check | 01/24/2020 | 19424 | ASAP Septic | 7121 Beautiful View Circle Melba, ID 83641 | | 12,171.22 |
| | Check | 01/24/2020 | ACH | Cincinnati Insurance | PO Box 145620 Cincinnati, OH. 45250-5620 | 1000493575 | 11,918.00 |
| | Check | 01/24/2020 | 19427 | Roofs by Reese | Brandon Reese 434 E. 1700 S. Salt Lake City, UT  84115 | 6 | 7,850.00 |
| | Check | 01/24/2020 | ACH | Soroc Solar, Ltd | 5335 W 48th Ave Suite 600 Denver, CO  80212 | | 10,000.00 |
| | Bill Pmt -Check | 01/24/2020 | WIRE | Energy Saver Insulation | 14465 E. 50th Ave. Denver, CO  80239 | | 6,900.00 |
| | Check | 01/23/2020 | ACH | Rocky Mountain Power (Net Meter) | Attn Customer Generation/Mary Davis 825 NE Multnomah Blvd., Suite 600 Portland, OR 97232 | | 8,256.00 |
| | Check | 01/23/2020 | 10946 | Auric Solar | | | 90,000.00 |
| | Bill Pmt -Check | 01/22/2020 | ACH | Enterprise Fleet Management ( WEX) | WEX Bank PO Box 6293 Carol Stream, IL 60197-6293 | 0463-00-903964-5 | 15,009.41 |
| | Bill Pmt -Check | 01/21/2020 | Wire | Steve Anderson | | | 30,000.00 |
| | Bill Pmt -Check | 01/20/2020 | ACH | Enterprise Fleet Management | Enterprise Fleet Management Billing PO Box 800089 Kansas City, MO 64180-0089 | | 30,879.11 |
| | Check | 01/17/2020 | 19411 | Porucznik, Christy | | Cancellation Refund | 8,209.00 |
| | Bill Pmt -Check | 01/17/2020 | 19412 | Adler AB Denver VIII, LLC | PO Box 913299 Denver, CO. 80291-3299 | | 12,020.00 |
| | Bill Pmt -Check | 01/17/2020 | 19413 | Brighton Properties Inc. | DBA SBMC Chaparral C/O Colliers International 4643 S Ulster Street, Suite 1000 | 1 | 7,474.68 |
| | Bill Pmt -Check | 01/17/2020 | 19415 | Metroprops, LLC | C/O Cushman & Wakefield PO Box 413139 Salt Lake City, UT 84141-3139 | 00016710 I | 14,379.66 |
| | Bill Pmt -Check | 01/17/2020 | 19416 | TLF Logistics II Fashion Corp | PO Box 740564 Los Angeles, CA 90074-0564 | T0019799 | 11,156.93 |
| | Bill Pmt -Check | 01/17/2020 | ACH | Cincinnati Insurance | PO Box 145620 Cincinnati, OH. 45250-5620 | 1000493575 | 11,307.00 |
| | Bill Pmt -Check | 01/17/2020 | ACH | EMI Health | 5101 S Commerce Drive Murray, UT 84107 | 4921 | 91,035.90 |
| | Bill Pmt -Check | 01/17/2020 | 19418 | Werner Roofing, LLC | Graycen Werner 2197 S Euclid Ave. Boise, ID 83706 | 6 | 8,587.00 |

11:58 AM
04/16/20
Accrual Basis

**Auric Solar, LLC**
Bill Payments List
January 16 through April 16, 2020

| Type | Date | Num | Name | Name Address | Memo | Credit |
|------|------|-----|------|--------------|------|--------|
| Bill Pmt -Check | 01/17/2020 | 19419 | Blue Goat Roofing | 3592 S. Lyford Ave Meridian, ID  83642 | | 17,749.86 |
| Bill Pmt -Check | 01/17/2020 | WIRE | Tesla, Inc. | PO Box 399159 San Francisco, CA 94139-9159 | | 23,423.37 |
| Bill Pmt -Check | 01/17/2020 | 19420-2 | Codale Electric Supply | PO Box 740525 Los Angeles, CA 90074-0525 | Split - Total=15,200 | 14,360.36 |
| Jan 16 - Apr 16, 20 | | | | | | **6,591,892.13** |

# EXHIBIT 3

4:12 PM
04/15/20
Accrual Basis

Auric Solar, LLC
 _ _ Report
April 16, 2019 through April 15, 2020

Case 20-22343    Doc 2    Filed 04/17/20  Entered 04/17/20 11:45:26    Desc Main
Document      Page 182 of 184

| Type | Date | Num | Name | Name Address | Memo | Credit |
|------|------|-----|------|--------------|------|--------|
| **Apr 16, '19 - Apr 15, 20** | | | | | | |
| Check | 03/18/2020 | CoCheck | Solaroo Energy | | Co Check to Solaroo | 78,000.00 |
| Check | 03/16/2020 | 11061 | Thaniel Bishop (Reimbursements) | 6168 W 13900 S Herriman, UT 84096 | Outstanding Tesla Payments | 5,714.23 |
| Check | 03/12/2020 | 11056 | Thaniel Bishop (Reimbursements) | 6168 W 13900 S Herriman, UT 84096 | Enterprise12/11/19 | 923.74 |
| Check | 03/12/2020 | 11057 | Thaniel Bishop (Reimbursements) | 6168 W 13900 S Herriman, UT 84096 | Delta 12/13/19 Expedia.com 12/13/19 | 631.65 |
| Check | 03/12/2020 | 11058 | Thaniel Bishop (Reimbursements) | 6168 W 13900 S Herriman, UT 84096 | Expedia 08/28/19 & 08/29/19, Delta 08/28/19-09/04/19, AAA 09/04/19 | 4,392.77 |
| Check | 03/12/2020 | 11059 | Thaniel Bishop (Reimbursements) | 6168 W 13900 S Herriman, UT 84096 | Travel for InterSolar | 1,070.70 |
| Check | 03/06/2020 | 11037 | Bryon Barton | | ABC Stamp Payment | 67.15 |
| Check | 03/04/2020 | 19643 | Solaroo | | Purchase of Solaroo Vehicles | 128,575.00 |
| Check | 02/28/2020 | 11031 | Jess Phillips | | | 1,111.30 |
| Check | 02/28/2020 | 11035 | Trent Vansice | | Interest Charges | 354.85 |
| Check | 02/21/2020 | 19457 | Solaroo Energy | | VOID: Wrong Vendor | |
| Bill Pmt -Check | 02/07/2020 | Solaroo Dep | Solaroo Energy | | Deposited into Solaroo's acc and they kept the $$ as payment towards this invoice. | 8,420.00 |
| Check | 01/31/2020 | 19442 | Steve Andersen | | | 10,000.00 |
| Check | 01/21/2020 | Wire | Steve Andersen | | | 30,000.00 |
| Check | 01/17/2020 | Trans | Solaroo Energy | | Transfered to Solaroo for all the bank fees for the last 6 months | 485.05 |
| Check | 01/06/2020 | Wire | Solaroo | | CC Payment | 90,000.00 |
| Check | 12/30/2019 | Wire | Solaroo | | CC Payment | 50,000.00 |
| Check | 12/13/2019 | 10748 | Trent Vansice | | Delta 12/13-12/14 To Denver X-mas Party | 173.60 |
| Check | 12/13/2019 | 10775 | Trent Vansice | | Interest Charge on Personal CC for Business Purchases | 367.08 |
| Bill Pmt -Check | 12/13/2019 | Trans | Solaroo Energy | | Split - Total=$17,379.15 | 5,000.00 |
| Bill Pmt -Check | 12/09/2019 | WIRE | Sun Prairie LLC | | | 27,500.00 |
| Bill Pmt -Check | 12/03/2019 | Wire | Solaroo Energy | | | 5,000.00 |
| Bill Pmt -Check | 11/30/2019 | | Jess Phillips | | QuickBooks generated zero amount transaction for bill payment stub | |
| Bill Pmt -Check | 11/30/2019 | | Trent Vansice | | QuickBooks generated zero amount transaction for bill payment stub | |
| Bill Pmt -Check | 11/22/2019 | Wire | Solaroo Energy | | | 5,000.00 |
| Check | 11/13/2019 | WiretoZions | Solaroo | | Loan 9002 payoff to Zions Bank - applied to Solaroo invoices | 55,075.29 |
| Bill Pmt -Check | 11/13/2019 | | Solaroo Energy | | QuickBooks generated zero amount transaction for bill payment stub | |
| Bill Pmt -Check | 11/11/2019 | 19237 | Steadfast Solar | 6168 W 13900 S Herriman, UT 84096 | | 10,000.00 |
| Check | 11/08/2019 | 10601 | Trent Vansice | | Reimbursement | 355.52 |
| Bill Pmt -Check | 11/05/2019 | Trans | Solaroo | | Payback GS & BCKD Fees | 1,944.34 |
| Bill Pmt -Check | 10/11/2019 | 10421 | Trent Vansice | | Reimbursement | 540.93 |
| Bill Pmt -Check | 10/11/2019 | 10438 | Solaroo Energy | | | 5,000.00 |
| Bill Pmt -Check | 10/04/2019 | WIRE | Sun Prairie LLC | | | 27,500.00 |
| Credit Card Charge | 10/04/2019 | | Visa - Solaroo | PO Box 30833 Salt Lake City, UT, 84103-833 | | 35.00 |
| Bill Pmt -Check | 10/03/2019 | 10376 | Trent Vansice | | | 3,210.25 |
| Bill Pmt -Check | 09/27/2019 | 10326 | Steadfast Solar | 6168 W 13900 S Herriman, UT 84096 | | 10,000.00 |
| Bill Pmt -Check | 09/23/2019 | 19045 | Steadfast Solar | 6168 W 13900 S Herriman, UT 84096 | Inv. 1070 ESP= CC Payment | 10,000.00 |
| Bill Pmt -Check | 09/23/2019 | 19046 | Solaroo Energy | | | 5,000.00 |
| Bill Pmt -Check | 09/23/2019 | 19029 | Solaroo Energy | | | 24,181.15 |
| Bill Pmt -Check | 09/16/2019 | Wire | Blue Prairie FLP | | | 63,287.67 |
| Bill Pmt -Check | 09/16/2019 | 10248 | Solaroo Energy | | Reimbursements | 8,755.74 |
| Bill Pmt -Check | 09/13/2019 | 10212 | Bryon Barton | | | 162.60 |
| Bill Pmt -Check | 09/13/2019 | 10233 | Solaroo Energy | | | 5,426.40 |
| Bill Pmt -Check | 09/12/2019 | 18981 | Steadfast Solar | 6168 W 13900 S Herriman, UT 84096 | Inv. 1070 ESP= CC Payment | 9,421.27 |
| Bill Pmt -Check | 09/06/2019 | WIRE | Sun Prairie LLC | | | 27,500.00 |
| Bill Pmt -Check | 08/23/2019 | 18950 | Solaroo Energy | | | 5,506.40 |
| Bill Pmt -Check | 08/16/2019 | WIRE | Sun Prairie LLC | | | 27,500.00 |
| Bill Pmt -Check | 08/16/2019 | | Solaroo Energy | | QuickBooks generated zero amount transaction for bill payment stub | |
| Bill Pmt -Check | 08/15/2019 | Wire | Blue Prairie FLP | | | 63,287.67 |
| Bill Pmt -Check | 08/14/2019 | Trans | Solaroo Energy | | Reverse invoice-Choma/Fullington, Randall | 5,000.00 |
| Bill Pmt -Check | 08/07/2019 | Transfer | Solaroo Energy (Customer) | | | 99.50 |
| Credit Card Charge | 07/31/2019 | | Gunther Fischl#1 | | Gunther | 16.01 |
| Bill Pmt -Check | 07/19/2019 | 18883 | Solaroo Energy | | Reverse invoice-Choma/Fullington, Randall | 5,000.00 |
| Bill Pmt -Check | 07/15/2019 | WIRE | Blue Prairie FLP | | | 63,287.67 |
| Bill Pmt -Check | 07/12/2019 | 18875 | Solaroo Energy | | | 5,000.00 |
| Bill Pmt -Check | 07/05/2019 | 9860 | Steadfast Solar | 6168 W 13900 S Herriman, UT 84096 | | 10,000.00 |
| Bill Pmt -Check | 07/05/2019 | 18866 | Solaroo Energy | | | 50,000.00 |
| Bill Pmt -Check | 07/03/2019 | Wire | Sun Prairie LLC | | | 27,500.00 |
| Bill Pmt -Check | 06/26/2019 | WIRE | Blue Prairie FLP | | | 65,397.26 |
| Bill Pmt -Check | 06/14/2019 | 18845 | Solaroo Energy | | | 6,144.12 |
| Bill Pmt -Check | 06/14/2019 | 18846 | Steadfast Solar | 6168 W 13900 S Herriman, UT 84096 | | 10,335.14 |
| Bill Pmt -Check | 06/07/2019 | Wire | Sun Prairie LLC | | | 27,500.00 |
| Bill Pmt -Check | 06/07/2019 | 18834 | Solaroo Energy | | | 5,075.50 |
| Bill Pmt -Check | 06/07/2019 | 18835 | Steadfast Solar | 6168 W 13900 S Herriman, UT 84096 | | 10,085.12 |
| Bill Pmt -Check | 05/31/2019 | 18756 | Solaroo Energy | | | 5,972.52 |
| Bill Pmt -Check | 05/31/2019 | 18757 | Steadfast Solar | 6168 W 13900 S Herriman, UT 84096 | | 10,000.00 |
| Bill Pmt -Check | 05/31/2019 | 18761 | Solaroo Energy | | Brice Henderson commissions Pay Back | 29,314.33 |
| Bill Pmt -Check | 05/24/2019 | 18727 | Steadfast Solar | 6168 W 13900 S Herriman, UT 84096 | | 10,000.00 |
| Bill Pmt -Check | 05/24/2019 | ACH | Solaroo Energy | | | 23,771.33 |
| Bill Pmt -Check | 05/17/2019 | 18724 | Steadfast Solar | 6168 W 13900 S Herriman, UT 84096 | | 10,000.00 |
| Bill Pmt -Check | 05/17/2019 | WIRE | Blue Prairie FLP | | | 63,287.67 |
| Bill Pmt -Check | 05/13/2019 | Wire | Solaroo Energy | | | 25,000.00 |
| Bill Pmt -Check | 05/10/2019 | 18633 | Trent Vansice | | | 241.76 |
| Bill Pmt -Check | 05/10/2019 | 18654 | Steadfast Solar | 6168 W 13900 S Herriman, UT 84096 | | 10,000.00 |
| Check | 05/08/2019 | 18625 | Thaniel Bishop (Reimbursements) | 6168 W 13900 S Herriman, UT 84096 | Reimbursement | 46.41 |
| Bill Pmt -Check | 05/03/2019 | EFT | Sun Prairie LLC | | | 27,500.00 |
| Bill Pmt -Check | 04/27/2019 | Wire | Solaroo Energy | | | 25,000.00 |
| Check | 04/26/2019 | Wire | Solaroo | | | 25,000.00 |
| Bill Pmt -Check | 04/19/2019 | 18499 | Steadfast Solar | 6168 W 13900 S Herriman, UT 84096 | | 10,000.00 |
| Bill Pmt -Check | 04/19/2019 | EFT | Blue Prairie FLP | | | 65,397.26 |
| **Apr 16, '19 - Apr 15, 20** | | | | | | **1,448,048.95** |

# United States Bankruptcy Court
## District of Utah

In re    **Auric Solar, LLC** _____    Case No. _____

                                    Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **April 17, 2020** _____        **/s/ Trenton J. Vansice** _____
                                        **Trenton J. Vansice/President**
                                        Signer/Title

# United States Bankruptcy Court
## District of Utah

In re   **Auric Solar, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Auric Solar, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Auric Solar Holdings, LLC**
**285 West Tabernacle Street**
**Saint George, UT 84770**

**Cedar Union, LLC**

☐ None [*Check if applicable*]

**April 17, 2020**

Date

/s/ Gregory J. Adams

**Gregory J. Adams**

Signature of Attorney or Litigant
Counsel for   **Auric Solar, LLC**

**McKay, Burton & Thurman, P.C.**
**15 West South Temple**
**Suite 1000**
**Salt Lake City, UT 84101**
**801-521-4135 Fax:801-521-4252**