Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
**STRONG & HANNI, P.C.**
102 S. 200 E. Suite 800
Salt Lake City, UT 84111
Tel: (801) 532-7080

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | |
|---|---|
| **Auric Solar, LLC** | Bankruptcy Case No. **20-22343-KRA** |
| Debtor(s). | Chapter 7 |

### TRUSTEE'S REPORT OF AUCTION

    Elizabeth Rose Loveridge, Chapter 7 Trustee in the above-captioned case, pursuant to Fed. R. Bankr. P. 6003 (f)(1), hereby sets forth her report of the sale of property of the estate conducted pursuant to an Order Granting Trustee's Motion to Approve Sale of Personal Property of the Debtor Free and Clear of All Liens and Interests Pursuant to 11 U.S.C. § 363, which Order was entered by the Court on May 18, 2020.

    Pursuant to aforesaid Order, a sale was conducted by the Trustee's Auctioneer, Erkelens & Olson, on May 21, 2020.  Attached hereto as **Exhibit "A"** is the Auctioneer's report of said auction including an itemized statement of Auctioneer's fees, the property sold, the price received for each item and a list of the persons who attended the auction. The total realized by

1

the estate from the sale of said property is $135,325.00.

DATED September 8, 2020.

_____/s/_____
Elizabeth Rose Loveridge
Chapter 7 Trustee

# Exhibit "A"



**Erkelens & Olson** Auctioneers & Appraisers

3365 West 500 South, Ste. 100
SLC, UT 84104
801-355-6655
www.SalesandAuction.com

May 21st 2020

Elizabeth Loveridge
**Strong and Hanni**
102 South 200 East Ste 800
Salt Lake City, UT 84111

Re: May 21st 2020 Court Ordered Auric Solar Auction

Dear Liza,

The Following is an accounting of the auction held for Auric Solar on May 21st 2020.

Auction Total: $135,325.00
Less: commissions: $20,298.75
Total Amount Due: $115,026.25
Less: Expenses: $400.00
Total Amount due: $114,626.25

It has been a pleasure serving you. We appreciate the work and look forward to working with you in the next auction.

Sincerely,

Robert Olson C.A.G.A.
President of Erkelens & Olson Auctioneers & Appraisers

# Erkelens & Olson Auctioneers & Appraisers

ERKELENS & OLSON AUCTIONEERS
3365 WEST 500 SOUTH, SUITE 100
SALT LAKE CITY UT 84104
801-355-6655
WWW.SALESANDAUCTION.COM

Date : 09/08/2020

Seller Number: LL
Court Ordered Auric Solar
Elizabeth Loveridge
102 South 200 East, Suite 800
SLC, UT 84111

### Final Statement For: Court Ordered Auction 05-21-2020

| Lot | Description | Price | Grp |
|---|---|---:|---|
| 1 | reception counter and chair | 225.00 | |
| 2 | Multiple offices of furniture including desk chairs; white boards; book shelves; occasional chairs; cork boards; love seat and more | 250.00 | |
| 3 | Midsized conference table with chairs | 300.00 | |
| 4 | Executive size conference table w/credenze and whiteboard in cabinet | 100.00 | |
| 5 | Executive Board Room Conference Table approx 20 foot | 175.00 | |
| 7 | Large area office cubicles including drawers; shelves; office chairs | 150.00 | |
| 8 | Promotional items ane clothing | 50.00 | |
| 9 | Five Station Private office cubicles with glass inserts; desks; cabinets | 275.00 | |
| 10 | Digital Photo Printer Model DP-DS620 and canon portable photo booth | 475.00 | |
| 11 | Misc Cisco phones; and polycom conference phones | 600.00 | |
| 12 | Kitchen Table and chairs; misc dell dock ports and misc. equipment including to Canon cameras and electrical cords | 175.00 | |
| 13 | Bun coffee pot station; with small toaster oven and cabinet | 50.00 | |
| 14 | Misc dell laptops; keyboards and other laptops | 1,275.00 | |
| 15 | 2 Samsung flatscreen TVs | 350.00 | |
| 16 | Misc business machines and office supplies | 75.00 | |
| 17 | Company booth and promtional materials including two canopies | 325.00 | |
| 18 | Large lot including six office cubes and office chairs; white boards and calling stations | 775.00 | |
| 19 | Safety equipment including helmets | 375.00 | |
| 20 | 2 Solar time pathfinders | 250.00 | |
| 21 | Closet contents including 6' stainless shelf w/contents small fan floor lamp; rolling carts | 300.00 | |
| 22 | Liebert System 3 air conditoner approx 6x6x3 | 0.00 | |
| 23 | wall of supplies and solar fans | 825.00 | |
| 24 | large spools of wiring and rope | 300.00 | |
| 25 | Siemens 200A; heavy-duty safety switch and wiring | 1,525.00 | |
| 26 | Shelving and supplies | 1,025.00 | |
| 27 | pallet (approx 240) enphase m250 micro inverters new in box | 15,350.00 | |
| 28 | Large lot of misc wires and cabling | 7,000.00 | |
| 29 | Pallet of ice and snow melt | 125.00 | |
| 30 | Pallet of safe step 7300 | 100.00 | |
| 31 | Scotsman Icemaker | 1,125.00 | |
| 32 | ChargePoint EXPP-PM-31.2A | 325.00 | |
| 33 | ChargePoint EXPP-PM-31.2A | 325.00 | |
| 34 | Solar Edge Shade cover and Siemens large power switch | 325.00 | |
| 35 | 2013 Bocker Top Lift/ mini lift | 950.00 | |
| 36 | Large corner lot; banding machine; safety cones; flags; tripods; small heat maxx; signage stands; cans; small shop vac | 325.00 | |
| 37 | SolarEdge rapid shutdown SE14 | 425.00 | |
| 37A | Cement Mixer | 375.00 | |
| 38 | Sonnen Battery; 2 Aurora Inverters | 3,600.00 | |
| 38A | PIKA Energy islanding inverter X7600/X11400 Series | 1,700.00 | |

***CONTINUED ON NEXT PAGE***



**ERKELENS & OLSON AUCTIONEERS**
3365 WEST 500 SOUTH, SUITE 100
SALT LAKE CITY UT 84104
801-355-6655
WWW.SALESANDAUCTION.COM

Seller Number: LL  
Court Ordered Auric Solar  
Elizabeth Loveridge  
102 South 200 East, Suite 800  
SLC, UT 84111  

Date :09/08/2020

### Final Statement For: Court Ordered Auction 05-21-2020

| Lot | Description | Price | Grp |
|---|---|---:|---|
| 39 | Wire w misc. wire carts and electrical boxes | 300.00 | |
| 40 | 2 Shelves and shop bench w misc hardware; adhesives; fluids; batteries; shop vac cords; coil etc | 625.00 | |
| 41 | Wall rack with misc metal tubing; | 325.00 | |
| 42 | 8 misc shelves; w contents including electrical parts; hardware sleeves; fittings; nuts; bolts; hardware; plastics; indoor wire cable 10-3G; thousands of pieces | 3,325.00 | |
| 43 | Contents of wall including little giant and warner ladders; white boards and misc | 300.00 | |
| 44 | Contents of room including multiple hand tools; dewalt drills; comealongs; hand saws; chisels; trowels; shop lights; and more | 875.00 | |
| 45 | Contents of room including; 5' roll away cart with bins; sawblades and imsc items | 325.00 | |
| 47 | Corner lot with tires; wheel barrow; fittings and more | 150.00 | |
| 48 | 3 Panasonic VBHN325ka03 panels | 475.00 | |
| 49 | 10 Suniva OPT270-60-4-1B0 solar panels | 1,575.00 | |
| 50 | Approx 14 Helene 72M-370 solar panels | 2,575.00 | |
| 51 | Approx 9 sun Edison se-f330bxd-39 approx 9 Helene panels | 1,875.00 | |
| 52 | 33 REC345TP2S-72 XB panels new wrapped on pallet | 4,275.00 | |
| 53 | 4 silfab SLg370m panels | 525.00 | |
| 54 | 23 ht 72-156m-380 panels | 3,025.00 | |
| 55 | 19 REC REC330TP2s 72 xv q2 panels | 3,075.00 | |
| 56 | 4 misc pallets of panels approx 12 panels | 1,675.00 | |
| 62 | 3x10 metal piping piles | 525.00 | |
| 63 | Misc solar edge inverters; sma inverters; recessed lights; inverter stands and more | 8,525.00 | |
| 64 | Misc pallets of panels approx 11 pallets Rena solar. Suniva. Approx 225+ solar panels. | 17,625.00 | |
| 65 | 3 boxed Enphase Q aggregator approx 36 units q-ba+3-1P-60 | 1,425.00 | |
| 74 | Metal stands | 25.00 | |
| 75 | Trina solar 27 panels TSM-380DE14A | 3,425.00 | |
| 76 | Trina solar 27 panels TSM-380DE14A | 3,550.00 | |
| 77 | Trina solar 27 panels TSM-380DE14A | 3,600.00 | |
| 78 | Trina solar 27 panels TSM-380DE14A | 3,575.00 | |
| 79 | Trina solar 27 panels TSM-380DE14A | 3,600.00 | |
| 80 | 13 JA solar JAM72S01-370/Or | 1,800.00 | |
| 81 | 2 Pallets of paver bricks | 400.00 | |
| 82 | Scaffolding frame incase | 100.00 | |
| 83 | Misc piping and pvc | 125.00 | |
| 84 | Propane cage | 675.00 | |
| 85 | All safety cones | 600.00 | |
| 86 | 2 Scrap metal with bin | 25.00 | |
| 87 | Large storage container 1998 20' with contents; ropes; harnesses; and more | 2,175.00 | |
| 88 | Misc rectangular conduit | 225.00 | |
| 89 | 4 pallets of metal grid and electrical boxes | 125.00 | |
| 90 | All quick mount and solar edge mounting and racking systems enphase with snap n rack systems; quick mount pv and more;roof grid; and more | 5,000.00 | |
| 91 | Grid racking; enphase cable; sma racking; | 500.00 | |

***CONTINUED ON NEXT PAGE***

# Erkelens & Olson Auctioneers & Appraisers

ERKELENS/OLSON AUCTIONEERS
3365 WEST 500 SOUTH, SUITE 100
SALT LAKE CITY UT 84104
801-355-6655
WWW.SALESANDAUCTION.COM

Date :09/08/2020

Seller Number: LL
Court Ordered Auric Solar
Elizabeth Loveridge
102 South 200 East, Suite 800
SLC, UT  84111

### Final Statement For: Court Ordered Auction 05-21-2020

| Lot | Description | Price | Grp |
|---|---|---:|---|
| 92 | Pallet of cables and miss micro inverters | 225.00 | |
| 93 | 4 Siemens heavy-dutysafety switch HF368NR | 8,300.00 | |
| 94 | Misc items of wiring; sma component; brackets and mounts | 450.00 | |
| 95 | 3 pallets of conduit; tubing; plastic tubing spool of soithwire and more | 1,025.00 | |
| 96 | Snow shovels | 125.00 | |

| | Date | Invoice# | Description | | |
|---|---|---|---|---:|---|
| Expense - | 05/21/2020 | | Forklift Rental Fee | 400.00 | |

Thank you for participating in our auction. Please visit our website for upcoming auctions and consignment deadlines. We appreciate your business.

**Summary of Sales Activity at Court Ordered Auction 05-21-2020**
Commissions are Calculated on a Percent of the Sale Price of EACH LOT.

Statement Totals
83 Lots Sold

| | | |
|---|---|---:|
| Total Sales | $ | 135,325.00 |
| Less:Commissions | $ | 20,298.75 |
| Total Amount Due | $ | 115,026.25 |
| Less: Expenses | $ | 400.00 |
| Total Amount Due | $ | 114,626.25 |